UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

AMBIANCE GR LLC & JAMAL CHILTON,

    Plaintiff,

v.

MARK WASHINGTON, MINDY YSASI, JOE JONES, JON O'CONNOR, KURT REPPART, ROSALYNN BLISS, ERIC DELONG, VICENT REILLY, PATRICK DEAN, KATE BERENS, LOU CANFIELD, GRAND RAPIDS CITY COMMISSION

    Defendants.

Civil Action No. 1:26-cv-399

Hon. _____

| | |
|---|---|
| Tyrone Bynum (P82427)<br>*Attorney for Plaintiff*<br>Law Offices of Tyrone Bynum PLLC<br>7125 Hearley Street, Suite 433<br>Ada, MI 49301<br>Ph: (616) 608-7409<br>tyrone@lawofficesoftyronebynumpllc.com | Elizabeth J. Fossel (P41430)<br>Sarah J. Hartman (P71458)<br>Dylan M. Gill (IL ARDC # 6345047)<br>*Attorneys for City of Grand Rapids*<br>City of Grand Rapids Law Department<br>300 Monroe Ave. NW, Ste. 620<br>Grand Rapids, MI 49503<br>Ph: (616) 456-1318<br>efossel@grand-rapids.mi.us<br>shartman@grand-rapids.mi.us<br>dgill@grand-rapids.mi.us |

## DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(b)

TO:   Court Clerk                                     Tyrone Bynum, Counsel for Plaintiff

       U.S. District Court for the Western District of   Law Offices of Tyrone Bynum PLLC
       Michigan, Southern Division                   7125 Hearley Street, Suite 433
                                                                     Ada, MI 49301

    PLEASE TAKE NOTICE that Defendants, by and through their counsel, hereby remove their matter entitled *Ambiance GR v. City of Grand Rapids, et al.,* Circuit Court Case No. 25-20972-CZ, currently pending in the 17th Circuit Court for the County of Kent, State of Michigan,

to the United States District Court for the Western District of Michigan, Southern Division. The bases for removal are set forth below:

STATEMENT OF GROUNDS FOR REMOVAL

1. On or about October 29, 2025, an action was commenced in the 17th Circuit Court for the County of Kent, State of Michigan, bearing Case No. 25-20972-CZ.

2. On January 27, 2026, the Circuit Court granted Plaintiff's motion for alternate service, allowing Plaintiff to serve all Defendants via email to the City Attorney's Office. Plaintiffs accordingly served Defendants by email on January 28, 2026.

3. A copy of Plaintiff's Motion for Alternate Service, the Circuit Court Order, and the Summons and Complaint, with Proof of Service, which constitute all process and pleadings received from Plaintiffs in this action, and of which Defendants have notice, are attached as **Exhibits A through E**.

4. This notice of removal is being filed within 30 days after receiving notice of the Complaint by service or otherwise as required by 28 U.S.C. § 1446(b).

5. This Court has jurisdiction over this case based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367, as the state law claims are so related to the claims in the action within original jurisdiction of this Court as to form part of the same case or controversy.

6. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Western District of Michigan is the federal district court embracing the place where the state court suit is pending.

## PLAINTIFFS' FEDERAL CLAIMS[1]

7. Plaintiffs allege that Defendants discriminated against them based on race in violation of their rights under the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution. (*See Compl.* Count I, ¶¶ 87–88.)

8. Specifically, Plaintiffs allege that Defendants did not provide an increased police presence outside of their business during closing hours to address safety concerns, as was requested by Plaintiffs, despite doing so for other White-owned businesses, and that this failure was based on race in violation of the Equal Protection Clause.

9. Plaintiffs also generally allege "municipal liability" under 42 U.S.C. § 1983 for an alleged custom and policy of denying equal protection by police. (*See Compl.*, Count II, ¶¶ 99–106.)

## THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

10. All Defendants, who have been identified by name and therefore could be served, have consented to this removal, to wit: Mark Washington, Mindy Ysasi, Joe Jones, Jon O'Connor, Kurt Reppart, Rosalynn Bliss, Eric DeLong, Vincent Reilly, Patrick Dean, Kate Berens, and Lou Canfield. The "Grand Rapids City Commission" although named separately as a Defendant is not a separate legal entity that can be sued.

11. No Defendant has sought similar relief with respect to this matter.

12. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

---

[1] Plaintiff Ambiance GR LLC previously filed a lawsuit which included substantially the same allegations and claims as those in this new lawsuit, and which was similarly removed to the United States District Court for the Western District of Michigan and assigned to the Honorable Judge Beckering. *See Notice of Assignment of Case*, *Ambiance GR v. City of Grand Rapids et al.*, No. 1:23-cv-01335, ECF No. 3, PageID.25, attached here as **Exhibit F**. The Court ultimately dismissed all federal claims in that case. *See Opinion and Order*, *Ambiance GR v. City of Grand Rapids et al.*, No. 1:23-cv-01335, ECF No. 39, PageID.431–41, attached here as **Exhibit G**.

13. Written notice of the filing of this notice of removal will be given to the adverse parties as required by law.

14. The allegations of this notice are true and correct and this cause is within the jurisdiction of the United States District Court for the Western District of Michigan.

WHEREFORE, Defendants Mark Washington, Mindy Ysasi, Joe Jones, Jon O'Connor, Kurt Reppart, Rosalynn Bliss, Eric DeLong, Vincent Reilly, Patrick Dean, Kate Berens, and Lou Canfield file this notice of removal and remove this civil action to the United States District Court for the Western District of Michigan. Plaintiffs are notified to proceed no further in state court unless or until the case should be remanded by order of said United States District Court.

Respectfully submitted,

Dated: January 30, 2026

*/s/ Elizabeth J. Fossel*               .
Elizabeth J. Fossel (P41430)
Attorney for Defendants
300 Monroe Ave. NW, Ste. 620
Grand Rapids, MI 49503
Ph: (616) 456-3099
efossel@grand-rapids.mi.us

4