# EXHIBIT

# A

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>17th **JUDICIAL CIRCUIT**<br>KENT **COUNTY** | **SUMMONS** | **CASE NUMBER**<br>2025-20972-CZ |
|---|---|---|

| **Court address** | **Court telephone number** |
|---|---|
| 180 Ottawa Ave. NW, Grand Rapids, MI 49503 | (616) 632-5480 |

| Plaintiff's name, address, and telephone number<br>AMBIANCE GR LLC & JAMAL CHILTON | v | Defendant's name, address, and telephone number<br>MARK WASHINGTON, MINDY YSASI, JOE JONES, JON O'CONNOR, KURT REPPART, ROSALYNN, BLISS, ERIC DELONG, VICENT REILLY,<br>PATRICK DEAN, KATE BERENS, LOU CANFIELD, GRAND RAPIDS CITY COMMISSION |
|---|---|---|
| Plaintiff's attorney bar number, address, and telephone number<br>Tyrone Bynum (P82427)<br>7125 Headley St., Ste #433, Ada, MI 49301<br>(616) 608-7409<br>tyrone@lawofficesoftyronebynumpllc.com | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

## Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

## Civil Case

☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☑ this court, ☑ (1:23-cv-1335) Jane M. Beckering - US 6th District Western of MI  Court, where

it was given case number 23-12510-CZ  and assigned to Judge Christina Elmore (Mims today)

The action ☐ remains ☑ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

| MC 01  (3/23)  **SUMMONS**<br>SRA | MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105 |
|---|---|

**Summons**  (3/23)

**Case Number** __2025-20972-CZ__

**PROOF OF SERVICE**

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

**CERTIFICATE OF SERVICE / NONSERVICE**

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____
Attachments (if any)                                                          Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

STATE OF MICHIGAN
KENT COUNTY 17TH CIRCUIT COURT

---

AMBIANCE GR LLC & JAMAL CHILTON

                    Plaintiff,

vs

| | |
|---|---|
| | Judge Hon |
| | Case No. 2025-    20972    -CZ |

MARK WASHINGTON, MINDY YSASI,
JOE JONES, JON O'CONNOR, KURT
REPPART, ROSALYNN BLISS,
ERIC DELONG, VICENT REILLY,
PATRICK DEAN, KATE BERENS, LOU CANFIELD,
GRAND RAPIDS CITY COMMISSION

                    Defendant

**COMPLAINT**

---

Plaintiffs, complaining of the Defendants, allege and say:

## I. PARTIES

1. Plaintiff Ambiance GR LLC is a Michigan Limited Liability Corporation with a principal place of business in Grand Rapids, Kent County, Michigan.

2. Plaintiff Jamal Chilton was a resident of Grand Rapids, Michigan.

3. Defendant Joe Jones was a City Commissioner and resident of Grand Rapids, Michigan.

4. Defendant Mindy Ysasi is a City Commissioner and resident of Grand Rapids, Michigan.

5. Defendant Jon O'Connor was a City Commissioner and resident of Grand Rapids, Michigan.

6. Defendant Kurt Reppart was a City Commissioner and resident of Grand Rapids, Michigan.

7. Defendant Rosalynn Bliss was the Mayor and resident of Grand Rapids, Michigan.

8. Defendant Eric DeLong is the Deputy City Manager and resident of Grand Rapids, Michigan.

9. Defendant Mark Washington is the City Manager and resident of Grand Rapids, Michigan.

10. Defendant Vincent Reilly is a Grand Rapids Police Captain employed by the city of Grand Rapids, Michigan.

11. Defendant Patrick Dean is a Grand Rapids Police Lieutenant employed by the city of Grand Rapids, Michigan.

12. Defendant Kate Berens is the Deputy City Manager employed by the city of Grand Rapids, Michigan.

13. Defendant Lou Canfield is the Chief of Staff to the City Manager employed by the city of Grand Rapids, Michigan.

## II. JURISDICTION AND VENUE

15. This Court has subject matter jurisdiction over this action pursuant to MCLS § 600.605, as this is a civil action for damages in excess of $25,000.

16. This Court has personal jurisdiction over all defendants as they are residents, employees, elected officials, and/or agents of Michigan and specifically city of Grand Rapids, Kent County, Michigan.

17. This Court is the proper venue for this case pursuant to MCLS § 600.1615, as Kent County is where the City of Grand Rapids exercises its governmental authority, and pursuant to MCLS § 600.1621, as Kent County is where all defendants reside and conduct business.

## III. STATEMENT OF FACTS (*For every referenced date refer to attached monthly exhibit*)

18. Ambiance GR was the only Black-owned full-service liquor licensed downtown business located at 106 Pearl Street NW in downtown Grand Rapids, Michigan, owned by Jonathan Jelks, Lacy Jones, Jamiel Robinson, Jamal Chilton, and Alvin Hills.

19. Prior to opening Ambiance GR, the owners met with Grand Rapids Police Department (GRPD) officials and City administrators to address any potential concerns and develop a plan of cooperation to ensure that Ambiance GR would be a positive attribute to the downtown business district.

20. After opening, Ambiance GR experienced issues with non-patrons congregating outside the establishment's curtilage and beyond, creating safety concerns.

21. Ambiance GR repeatedly requested police presence during closing hours and increased police patrols, similar to services provided to white-owned businesses like the BOB, Van Andel Arena, DeVos Place, etc.

22. These requests from Ambiance GR for police assistance were consistently denied or ignored.

23. Ambiance GR hired two private security companies (Phoenix Security hired December 31, 2021, and Top Breed Security Service hired approximately March 1, 2022) to address safety concerns.

24. The Grand Rapids Police Department (GRPD) instructed Phoenix and Top Breed Security companies that their operations were limited to the front door of Ambiance GR. This directive significantly restricted their ability to address safety concerns in the surrounding area, particularly involving non-patrons engaged in both legal and illegal activities.

25. February 2022, Jonathan Jelks and Lacy Jones, co-owners of Ambiance GR, met with Captain Vincent Riley of the Grand Rapids Police Department (GRPD) and First Ward City Commissioner Jon O'Connor to raise concerns regarding a lack of police services provided to Ambiance GR and the discriminatory treatment they were experiencing.

26. February 2022, Jonathan Jelks met with Richard App, Retail and Retention Specialist for the City of Grand Rapids, and Josh Lunger, Vice President of Governmental Affairs for the Grand Rapids Chamber of Commerce. During the meeting, Jelks discussed persistent public safety and crowd control issues, stating that Ambiance GR was being neglected by the city and discriminated against by GRPD.

27. February 2022, Jonathan Jelks and Jamiel Robinson met with First Ward City Commissioner Kurt Reppart to discuss public safety concerns at Ambiance GR, emphasizing that the business had not received the standard level of support from GRPD that is typically extended to other establishments.

28. March 1, 2022 At the State of the City Address, Jamiel Robinson and Jonathan Jelks briefly met with City Manager Mark Washington. Robinson warned Washington that unchecked criminal activity, crowd control failures, and dangerous behavior by non-patrons were having a direct negative financial impact on Ambiance GR due to what he described as "benign neglect."

29. March 1, 2022 Later that same evening, Robinson and Jelks also spoke with Second Ward Commissioner Joe Jones. Jelks stated:

"Ambiance is on the receiving end of disparate treatment by the City of Grand Rapids and GRPD. The City is not doing its job to provide the basic protections it routinely and regularly offers to other businesses."

30. March 22, Jelks and Robinson had an impromptu meeting with Mayor Rosalynn Bliss at Creston Brewery. Jelks expressed concern over lack of police presence and action by City officials, stating:

   "Patrons who were denied entry and folks who were never planning on entering the establishment would conduct illegal activities outside, creating a constant chaotic environment building up to let-out hours."

31. March 24th, 2022 Jelks met again with Commissioner Kurt Reppart at Real Food Café and candidly expressed concern about the dangerous conditions Ambiance GR was facing. He also noted that:

   "He was encouraged by Mark Washington and Captain Riley to influence and lobby Reppart to lessen his stance and criticisms of the police department and to support GRPD for more resources including more cops."

32. March 2022 Jonathan Jelks and Alvin Hills IV, also a co-owner of Ambiance GR, met with Tim Kelly, CEO of Downtown Grand Rapids Inc. (DGRI), to discuss public safety issues. Hills told Kelly:

   "The lack of police support in downtown made investing in the core of the City a non-worthwhile investment."

   He also stated:

   "Ambiance GR was feeling excluded from GRPD support because it is a Black-owned business."

33. Tim Kelly confirmed to Jelks and Hills that in prior years, DGRI had paid to have police officers deployed in entertainment districts.

34. April 2022 Lacy Jones met with Third Ward Commissioner Senita Lenear to discuss similar concerns about public safety and unequal treatment. *(Details to be added.)*

35. April 18th 2022 Jonathan Jelks sent a comprehensive email to the following officials:

- Josh Lunger
- Mayor Rosalynn Bliss
- Sam Cummings
- Richard App
- First Ward Commissioner Jon O'Connor
- Cullen Hilary
- Tim Kelly
- Chief Eric Winstrom
- City Manager Mark Washington
- Second Ward Commissioner Joe Jones
- First Ward Commissioner Kurt Reppart
- Deputy Chief Kristen Rogers
- Andy Guy

The email detailed the extensive due diligence and safety measures taken by Ambiance GR proprietors and asserted that they had been continually brushed aside and subjected to intentional neglect by both the City appointed, elected, and employed city officials and GRPD.

36. April 18th 2022 Jamiel Robinson had a phone call with Second Ward Commissioner Milinda Ysasi and stated in the call:

"GRPD have been unresponsive to Ambiance GR's calls regarding illegal activity for three consecutive months."

He also relayed that, based on conversations with GRPD leadership, the police department was unwilling to provide additional support to the business district unless it received more "respect and resources" from the City Commission."

37. Despite numerous meetings, communications, and formal complaints made by Ambiance GR's owners and representatives between February and April 2022, the City of Grand Rapids and the Grand Rapids Police Department failed to provide Ambiance GR with the same level of public safety services, crowd control, and police protection routinely extended to similarly situated non-Black-owned businesses in the downtown district. The City's repeated failure and refusal to act, after being placed on notice, constitutes **disparate and unequal treatment** in the provision of governmental services and public accommodations in violation of the **Michigan Elliott-Larsen Civil Rights Act, MCL 37.2302(a)**.

38. On April 19, 2022, Alvin Hills IV, co-owner of Ambiance GR, met virtually with Lieutenant Patrick Dean of GRPD and City of Grand Rapids Special Events Manager Evette Pittman. This meeting was convened to discuss the process for Ambiance GR to apply for special events security, as directed by City Manager Mark Washington.

39. **During the meeting**, Lt. Dean explicitly stated that GRPD did not have staffing available to fulfill Ambiance's request for special events security. He added that even if the overtime opportunity were posted, officers would likely not accept the assignment because they lacked an "appetite to police these types of events"—a clear reference to

African American/Hip Hop-based events, particularly in the context of post-George Floyd tensions.

40. **Lt. Dean elaborated**, stating that GRPD officers were generally not interested in securing African American/Hip Hop-led events due to the public unrest that followed George Floyd's death and the protests that occurred in downtown Grand Rapids.

41. **In response**, Evette Pittman acknowledged the disparity by stating:

"We do this for other establishments all the time,"

and noted that GRPD had "more than enough officers to secure the DeVos [Place] and Van Andel [Arena] through the Convention Arena Authority."

42. **Despite this acknowledgment**, Lt. Dean discouraged Ambiance GR from submitting a formal request for security services.

43. **Following the meeting**, Alvin Hills IV reported the conversation and discriminatory remarks to City Manager Mark Washington. However, no corrective action was taken.

44. April 20, 2022, Jonathan Jelks texted Mayor Rosalynn Bliss regarding the lack of police support in response to criminal behavior by non-patrons outside of Ambiance GR.

45. April 21, 2022, Jonathan Jelks and Alvin Hills IV participated in a Downtown Security meeting with Deputy City Managers Kate Berens and Lou Canfield. During the meeting, Jelks stated:

"If the situation could not be brought under control, we would have to escalate to legal recourse, because the practices the City had historically implemented were not being applied in this situation."

46. On April 21, 2022, At a public safety meeting, GRPD Captain Vincent Riley informed the proprietors of Ambiance GR that **the public right of way surrounding the business**

was under **GRPD's jurisdiction** and explicitly stated that **private entities should not
be securing these public areas**. Despite asserting this responsibility, GRPD never
meaningfully exercised that authority on behalf of Ambiance GR.

47. **Despite this jurisdictional claim**, GRPD failed to provide consistent or adequate police
presence in the public spaces surrounding Ambiance GR, allowing ongoing criminal and
disorderly behavior by non-patrons to persist without intervention.

48. April 24, 2022 Alvin Hills IV texted City Manager Mark Washington videos that
documented **illegal and dangerous activities occurring outside Ambiance GR** during
business hours. These videos served as evidence of the persistent threats faced by the
business and its patrons due to lack of enforcement in GRPD-controlled public areas.

49. April 28th 2022 During another Downtown Security meeting, Jonathan Jelks and Alvin
Hills IV were advised by Captain Riley and Deputy City Manager Kate Berens to **disarm
their private security team** because it "didn't look good for the City." This request was
made **despite the City's failure to provide adequate public safety coverage**, and
despite the ongoing threats facing Ambiance GR from non-patrons.

50. On May 3, 2022, Lacy Jones, co-owner of Ambiance GR, met with Third Ward City
Commissioner Senita Lenear to discuss the ongoing public safety issues and lack of
institutional support that Ambiance GR had been experiencing.

51. **During the meeting**, Commissioner Lenear openly acknowledged the racial disparity in
City and police response. She stated:

> "I don't know why they're not doing that. They do it for every white-owned bar in
> downtown Grand Rapids. What makes your bar any different? They should give

Ambiance the same support that they give to The B.O.B. and all the other white-owned bars."

52. Commissioner Lenear further stated:

"You should never have to tell a police dispatcher that there is a gun involved in a situation in order to get assistance from the police."

53. May 4th 2022 Jonathan Jelks texted City Manager Mark Washington to request a meeting to establish a **formal police partnership** to increase safety and protection in the business corridor where Ambiance GR is located.

54. May 4th 2022 Jelks also held a phone meeting with GRPD Chief Eric Winstrom, during which he emphasized that the department's **lack of support was leaving Ambiance GR and neighboring businesses vulnerable** to criminal and illegal activity by non-patrons.

55. May 4th In parallel, Jelks texted Second Ward Commissioner Joe Jones, advocating for **greater police presence** in the business corridor and seeking to set a **precedent for formal public safety support** for all downtown venues.

56. May 5th, 2022 Jonathan Jelks and Alvin Hills IV met with Commissioner Joe Jones in person to reiterate their concerns about the **disparate treatment Ambiance GR was receiving from the City and GRPD**. Jelks stated that there had still been no meaningful progress toward:

- Ensuring public safety in the area
- Protecting Ambiance GR as a business
- Supporting the downtown business corridor as a whole

57. May 9th 2022 In a follow-up meeting, Jelks and Hills declared:

"We—and other businesses like ours—are under attack. We are not safe. The conditions are extremely hostile. Rank-and-file officers treat Ambiance's requests for support with disdain and racism, despite the fact that the business has done nothing but try to be very good partners."

58. May 12th 2022 Following guidance from City Manager Mark Washington, Alvin Hills IV submitted a formal **proposal for a public safety partnership** to Kent County Sheriff and Kent County Administrator Al Vandenberg, seeking alternative law enforcement support for the Ambiance GR business corridor.

59. On June 4, 2022, Jamiel Robinson, co-owner of Ambiance GR, witnessed a physical altercation in the Ellis parking lot near the establishment.

60. **Eric Goodson of Phoenix Security**, the company hired by Ambiance GR, informed Jamiel that he had been **instructed by police and City officials not to break up any altercations** occurring in the public right-of-way, or risk **losing his bonding license**.

61. Beginning around 11:00 PM, Alvin Hills IV made five calls to the police, asking for officers to deescalate the situation.

62. The 911 dispatcher asked if a weapon was involved, and said officers would only respond if there was a report of a gun.

63. **As the altercation escalated**, Alvin called again and informed dispatch that **someone had a gun**.

64. **While Alvin was still on the call**, gunfire erupted, killing **Armonie Lee Acklin (age 25)** and injuring **three others**, including **Marcellous Suttles**, who was shot **10 times**.

65. Only after the fatal shooting did GRPD respond with a **robust police presence**.

66. **Following the incident**, Ambiance GR proprietors reported these failures to **City Manager Mark Washington, Mayor Rosalynn Bliss**, and **multiple City Commissioners**, yet **no effective action was taken** in response.

67. June 5th, 2022, City Manager Mark Washington called Alvin Hills IV to check in following the murder. Alvin expressed appreciation for the call but stated clearly: "The murder was preventable if the safety measures Ambiance sought for the corridor had been implemented."

68. June 5th, 2022 Mayor Rosalynn Bliss called Jonathan Jelks, **apologizing** and **acknowledging the inaction** by the City and GRPD to prevent the violence. She admitted:

    "Jonathan, you predicted something like this would happen."

69. June 5, 2022, Second Ward Commissioner Joe Jones **texted Jamiel Robinson, Jonathan Jelks, and Alvin Hills IV** about the killing.

70. June 5, 2022, City Manager Mark Washington emailed Jonathan Jelks, stating:

    "We were all trying to prevent this outcome, and I know this was your worst fear."

71. June 5, 2022, **Jonathan Jelks responded**, reminding Mark Washington that **Kate Berens, Lou Canfield, Chief Eric Winstrom**, and **Captain Vincent Riley** had all previously been made aware of **credible threats from non-patrons** who frequently loitered and engaged in criminal activity outside the establishment.

72. July 17, 2022, Following another downtown shooting (at The Woods Bar), Jonathan Jelks texted Commissioner Kurt Reppart requesting **increased law enforcement support** for all downtown entertainment venues.

73. September 2022 During a phone conversation, **City Manager Mark Washington told Jonathan Jelks** that he was "happy with what Ambiance had decided regarding the chosen course of action," and added:

    "As long as Ambiance proprietors did not 'blow things up' or 'drag the City's reputation through the mud,' the two entities 'could negotiate.'"

74. On May 3, 2022, Lacy Jones met with Commissioner Senita Lenear to discuss the ongoing situations that Ambiance GR had been experiencing.

75. **During this meeting**, while referencing additional police presence, Commissioner Lenear stated:

    "I don't know why they're not doing that. They do it for every white-owned bar in downtown Grand Rapids. What makes your bar any different? They should give Ambiance the same support that they give to The B.O.B. and all the other white-owned bars."

76. **Commissioner Lenear also said**:

    "You should never have to tell a police dispatcher that there is a gun involved in order to get assistance from the police."

77. Due to persistent safety concerns and **lack of police protection**, **Ambiance GR was forced to close permanently** on November 9, 2022.

78. On November 30, 2022 **(21 days later)**

    City Manager Mark Washington **announced a plan to redeploy GRPD officers downtown**, increasing visibility and implementing safety measures in response to safety concerns raised by **predominantly white-owned businesses**.

79. **Shortly after**, the City **contracted Phoenix Security**—the same company previously barred from intervening outside Ambiance—to patrol the **public curtilage of downtown Grand Rapids**.

80. The City implemented many of the **exact security measures** Ambiance GR had long requested—**only after** the Black-owned business closed.

81. On September 25, 2023, Plaintiffs Jonathan Jelks and Jamiel Robinson met with City Attorney Anita Hitchcock of the City of Grand Rapids. This meeting occurred without Plaintiffs' legal counsel present. During the meeting, Plaintiffs presented Ms. Hitchcock with documents and exhibits demonstrating that Ambiance GR's ownership had previously met with City Manager Mark Washington and a majority of the City Commissioners to raise concerns about racial discrimination and disparate treatment by the City and the Grand Rapids Police Department (GRPD).

During the meeting, Ms. Hitchcock reviewed the materials and stated that "this is horrible," further acknowledging that she had not been briefed, updated, or communicated with by either the City Manager or the City Commission regarding the situation. She further explained that the only prior mention of Ambiance GR she had received came from Third Ward Commissioner Senita Lenear in February 2023, who had informed her that a legal filing from Ambiance GR might be forthcoming and that "this needs to be fixed."

Plaintiffs explained that although they had planned to file a legal complaint in February 2023, City Manager Mark Washington had scheduled an emergency meeting with Mr. Jelks to discuss alternative resolutions that might "make Ambiance GR whole" without

the need for formal litigation. The meeting with Ms. Hitchcock concluded with her

assurance that she would follow up with Plaintiffs.

82. On October 5, 2023, City Attorney Anita Hitchcock sent a response letter to Plaintiff

Jonathan Jelks on official City of Grand Rapids letterhead, addressing the matters

discussed during the September 25, 2023 meeting.

83. Ambiance GR proprietors invested approximately **$1,000,000 in renovations**, paid

**$8,000/month in rent during renovations**, and estimate a loss of **$2,000,000 in future

income** due to the **forced closure** caused by **lack of safety and institutional support**.

## IV. CLAIMS FOR RELIEF

A. **Count I - Violation of Elliott-Larsen Civil Rights Act MCLS § 37.2302 and the
   Equal Protection under 42 USCS § 1983**

(against all defendants)

84. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 82 as if

fully set forth herein.

85. Plaintiffs sought to enjoy public services provided by the Grand Rapids Police

Department.

86. Defendants, as city officials, police officers, and elected representatives, were acting

under color of state law.

87. Defendants' conduct deprived plaintiffs of rights, privileges, or immunities secured by the

Constitution and laws of the United States.

88. Specifically, defendants denied plaintiffs full and equal protection under the law as

guaranteed by the Fourteenth Amendment to the United States Constitution.

89. Defendants treated plaintiffs differently from similarly situated white-owned businesses by denying police protection and services based on the race of the owners.

90. Lt. Patrick Dean explicitly stated that GRPD would not provide security for "African American/Hip Hop events" following George Floyd's death, demonstrating racial animus.

91. Despite multiple requests for police presence during closing hours and increased patrols, similar to services provided to white-owned businesses like the BOB, Van Andel Arena, and DeVos Place, these services were denied to plaintiffs. The denial was because of race.

92. After Ambiance GR closed, the City implemented the very same security measures for remaining businesses, demonstrating that the denial was not due to resource constraints but was discriminatory.

93. Commissioner Senita Lenear acknowledged that police "do it for every white-owned bar in downtown Grand Rapids" and should provide Ambiance GR "the same support that they give to the BOB and all the other white-owned bars."

94. The deprivation of plaintiffs' constitutional rights was without due process of law.

95. After Ambiance GR closed, the City implemented the very security measures that Ambiance GR had requested for white-owned businesses, further demonstrating that the denial was based on race.

96. Plaintiffs suffered damages as a result.

97. As a direct and proximate result of defendants' discriminatory conduct, plaintiffs suffered damages including loss of investment for renovations (approximately $1,000,000), rent paid during renovations ($8,000/month), damage to business reputation, and loss of future income (approximately $2,000,000).

98. As a direct and proximate result of defendants' actions, plaintiffs suffered damages
including loss of investment, rent during renovations, damage to business reputation, and
loss of future income.

B. **Count II - Municipal Liability for Custom or Policy under 42 USCS § 1983**
   **(against City of Grand Rapids City Commission which is not a Defendant)**

99. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 97 as if
fully set forth herein.

100. The City of Grand Rapids Commissioners had a custom or policy of denying equal police
protection to Black-owned businesses, particularly those hosting "African American/Hip
Hop events." This custom was implemented and applied by city officials, police officers,
and elected representatives

101. This custom was explicitly acknowledged by Lt. Patrick Dean when he stated that GRPD
officers would not provide security for such events.

102. Despite multiple notices to city officials, including City Manager Mark Washington,
Mayor Rosalynn Bliss, and various commissioners, no corrective action was taken,
demonstrating deliberate indifference to plaintiffs' constitutional rights.

103. This custom was the moving force behind the constitutional violation, as it directly led to
the denial of police services that were routinely provided to white-owned businesses.

104. The policy was further evidenced by the fact that immediately after Ambiance GR closed,
on November 30, 2022, City Manager Mark Washington announced a plan to redeploy
police officers downtown to increase visibility and implement other safety measures in
response to concerns from predominantly white-owned businesses.

105. The City later contracted with Phoenix Security, the same company Ambiance GR had

hired but was restricted from operating outside the establishment, to patrol downtown areas.

106.    As a direct and proximate result of this custom or policy, plaintiffs suffered damages including loss of investment, rent during renovations, damage to business reputation, and loss of future income.

### C. Count III - Gross Negligence

(against defendants Mark Washington, Eric DeLong, Kate Berens, Lou Canfield, Vincent Reilly, and Patrick Dean)

107.    Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 105 as if fully set forth herein.

108.    Defendants owed a legal duty to plaintiffs to provide equal protection and police services to all businesses regardless of the race of the owners. This included a duty to respond to emergency calls and provide police protection to businesses in downtown Grand Rapids.

109.    Defendants breached this duty by refusing to provide Ambiance GR with the same level of police protection and services provided to white-owned businesses.

110.    Defendants' conduct was so reckless that it demonstrated a substantial lack of concern for whether injury might result, as defined by MCLS § 691.1407.

111.    Despite Alvin Hills calling police 5 times beginning around 11:00 PM on June 4, 2022, prior to the shooting, asking them to come deescalate parties involved in an altercation, police refused to respond until after shots were fired.

112.    The dispatcher asked if they saw a weapon and stated they would only respond if a gun was involved. Defendants' conduct was so reckless that it demonstrated a substantial lack of concern for whether an injury might result.

113.    Captain Vincent Reilly was aware of the dangers in downtown Grand Rapids, referring to it as a "shitshow" on his Facebook page, yet failed to address these concerns when raised by Ambiance GR.

114.    Lt. Patrick Dean discouraged Ambiance GR from even submitting a formal request for security services, knowing that such services were routinely provided to white-owned businesses.

115.    City Manager Mark Washington and other city officials were made aware of these issues but failed to take corrective action.

116.    As a direct and proximate result of defendants' gross negligence, plaintiffs suffered damages including loss of investment of renovations (approximately $1,000,000.00), rent during renovations ($8,000.00/month), damage to business reputation, and loss of future income (approximately $2,000,000.00).

117.    Defendants' breach was the proximate cause of plaintiffs' damages.

118.    The failure to provide equal police protection and services directly led to safety concerns that ultimately forced Ambiance GR to close permanently.

119.    The shooting that occurred on June 5, 2022, might have been prevented had defendants responded to the multiple calls for assistance before the situation escalated.

**Count IV - Violation of Elliott-Larsen Civil Rights Act MCLS § 37.2302**

**(against all defendants)**

120.    Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 118 as if fully set forth herein.

121.    The Defendants, as a provider of public services as agents of the city of Grand Rapids, is subject to the Elliott-Larsen Civil Rights Act.

122. Plaintiffs sought to enjoy the public services of police protection and security that were routinely provided to white-owned businesses in downtown Grand Rapids.

123. The defendants denied plaintiffs full and equal enjoyment of these public services.

124. This denial was because of the race of Ambiance GR's owners.

125. Lt. Patrick Dean explicitly stated that GRPD would not provide security for "African American/Hip Hop events."

126. Commissioner Senita Lenear acknowledged that police "do it for every white-owned bar in downtown Grand Rapids" and should provide Ambiance GR "the same support that they give to the BOB and all the other white-owned bars."

127. The discriminatory nature of the denial is further evidenced by the fact that immediately after Ambiance GR closed, the City implemented the very security measures that Ambiance GR had requested.

128. As a direct and proximate result of this discrimination, plaintiffs suffered damages including loss of investment, rent during renovations, damage to business reputation, and loss of future income.

**Count V - Intentional Infliction of Emotional Distress**

**(against all defendants)**

128. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 127as if fully set forth herein.

129. Defendants engaged in extreme and outrageous conduct.

130. Lt. Patrick Dean explicitly stated that GRPD would not provide security for "African American/Hip Hop events" following George Floyd's death, a statement that goes beyond all possible bounds of decency and is utterly intolerable in a civilized community.

131.    Defendants consistently denied equal police protection and services to Ambiance GR based on race, despite knowing the potential consequences of this denial.

132.    Defendants acted with intent and or recklessness.

133.    Defendants knew or should have known that their refusal to provide equal protection could result in harm to plaintiffs.

134.    Despite multiple warnings and requests for assistance, defendants intentionally and or recklessly disregarded the safety concerns raised by Ambiance GR.

135.    Defendants' conduct caused severe emotional distress.

136.    Plaintiffs suffered severe emotional distress as they watched their business fail due to safety concerns that defendants refused to address, culminating in a fatal shooting that might have been prevented with proper police response.

137.    The emotional toll on the Ambiance GR staff and owners was immeasurable, having endured a year of grappling with safety issues, only to witness the city's decisive response following the echoes of privileged voices after Ambiance GR closed.

## V. CONCLUSION

Compensatory damages against all defendants, jointly and severally, in an amount to be determined at trial, but not less than $3,000,000, representing loss of investment for renovations (approximately $1,000,000), rent paid during renovations ($8,000/month), damage to business reputation, and loss of future income (approximately $2,000,000).

Punitive damages against all individual defendants in an amount to be determined at trial for their intentional or reckless disregard for plaintiffs' constitutional rights.

Declaratory relief declaring that defendants' actions violated plaintiffs' constitutional rights under the Equal Protection Clause of the 14th Amendment and state law rights under the Elliott-Larsen Civil Rights Act.

Injunctive relief requiring the City of Grand Rapids to implement policies and training to ensure equal protection and non-discriminatory provision of police services to all businesses regardless of the race of their owners.

   a. Attorney's fees and costs pursuant to 42 USCS § 1988.

   b. Pre-judgment and post-judgment interest as allowed by law pursuant to 28 USCS § 1961.

   c. Such other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully,                              LAW OFFICES OF TYRONE BYNUM PLLC

10/31/2025                                 /s/ *Tyrone Bynum*
                                           Tyrone Bynum (P82427)
                                           7125 Headley St., Ste #433
                                           Ada, MI 49301
                                           (616) 608-7409
                                           tyrone@lawofficesoftyronebynumpllc.com

TABLE OF CONTENT FOR ATTACHED EXHIBITS LOCATED AT THE END

January 2022          (01-2022)

February 2022         (02-2022)

March 2022            (03-2022)

April 2022            (04-2022)

May 2022              (05-2022)

June 2022 (A,B, C)    (06-2022A,B,C)

July 2022             (07-2022)

August 2022           (08-2022)

September 2022        (09-2022)

October 2022          (10-2022)

November 2022         (11-2022)

December 2022         (12-2022)

Hitchcock

AFFIDAVITS

January 2022

**During Ambiance Operation (When we were open)**

January 2022

Jonathan met with Cullen Hilary, VP of CWD operations to discuss how things were going with the business and the need for an increased police presence. In the meeting the Ambiance proprietor told Hillary about the financial windfall the business was experiencing. Jelks detailed how Ambiance was fulfilling a niche the City desperately needed. The concept and the need for more entertainment based liquor licensed businesses as opposed to the traditional Grand Rapids based dive bars were the reason why the business was thriving. Jelks told Hillary Ambiance would be a great business for years to come.

Jelks explained to Hillary that the only potential impediment to success was the large crowds that had already begun to stockpile outside of the establishment. He also explained how with so many high profile liquor licensed establishments in one area, that a cross pollination of different patrons and citizens would soon become a problem. Jelks asked Hillary and by proxy CWD managing partner Sam Cummings to reach out to the GRPD and to City officials to help lobby for more support as a unified front. Hillary told Jelks CWD has been working on solidifying more law enforcement support already and that they would loop Jelks in on how to work more cooperatively together with the businesses.

February 2022

February 2022

Jonathan met with Richard App and Josh Lunger at Roam Restaurant

Conversation about increased presence downtown in particular on Pearl between Ottawa and Monroe.

Jonathan Jelks met with Richard App who is the Retail and Retention Specialist for the City of Grand Rapids and Josh Lunger who is Vice President of Governmental Affairs about the persistent issues of safety downtown and the need to protect nightlife and entertainment establishments. Jelks expressed to App and Lunger that there needed to be a cohesive organization that worked together to support downtown safety. Jelks detailed what Ambiance was experiencing on a consistent basis. He told them about the significant health and viability of Ambiance. He discussed how well the business was performing financially and how sought after the business was for community members from all ethnicities and walks of life.

Jelks told Lunger and App that despite the business' success, downtown GR was a mess and that a terrorist attack could take place in GR and the City would be caught with its pants down. The City is ill equipped and slow with its strategy for preventative measures in highly dense areas. In Jelks' opinion the police had been derelict in their duties and went rogue in their responsibility to secure downtown. Jelks said all downtown businesses have been complaining about a lack of service and prioritization. Jelks expounded that historically downtown businesses have always received support during nighttime hours because of the concentration of bars and restaurants that operate between the hours of 7pm-2am. Jelks cited several precedents where police reorganized and redeployed in order to neutralize unwanted criminal activity and lawless behavior when those lawless citizens were adversely affecting downtown nightlife establishments like on Ionia street 5 or 6 years back when there was a break out of shootings.

Jelks told App and Lunger that he felt Ambiance was being neglected by the City and discriminated against by GRPD as the only black owned liquor licensed establishment. He stated to App that the only reason he and fellow proprietors did not expose the City's practices was out of respect for Top City Official and the most diverse commission in Grand Rapids history. Jelks said that the Ambiance team was giving the City the benefit of the doubt to put together a solution to address the issues. Jelks told Lunger that Ambiance's business reputation was suffering do to unruly behavior not directly connected to the establishment, but the criminal behavior of others in the Pearl Street, Monroe and Ottawa corridor. The Ambiance team has personally put their safety at risk by overseeing unruly. The worst fear of Ambiance is for the unruly crowds to gather, violence breaks out, and someone loses their life. We need immediate and adequate police detail during let out hours to ensure everyone is safe and nobody in the worst case scenario is murdered.

Lunger expressed that neighboring businesses were complaining about Ambiance to the GR Chamber and to the City of GR. Lunger expressed that this was a huge problem for many businesses in the downtown area. He spoke to the police force not having enough resources and that the City commission needed to be lobbied to make some immediate changes. Specifically

certain City Officials needed to have a reality check about the circumstances adversely affecting the downtown business community. Lunger vowed to take action to highlight what was becoming a consistent criminal behavior in the core City. App was sure the City would be able to come up with positive solutions. He stated he would be meeting with the City Official #6 and Top City Official about these problems and that his strong ties with the police department would be able to get some significant movement on establishing a downtown safe to do business in. Jelks left the meeting stating if Ambiance couldn't get reasonable support from the City the matter would have to escalate to political and legal recourse.

February 2022

Jamiel and Jonathan met with City Official #3 at Tupelo Honey to discuss public safety needs.

February 2022
Met with Captain Vincent Reilly to discuss a fight and lack of support from GRPD & City Officials.

In February of 2022 members of Ambiance including Jonathan Jelks and Ambiance General Manager Lacy Jones, met with Captain Vincent Reilly of GRPD. City Official #2  was in attendance for this meeting at the request of Ambiance proprietors. Eric Goodson, Founder of Phoenix Security, which was Ambiance's primary security team was also present at this meeting. At this convening, Ambiance  expressed extreme frustration over the lack of service from the Grand Rapids Police Department. Ambiance outlined all the substantial work the company had put in, in order to ensure a strong and cooperative relationship with the department. Ambiance explained it was in poor form that the establishment is located literally 2 blocks away from the police department but is being treated with disregard. To have a high profile, thriving business in a vibrant corridor and to not receive the attention other businesses have had a precedent of receiving because the business is black owned is unacceptable.

Ambiance reiterated its security plan and asked recommendations from Captain Reilly. Ambiance offered to support the families of fallen officers via quarterly fundraisers in order to build trust and good community relationships with the police department. Ambiance offered to pay overtime stipends to off duty cops to help secure the neighborhood corridor.

Captain Reilly's responses varied. The Captain blamed the lack of police support on limited personnel and lack of resources being allocated by the GR City Commission impairing the department from doing its job. Captain Reilly encouraged members of Ambiance's ownership team "To run for City commission against sitting City Officials who in his opinion were not pragmatic and were completely anti-police." In his assessments low police morale stemmed from a lack of respect by the city commission.  He identified policy and resources as a Ambiance problem.

He also harkened back to the pre-open conversation stating the establishment should change its musical selection and not play any hip hop (rap) music at the bar to prevent unwanted elements from hanging out at the bar. Reilly stated that the best strategy was to not attract 'certain crowds'. Ambiance proprietors, frustrated and exasperated,  pushed back explaining Ambiance had next to zero problems on the inside of the establishment.Ambiance's problem and the business corridorȘproblem was people flocking to the street and sidewalk illegally gathering, adding to an already crowded area causing problems in downtown GR. Ambiance proprietors emphasized that the sidewalks and streets and parking lots were not in their purview or jurisdiction to patrol. Ambiance explained to Captain Reilly that it was a violation of a morale code as a black owned establishment to try and discourage black people from showing up. In a community where there are so few black liquor licensed establishments the community is starving for diverse ethnic entertainment. This is limited to black people, as Ambiance was popular amongst people from all generations, ethnic backgrounds etc.

However it would be impossible for the bar not to attract people of color from all walks of life. Ambiance impressed upon Captain Reilly that it is also not tenable to be the black owned establishment that only serves white constituents.

Jelks reiterated that we need an immediate and adequate solution to prevent further acts of violence from happening and the worst case scenario would result in someone losing their life from the large crowd of unruly gatherers. Ambiance proprietors committed to discussing with City Officials how the police could get a workable solution and the staff needed to support the entertainment districts downtown.

February 2022

In Feb of 2022 Jonathan met with Mr. Mike Ellis about parking lot safety working together to ensure a strong cooperative relationship.

Jonathan Jelks met with Mr. Mike Ellis the owner and proprietor of Ellis parking lots at his office in Start Garden. Mr. Ellis reached out to Jonathan via text to address unruliness in his parking structures. One of those lots sits directly next to Ambiance and informally serves as a main parking lot for the establishment. The other parking ramp is a structure with multiple stories that sits across the street and adjacent to Ambiance.

Mr. Ellis' concerns were that Ambiance patrons were causing some serious issues in his lot and ramp. Jelks acknowledged Mr. Ellis concerns and showed him respect as he knew Mr. Ellis is a respected entrepreneur and a key stakeholder in downtown grand rapids. Jelks expressed the considerable work team Ambiance had put in to develop a strong working relationship with the City and GRPD. Jelks pushed back on Mr. Ellis' message while helping him to understand that more time than not the trouble-making citizens were not actually patrons of our establishment, but people who came and parked and did illegal things like drinking in the car, doing hard drugs, and brandishing weapons waiting for patrons to exit. Jelks reiterated to Ellis that Ambiance is not responsible for the behavior or actions of people and held no jurisdiction over the public right of way or his parking lots. Jelks agreed that in order to be a good neighbor and to show vested involvement in downtown, Ambiance would pay out of pocket to increase its security detail. This would also provide some relief assisting with the patrol of his lot and support his parking attendant Mike who was on the receiving end of some of the unruliness. Mr. Ellis was very pleased with this outcome.

From this day forward Ambiance hired armed security forces to patrol the Ellis parking lot next door to the establishment and the street all the way up to the Freshii restaurant on Pearl Street. Ambiance only stopped patrolling the parking lot after GRPD specifically instructed proprietors to have their armed security detail to stand down from anything that was public and that wasn't in the vicinity of Ambiance's front and back exit. GRPD did not want armed security guards patrolling outside. Jelks did push back on Mr. Ellis in regards to any activity in the parking structure across the street stating Ambiance just didn't have the resources to help maintain the multiple storied parking ramp and that the other bars and restaurants in the area needed to support the security there as well. Mr. Ellis understood and was good with the progress of the meeting. He also sent his notes detailing the unruliness to GRPD, the City & to the landlord CWD.

# EXHIBIT 2

March 22, 2022
Jonathan spoke to City Official #6  at a City event
Asked for help with Police and stated "Politics shouldn't prevent public safety"
You should run for City Commission said by police

Jamiel Robinson and Jonathan Jelks had an impromptu meeting with City Official #6 at a City event. The gentlemen from Ambiance, Robinson and Jelks made it a point to catch up with the City Official #6 to discuss their growing concerns over the business and the allowance of criminal behavior to build up in the area during closing hours. Robinson told City Official #6 the illegal behavior on public streets and sidewalks were adversely affecting all the businesses in the corridor. City Official #6 quickly acknowledged how well Ambiance was doing and how proud she was of the guys for persevering through many obstacles to get the establishment up and running. She congratulated the success of the business, as she had been familiar with all of the different challenges that Ambiance had experienced in order to survive the long hard pandemic. She was excited to see them thrive and had witnessed lines around the corner as patrons were looking to get in.

Jelks and Robinson received the compliments with gratitude, but quickly changed the nature of the conversation again, expressing to the City Official #6 they were having persistent problems with the lack of responsiveness from the Grand Rapids Police department. They told City Official#6 about _____s how patrons who were denied entry and folks who were never planning on entering the establishment would conduct illegal activities outside creating a constant chaos building up to let out hours. They also told her about the massive numbers of folks that would converge in the Pearl Ottawa corridor due to there being several high volume liquor licensed nightlife establishments in a concentrated area. Jelks told City Official #6 when those crowds intersect they are problems. Robinson and Jelks told City Official #6 that they needed advocacy from the City commission level as the police department was not being responsive and cooperative to their concerns. They told her about the urgency in which the matter needed to be addressed in order for the business to continue to enjoy the success the business had been enjoying. They made it clear that they had been threatened and that the landlord had been receiving complaints from neighboring businesses and downtown residents. They told her the lack of order on public streets, which was not Ambiance's responsibility, was beginning to impugn the reputation of the business. Jamiel Robinson specifically told City Official #6 that if public safety officials don't start addressing these crowds where many people are carrying out illegal activity somebody will get seriously hurt.

The gentlemen told the City Official #6 that they really needed her to intervene here because they didn't want conflict to initiate between them as business owners and her administration which up until this point had been ignoring the cries for help. The gentlemen emphasized to tCity Official #6 that she had been a tremendous friend to them and that they wanted to get this handled quietly and have the opportunity to continue to grow their business in downtown GR.

Ambiance maintained that as black business owners they felt they were being mishandled and mistreated. City Official #6 responded to the gentlemen that she would personally bring their concerns to the Top City Official. She stated she would meet with the Top City Official to get a strategy in place. She also said she would advocate with the police department and follow back up with the members of Ambiance in a meeting with some solutions. She never met with the

March 1, 2022
Met with City Official #1 and Top City Official at a City Official Event
It's eminent we have more of a police presence downtown and we're vulnerable to mass shootings due to lack of police detail

At one of the City events Jamiel Robinson briefly met and touched base with both Top City Official and another City Official #1. In those 2 separate discussions Robinson who was accompanied by Jelks were intentional about pulling both leaders aside and warning them about what they had been experiencing in regards to lack of crowd control, crimes being allowed to be committed, lawless behavior, hazardous situations that could impact the business, and the benign neglect that the corridor was receiving at the hands of GRPD. Because the police blamed their lack of service on lack of staff and resources Ambiance inquired about what would need to happen to increase support for the corridor with more man/woman power. Ambiance pointed out to City Official #1 how much time and money was invested into being able to open and that this kind of treatment and lack of response is unacceptable.

Ambiance proprietors told both the Top City Official and the other City Official #1 that this is the type of racism people refer to when it comes to stifling the upward mobility of African Americans in Grand Rapids.  You have a group of 6 native sons pooling their resources together to create opportunities, jobs, and business in the heart of the community where diversity is lacking and the City is not doing its job to provide the basic protections it has routinely and regularly offered to other businesses. Ambiance told City Official #1 and Top City Official that their landlord was under pressure by the neighborhood thus putting the business under pressure by the landlord to get an effective resolution. City Official #1 and Top City Official both stated they would speak to the new Chief, but also convene with other City leaders to get a result.

March 24th, 2022
Jonathan met with City Official #3 at Real Food Café
Expressed need for police downtown and fiscal allocations to support
Reallocate funding

In a meeting with City Official #3 in March of 2022 at Real Food Cafe, Jonathan Jelks was extremely candid about the precarious safety situation that was negatively affecting Ambiance. After surviving damage from exploding police cars during the riots after George Floyd's untimely passing, and the long hard Covid-19 pandemic, which had severely crippled many small businesses, Ambiance had not only managed to survive but thrive. The threats to the business' wellbeing were coming from entities out of the business control. Jelks highlighted how there were citizens of West Michigan gathering illegally, parking illegally, behaving unlawfully, causing illegal disturbance, that would eventually lead to a greater travesty. Jelks expressed how Ambiance was spending an exorbitant amount of money on security to ensure not only the safety of the business itself but also supporting the business corridor as whole, including the block of Pearl Street between Ottawa Avenue and Monroe Avenue as well as Mr. Ellis' parking lots. Jelks told the City Official #3 Ambiance's security was doing GRPD's job for them, protecting citizens on public streets and making citizens arrests because the business knew that the neighborhood would blame any mishaps on the black owned establishment. Jelks told City Official #3 that the landlord  had made it clear it was also holding the business accountable for unruly acts that transpired not in the actual business and facility, but in the entire neighborhood and that if acts of violence persisted 'your business will be done'.

Jelks told City Official #3 that he felt Ambiance was being discriminated against because it was a black owned business and a lot of the outside trouble was perceived to be being caused by black people. Jelks said to City Official #3 that being a Black owned business doesn't make us responsible for non-law abiding citizens gathering in the neighborhood. Jelks said this mentality is the height of racism and that it is unacceptable on all sides to allow  the business to suffer because the police view a black owned establishment as problematic. Jelks also told City Official #3 that the City has a responsibility to protect businesses from citizens acting unlawful. He reiterated that the City needed to come up with solutions and help to solidify a fix to prevent someone from being hurt and worst case . Jelks expressed to City Official #3 that he had been encouraged by the police and City officials to specifically influence City Official #3 to lessen criticisms of the police department and to support GRPD for more resources including more cops. Jelks told City Official #3 was seen as a primary architect of the "Defund the Police " sentiment that was impacting GRPD's morale and willingness to support a black owned business. Jelks told City Official #3  that he felt Ambiance was being used as a pawn in a greater chess game between City Official #3, City Commission & GRPD who were not aligned on police policy.

The cops clearly disliked and had no faith in the City Commission with City Official #3 and himself being the most problematic when it comes to those policies. Jelks told City Official #3 that GRPD said they needed more manpower, more money, and more public support for the work they do. City Official #3 responded that none of this is surprising in regards to police sentiment.

March 2022

Jonathan and Ambiance Partner met with Tim Kelly, CEO of Downtown Grand Rapids Inc.(DGRI) about the urgency to discuss policing needs in downtown Grand Rapids. Ambiance has been open and under siege from non-patron loiterers who have been standing out on the public sidewalks creating an environment of reckless behavior. Ambiance Partner and Jonathan expressed that the current police deployment was unacceptable for the Second largest City in Michigan. Ambiance Partner expressed to Kelly that the lack of police support in downtown made investing in the core of the City a non-worthwhile investment. Jonathan also told Kelly that Ambiance was feeling excluded from GRPD support because the business is black owned. Jonathan told Kelly other businesses were painting Ambiance as a nuisance and it felt like the City was content in letting its business reputation suffer. Tim acknowledged that other downtown business owners were complaining to DGRI about Ambiance and he reinforced that DGRI consistently defended Ambiance in efforts to educate neighboring businesses that the establishment had been preemptive and proactive in working to create a safe environment. Tim emphasized to  neighboring businesses that Ambiance has been trying to develop a cooperative partnership with the GRPD to no avail with no sufficient reasoning given.

Tim Kelly said that DGRI had been advocating for years to increase law enforcement presence downtown, specifically to help the business community. Tim Kelly agreed to assist in convening downtown stakeholders to address safety needs in a collaborative manner that best supports all stakeholders including Ambiance direct needs. Tim advocated for the public safety meetings to begin with all downtown stakeholders due to the current complaints that not only Ambiance has been sharing, but other downtown businesses have been echoing as well.

City Official #3 was extremely supportive in his conversation of Ambiance in his conversation with Jelks. City Official #3 agreed that the police department has demonstrated racism historically and in the present day. City Official #3 told Jelks that it's this same racism that won't allow him to support more resources for GRPD. City Official #3 explained to Jelks that reform needed to happen and that the police department needed to evolve before he could in good conscience vote to allocate more resources for GRPD. City Official #3 said that he didn't believe there needed to be more cops in the City. He stated the cops received plenty of money already, out of the City budget and they need to work better with what they have. He stated that the cops needed to do a better job of reorganizing manpower. City Official #3 emphasized that they needed to redeploy officers downtown to support Ambiance and the business corridor. City Official #3 said he would take these concerns directly to Top City Official & work with him on a strategy to get this addressed. Jelks thanked City Official #3 and reiterated that if the City didn't stop excluding the Ambiance area from support given to other establishments and crowded business districts, that Ambiance would have to pursue more intense advocacy. Jelks told City Official #3 this was the last thing that Ambiance wanted to do because of the friendships and respect the proprietors had for City staff and commission.

March 24ᵗʰ, 2022
Jonathan met with City Official #3 at Real Food Café
Expressed need for police downtown and fiscal allocations to support
Reallocate funding   ) Clean up

In a meeting with City Official #3 in March of 2022 at Real Food Cafe, Jonathan Jelks was extremely candid about the precarious safety situation that was negatively affecting Ambiance. After surviving damage from exploding police cars during the riots after George Floyd's untimely passing, and the long hard Covid-19 pandemic, which had severely crippled many small businesses, Ambiance had not only managed to survive but thrive. The threats to the business' wellbeing were coming from entities out of the business's control. Jelks highlighted how there were citizens of West Michigan gathering illegally, parking illegally, behaving unlawfully, causing illegal disturbance, that would eventually lead to a greater travesty. Jelks expressed how Ambiance was spending an exorbitant amount of money on security to ensure not only the safety of the business itself but also supporting the business corridor as whole, including the block of Pearl Street between Ottawa Avenue and Monroe Avenue as well as Mr. Ellis' parking lots. Jelks told the City Official #3 Ambiance's security was doing GRPD's job for them, protecting citizens on public streets and making citizens arrests because the business knew that the neighborhood would blame any mishaps on the black owned establishment. Jelks told City Official #3 that the landlord had made it clear it was also holding the business accountable for unruly acts that transpired not in the actual business and facility, but in the entire neighborhood and that if acts of violence persisted 'your business will be done'.

Jelks told City Official #3 that he felt Ambiance was being discriminated against because it was a black owned business and a lot of the outside trouble was perceived to be being caused by black people. Jelks said to City Official #3 that being a Black owned business doesn't make us responsible for non-law abiding citizens gathering in the neighborhood. Jelks said this mentality is the height of racism and that it is unacceptable on all sides to allow the business to suffer because the police view a black owned establishment as problematic. Jelks also told City Official #3 that the City has a responsibility to protect businesses from citizens acting unlawful. He reiterated that the City needed to come up with solutions and help to solidify a fix to prevent someone from being hurt and worst case . Jelks expressed to City Official #3 that he had been encouraged by the police and City officials to specifically influence City Official #3 to lessen criticisms of the police department and to support GRPD for more resources including more cops. Jelks told City Official #3 he was seen as a primary architect of the defund the police sentiment that was impacting GRPD's morale and willingness to support a black owned business. Jelks told City Official #3 that he felt Ambiance was being used as a pawn in a greater chess game between City Official #3, City Commission & GRPD who were not aligned on police policy.  ( Complaint )

Mindy Ysasi

The cops clearly disliked and had no faith in the City Commission with City Official #3 and himself being the most problematic when it comes to those policies. Jelks told City Official #3 that GRPD said they needed more manpower, more money, and more public support for the work they do. City Official #3 responded that none of this is surprising in regards to police sentiment.

City Official #3 was extremely supportive in his conversation of Ambiance in his conversation with Jelks. City Official #3 agreed that the police department has demonstrated racism historically and in the present day. City Official #3 told Jelks that it's this same racism that won't allow him to support more resources for GRPD. City Official #3 explained to Jelks that reform needed to happen and that the police department needed to evolve before he could in good conscience vote to allocate more resources for GRPD. City Official #3 said that he didn't believe there needed to be more cops in the City. He stated the cops received plenty of money already. out of the City budget and they need to work better with what they have. He stated that the cops needed to do a better job of reorganizing manpower. City Official #3 emphasized that they needed to redeploy officers into downtown to support Ambiance and the business corridor. City Official #3 said he would take these concerns directly to Top City Official & work with him on a strategy to get this addressed. Jelks thanked City Official #3 and reiterated that if the City didn't stop excluding Ambiance area from support given to other establishments and crowded business districts, that Ambiance would have to pursue more intense advocacy. Jelks told City Official #3 this was the last thing that Ambiance wanted to do because of the friendships and respect the proprietors had for City staff and commission.

March 2022

Jonathan and Ambiance Partner met with Tim Kelly, CEO of Downtown Grand Rapids Inc.(DGRI) about the urgency to discuss policing needs in downtown Grand Rapids. Ambiance has been open and under siege from non-patron loiterers who have been standing out on the public sidewalks creating an environment of reckless behavior. Ambiance Partner and Jonathan expressed that the current police deployment was unacceptable for the Second largest City in Michigan. Ambiance Partner expressed to Kelly that the lack of police support in downtown made investing in the core of the City a non-worthwhile investment. Jonathan also told Kelly that Ambiance was feeling excluded from GRPD support because the business is black owned. Jonathan told Kelly other businesses were painting Ambiance as a nuisance and it felt like the City was content in letting its business reputation suffer. Tim acknowledged that other downtown business owners were complaining to DGRI about Ambiance and he reinforced that DGRI consistently defended Ambiance in efforts to educate neighboring businesses that the establishment had been preemptive and proactive in working to create a safe environment. Tim emphasized to  neighboring businesses that Ambiance has been trying to develop a cooperative partnership with the GRPD to no avail with no sufficient reasoning given.



Tim Kelly said that DGRI had been advocating for years to increase law enforcement presence downtown, specifically to help the business community. Tim Kelly agreed to assist in convening downtown stakeholders to address safety needs in a collaborative manner that best supports all stakeholders including Ambiance direct needs. Tim advocated for the public safety meetings to begin with all downtown stakeholders due to the current complaints that not only Ambiance has been sharing, but other downtown businesses have been echoing as well.

Ambiance proprietors about any potential solutions. But she did alert the Police Chief and the Top City Official about this situation.

April 22

# EXHIBIT 3

**Subject**    Ambiance Special Event Request

**From**    Jonathan Jelks
<cheguvera84@yahoo.com>

**To:**    <pdean@grcity.us>

**Cc:**    Mark Washington <mwashington@grand-
rapids.mi.us>, Alvin Hills
<alvin.hills4@yahoo.com>

**Date**    Apr 19, 2022 at 10:51 AM

Lieutenant Dean,

Good morning. My company Ambiance GR is looking to
set up a reoccurring special events permit for
Saturdays outside of our bar located in between pearl &
Ottawa. The reason for this request is because despite
our expenditure of 5,000.00 a week & 20,000.00 a month
on licensed & bonded security for our bar & nightlife
establishment, the streets & surrounding corridor still
need to be managed to prevent loitering & unwanted
behavior in the heart of the hotel district. We are looking
to set up a call today to discuss our needs &
special event request per the recommendation of City
Manager Mark Washington.

Please let me know your earliest availability. We need
about 15 minutes for a call. Thank You

My number is +16164307733

Jonathan Jelks

Sent from Yahoo Mail for iPhone

IMG_1805.PNG

https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



1:44    .ill 5G 🔋

**New iMessage**    Cancel

To: Rosalynn Bliss

Apr 20, 2022 at 11:43 AM

Hey Mayor. Missed your called yesterday. Have since called you twice. We need to touch base as soon as possible in regards to the lack of support we're reviving from GRPD

It is imminent we speak before tomorrow. Let me know what works best

I will give you a call when I have a break in my schedule

Apr 21, 2022 at 3:11 PM

Mayor the conversation was excellent. Transparency was shared. However we got zero short terms solutions for this weekend. I'm torn on what we should do.

Jun 5, 2022 at 11:34 AM

Mayor giving you call this afternoon. Imperative conversation.

Jun 5, 2022 at 12:48 PM

I will give you a call in 15-20 minutes.



| | |
|---|---|
| **Subject** | Re: Follow up |
| **From** | Sam Cummings <Sam@cwdRealEstate.com> |
| **To:** | Berens, Kate <mberens@grand-rapids.mi.us> |
| **Cc:** | Reilly, Vince <vreilly@grand-rapids.mi.us>, cheguvera84@yahoo.com <cheguvera84@yahoo.com>, M Ellis <mellis@ellisparking.com>, Tim Kelly <tkelly@downtowngr.org>, Richard App <Richard@grandrapids.org>, Cullen Hillary <CHillary@cwdRealEstate.com>, Joshua Lunger <josh@grandrapids.org>, Canfield, Louis <lcanfield@grand-rapids.mi.us>, Washington, Mark <mwashington@grand-rapids.mi.us> |
| **Date** | Apr 28, 2022 at 8:59 PM |

Thank you Kate!

I also received another letter of concern from a neighboring restaurant this evening. I will include the management of that business in future correspondence.

Have a great evening.

Sam Cummings
Managing Partner

CWD Real Estate Investment
50 Louis NW Suite 600 | Grand Rapids | Michigan 49503
cwdrealestate.com | Phone 616.726.1700 | Direct 1.616.588.7107

CWD Web Site

Follow us on....

**View more**

On Thursday, April 28, 2022, 7 40 PM, Berens, Kate <mberens@grand-rapids.mi.us> wrote:

All,

I took the liberty of annotating the prior summary with the items we discussed today.  Feel free to add anything.  We will endeavor to have information on the items in the city's court by our next meeting on 1/12.

Thank you
Kate

**Kate Berens | Deputy City Manager**
616.456.3714 Office
616.888.0520 Cell
www.grandrapidsmi.gov

**From:** Sam Cummings <Sam@cwdRealEstate.com>
**Sent:** Friday, April 22, 2022 2:24 PM
**To:** Reilly, Vince <vreilly@grand-rapids.mi.us>; cheguvera84@yahoo.com; M Ellis <mellis@ellisparking.com>; Tim Kelly <tkelly@downtowngr.org>; Richard App <richard@grandrapids.org>; Cullen Hillary <CHillary@cwdRealEstate.com>; Joshua Lunger <josh@grandrapids.org>; Canfield, Louis <lcanfield@grand-rapids.mi.us>; Berens, Kate <mberens@grand-rapids.mi.us>; Washington, Mark <mwashington@grand-rapids.mi.us>
**Subject:** Follow up

[Stop. Think. Read. This is an external email. Please use caution when clicking on the links and opening attachments in unsolicited email.]

All—

Thanks for the visit yesterday. Sorry for the delay in getting this out. I have discussed with Josh and I THINK that I have covered short and long term action items and the responsible parties.

Open document so feel free to edit.

Please use this thread to make any updates, **specifically the time sensitive ones related to KC Sheriff and/or Ambiance programming for Saturday night.**

Jonathon, I didn't see where we had the rest of your team's emails included.

Thank you all.

Sam Cummings

Managing Partner

CWD Real Estate Investment
50 Louis NW Suite 600 | Grand Rapids | Michigan 49503
cwdrealestate.com | Phone 616.726.1700 | Direct 1.616.588.7107

Follow us on....

This message contains confidential information from CWD Real Estate Investment and is intended only for the intended recipient(s). If you are not the named recipient you should not read, distribute or copy this e-mail. Please notify the sender immediately via e-mail if you have received this e-mail by mistake; then, delete this e-mail from your system.

## Pearl and Ottawa Security Concerns Action Steps
## Updated 4/28/22

|              Item:              | Responsible Party |
|:-------------------------------:|:-----------------:|

Short Term:

1. Kent County Sheriff supplement          Ambiance
   • Still awaiting response from Kent Cty sheriff
2. Camera "Trailer"                         GRPD/City
   • Trailer was used to good effect over prior weekend; city
     pursuing install of outlet to allow for continuous power rather
     than solar power
3. Parked Cruiser                           GRPD/City
   • At this point, judicious patrolling by on-duty officers as
     activities and other calls allow is what is feasible within existing
     resources.  This approach was used past weekend.  Ambiance
     remains very interested in this strategy for short and long-
     term.
4. Disarm Security  (at least LGs)          Ambiance
5. Uniform or clearly identify Security     Ambiance
6. Alternative Programming                  Ambiance
7. Suspension of Programming                Ambiance
8. Potential addition item for discussion/communication around
   Ambiance dress code:  noted that in today's discussion, one point
   of potential tension is for people who are denied entry into
   Ambiance due to dress code issues, and then linger due to
   activity/attraction of what is happening inside.  Could there be
   more prominent information on facebook/other social media

venues to publicize dress code for potential patrons in advance of showing up?

9. Additional coordination suggestion made today to connect Ambiance head of security in with a monthly call that occurs now (with other private security throughout city/downtown).  Details needed for how to connect with that resource

10.    City to review question about on-street parking on Pearl street, suggestion raised by Ambiance

Long Term:

1. Site Security Analysis                    City
   - Anticipated in next week or so; group will reconvene on 1/12 to review outcomes and identify options to pursue
2. Increased cameras outside              CWD
   - CWD has received bids and is pursuing installation; will share footage
3. Cameras inside                        Ambiance
4. Increased Police Presence              All
   - Continued discussion of best use of and coordination of available resources
   - Also discussed today continued discussion of enforcement tools around weapons brandishing, when criminal and/or civil enforcement may be warranted and if current rules are clear. Requires additional discussion within City, then report out to all

April 18th, 2

Reprint Page 21

Jamiel had                                              king for police support

In specific                                    ce was having extreme trouble with
large crov                                     who were denied entry camping out in
front of t                                     areas both during operations and with
more ind                                       after the business was closed. These
folks w                                        ing lot next door and the parking
structu                                        ity Official #4 that the situation is hostile.
That A                                         xplained to her how much the business
was c                                          Ambiance utilized its security force to go
abov                                           secure the immediate  area around
Am                                             ecurity was not supposed to manage crowds
of people o                               ght of way ( streets and sidewalk) but were
doing so in order to pr                        ons as the police were derelict in their duties.

He told her that police had been non-coope____ and only semi-responsive for 3 straight
months. He also told her that based on conversations with the department that police were
unwilling to provide the business district more support, until the police received more respect
and resources from the City Commission. He relayed to her that she & City Official #3 were seen
as problematic 'woke activist City Officials' who wanted to defund the police department. Those
City Officials were seen as enemies to a safe City. It was stated by police officers that City
Official #4 & City Official #3 consistently voted against police resources & were looking to
slash the public safety budget. With this type of anti-police climate officers had represented that
change needs to come from City Hall. This was preventing the police from executing a short &
long term solution to helping establish order in the area. Robinson expressed that the police
pointed out that they were short staffed & needed more man/woman power in order to secure
downtown. Also that police morale was down after George Floyd and that police felt abandoned
by the City elected officials.

April 18th, 2022
Jonathan emailed Josh Lunger, City Official #6, Sam Cummings, Richard App, City Official #2, Cullen Hilary, Tim Kelly, Chief Eric Winstrom, Top City Official, City Official #1, City Official #3, Deputy Chief Kristen Rogers, Andy Guy

Email to discuss loitering and measures Ambiance has taken for public safety
-Jonathan Email

April 19th, 2022
- Jonathan email Lt Dean to request Special Events Permit for public safety (Jon has
  attachment)

  o  Alvin Hills IV met with Lt Dean and Evette Pittman 4/19/22 1pm virtually. Alvin
     met with Lt. Patrick Dean and City of GR Special Events Manager Evette Pittman
     virtually to discuss the process for Ambiance to apply for special events security
     as instructed by City Manager Mark Washington. Lt. Dean expressed that he
     doesn't have staffing available to cover this request this week or the following
     weeks to come. He instructed that if he posted this overtime opportunity no
     officer would accept due to his officers not having the appetite to police "these
     types of events" alluding to African American/Hip Hop based events in the wake
     of the recent shooting of Patrick Lyoya.

     Alvin requested for Lt. Dean to allow Ambiance to request security services and
     see if any offers were accepted. Evette Pittman added that GRPD has more than
     enough officers to secure the DeVos and Van Andel through the Convention
     Arena Authority and asked could the department approach it in a similar manner.
     Lt Dean was adamant that none of his officers would accept, so there's no reason
     for us to submit a formal special events security request. Due to the climate
     created after the Patrick Lyoya shooting, Lt. Dean expressed that any African
     American/Hip Hop led event happening GRPD would not be interested in
     securing those spaces. He expressed that the current perception by the public and
     anticipated black community retaliation for the murder of Patrick Lyoya would
     not be a space his officers would be interested in securing. Lt. Dean discouraged
     Ambiance from submitting a formal request. Alvin reported this back to City
     Manager Mark Washington.

April 21st through June 8th Public Safety Meetings began regularly with City Staff #2, Sam Cummings, Cullen Hilary, Top City Official #3, Mike Ellis, Mike Ellis Jr & Parking Lot Attendant, Captain Vincent Reilly, Eric Goodson of Phenix Security, Josh Lunger, Tim Kelly, and Richard App

Ambiance had 4 engagement meetings throughout the spring season of 2022. Over the course of the spring, these meetings took place at CWD Offices. There were many folks who rotated in these meetings but the consistent members included City of Grand Rapids Executives, DGRI, CWD, GRPD, Mike Ellis Sr., Mike Ellis Jr., the Chamber of Commerce and other vested downtown partners. This security council meeting was only convened after a shooting incident in March. Ambiance proprietor Jonathan Jelks wrote an email with City Officials and DGRI and more detailing all the steps the business took to ensure a safe environment. After 3 months of neglect Ambiance proprietors were prepared to go public and expose the lack of support they were receiving if things didn't change.

At those meetings a range of topics were discussed. In the first meeting Ambiance expressed extreme frustration in the discriminatory behavior and lack of responsiveness from the Grand Rapids Police Department. Ambiance proprietors provided very specific instances where public safety officials were failing to do their job. Ambiance proprietors boldly stated that if the situation could not get under control that they would have to escalate this to a legal recourse, because the practices that the City had historically implemented were not being applied in this situation. Ambiance continually warned law enforcement and the City that not only was the business at tremendous risk, but that citizens of GR were also at risk due to criminal behavior that was not being addressed. Josh Lunger, Vice President of the GR Chamber of Commerce stated that "Many businesses the chamber represents are going through similar experiences in downtown GR". In these engagement meetings GRPD offered very little meaningful strategies. It seemed they were present to listen and offer minor feedback, but the mAmbiance Partnerority of their responses were indifferent. Certain days, Ambiance proprietors were forced to beg police upper management via email and phone to send officers to disperse enormous crowds that gathered and harassed our business, patrons, and the proprietors themselves. The police witnessed first hand what Ambiance proprietors were experiencing. The police knew exactly what was transpiring outside in the corridor. They knew different crowds, from all of the bars converging on Pearl Street and Ottawa Avenue. They saw videos of people knocked out unconscious, robberies in the parking lot, folks intoxicated, people sprawled out in the middle of the street, cars illegally stopping traffic, people illegally parking, guns being brandished illegally, Ambiance security being threatened by non-patrons, and illegal drinking in Mr. Ellis' parking lot etc. In the first 2 security meetings Ambiance articulated these behaviors which were disrupting business and putting citizens at risk.

GRPD and the City had full knowledge of the extent of what Ambiance was experiencing. Ambiance proprietors were extremely professional and courteous to law enforcement and City Staff throughout this process. Ambiance proprietors expressed gratitude for the opportunity to meet and discuss strategies however were insistent on a short term plan which included redeployment and foot patrol which was necessary to get the corridor under control. This would be a permissible solution while the City put together a long term plan to hire more officers and build more consensus at the policy making level on how to secure downtown. Ambiance impressed upon members of this security council that the business was suffering due to the

reputation of violence going on outside on the block, in the corridor when the establishment was closed and or during let out where patrons were exiting the premises. Ambiance was candid about the fact that the business would not be able to sustain without support. Ambiance was aware that the landlord was being pressured by neighboring businesses to terminate its lease. Ambiance made the City aware that the Grand Rapids Chamber of Commerce was receiving pressure to advocate against Ambiance being allowed to exist. The City was getting formal complaints from neighboring businesses pushing for the closure of the establishment. The pressure was heaping on.

Ambiance made the security council aware of officers publicly disparaging the business after crimes were committed in the corridor on several occasions. A specific example Ambiance pointed out to City of Grand Rapids officials was in March when a female officer stated to community members and Ambiance proprietors unbeknownst: "That their business isn't going to last long. It's the type of people who they bring down here. They're bringing people down here that don't belong." In March of 2022, Ambiance proprietors expressed to City officials they considered this attitude to be one that is pervasive in the psyche of GRPD. Ambiance proprietors expressed that they felt GRPD was making a concerted effort to exclude Ambiance from service due to the race and ethnic makeup of the owners and the demographic establishment served. Ambiance also expressed that they felt like they were being used as a pawn to be leveraged and weaponized against a non-supportive City Commission.

April 21st, 2022

This group was convened after numerous conversations, meetings, and emails by the Ambiance team in efforts to address public safety/policing immediate needs for the Pearl Ave and Ottawa Street corridor. Ambiance expressed that they've been experiencing trouble from large crowds of non-patron or people denied entry camping out in front of the establishment, the Ellis Parking Lot, and creating trouble for the business. The Ambiance team expressed some loiters have been armed and that the business felt under attack by non-patrons that showed up weekly with very little police support to help disperse crowds.

Jonathan Jelks read the opening statement to begin the meeting

We're here to be solutions oriented. Ambiance is a good business. Run by good people. We've fulfilled a niche. We've created jobs. We've enhanced diversity. We've been collaborative with both our neighbors, & other stakeholders invested in downtown. We've also been extremely collaborative. In turn we are one of the best performing bars in the City, in only 4 months of being open, with only 3 nights of operation. We've hosted every kind of event including the National Forum for Black Public Administrators hosted by Top City Official Top City Official& Top City Official, to the West Michigan Real Estate investors meet up happening this evening. Our Jazz nights & Motown rendition live performances are indicative of the well rounded entertainment options are that we provide for the City. We have also become one of the premier nightlife spots for millennials & GEN Z with musical fevered EDM, R&B, Pop, Top 40, Hip Hop, House etc.

In knowing that we were going to be disruptively successful we took a number of proactive measures to preempt & work with public safety to ensure not only the sanctity of Ambiance, but also preserve the quality of life for our neighboring downtown residents. We knew that without question we would be attracting all different kinds of people into the hotel district. With us dropping into an already thriving ecosystem, we knew Pearl Street & Ottawa Avenue would become even more crowded & congested. Before there was ever any real issue, I was reaching out to basically everyone at this table including our elected officials emphasizing our policing needs. That being the need to have GRPD as a law order authority that can operate as a deterrent to keep people safe, like they do in the heart of any other City. That means specifically maintaining order, keeping undesirables under control, citizens committing crimes, loiters, and people who can't control themselves from causing disturbance downtown. I knew and predicted to most of you that this would cause problems if we did not because we're a center attraction business.

Gentlemen we've exhausted our private security options. We pay 5,000.00 a week, to the summation of $20,000 a month for 2 licensed & bonded security firms, with up to 23 personnel on Saturday's to maintain our space as well as help with Mr. Ellis' parking lots. Let's remember our security: were the ones who made a citizen's arrest last weekend when two individuals were exchanging shots. The cops then arrested said individual and found more guns in the car.

We have exhausted meetings with GRPD over the past 3 years trying to build strong communication & a formal partnership. As I outlined in the initial email, we have offered to create a pilot program with GRPD for entertainment venues. We have offered pay off duty

officers over time to help maintain the streets after we close. Mind you all of these significant problems are issues happening after we let out. Our job is to secure our space, not patrol downtown for crime. These problems are happening after we shutdown activity and close at 1:30am. They start at 2:00am. Our security has been exemplary keeping the department abreast of the issues and giving formal police reports on any incident.

We are open to all ideas about how we can better work with the GRPD & the City. We are not shying away from the problems we've seen thus far. We know Ambiance is a particularly tricky business that can add to the duress of downtown. The fact is being a company that celebrates and promotes diversity, while having different kinds of entertainment options does attract some folks from the toughest neighborhoods in the City. Some of these folks will take their conflicts to downtown's doorstep. We have been the victim of threats and crimes because dresscode.

There are a few things we're not prepared to do. We are not prepared to be labeled by other businesses as the problem child of downtown. We're not prepared to be scapegoated for a Grand Rapids problem that political leadership and law enforcement should have been able to solve and work out amicably years ago. Also we're not about to be the black owned bar that only serves white people. Those are off the table. We're also not going to accept GRPD taking an attitude of treating us with purposeful neglect. In our opinion, the City is failing us and every business owner downtown with its current policing policies. GRPD needs to look at Ambiance as a model and partnership opportunity to successfully work with the black community. You guys desperately need that in these times.

In these meetings Ambiance offered to shut down its operations for a weekend to appease its landlord and to allow GRPD and the City of Grand Rapids to come up with a viable short-term solution. The mid April 2022 shooting hit so very close to home and Ambiance proprietors expressed this to City Executives and GRPD in the security-council meeting. The council didn't want us to shut down. Ambiance expressed that while nobody was seriously injured or murdered from the previous shooting that the worst-case scenario of murder is inevitable without an adequate presence in the corridor.

The City Of GR & GRPD specifically instructed our private security firm Phoenix Security, to stand down in regards to securing sidewalks and public spaces. Ambiance had begun using armed security to patrol the sidewalks, streets and public spaces which GRPD didn't support. GRPD instructed Ambiance security that those spaces were under GRPD jurisdiction and they are responsible for securing these spaces. They also requested our security not to be armed outside because it was a bad look for the City and made citizens feel like downtown was unsafe. Ambiance reluctantly agreed to do so, in an attempt to try and be cooperative to establish until a more stable and consistent solution was reached. If the police are going to do their job, then we can have security oblige this request in an attempt to be partnerable. This left the Ambiance team requesting a formal partnership for limited hours on Friday and Saturday night to assist with a safe exit from the establishment and to minimize loitering from non-patrons.

Captain Vincent Reilly expressed in these meetings that downtown is generally unsafe due to the minimal police presence in downtown. Any given night there's only two patrol cars for the entire

downtown area. (Captain Reilly made a Facebook post July 17th telling his friends and family to not visit downtown Grand Rapids because it's unsafe.)

During this meeting Jonathan expressed to Top City Official that Ambiance will file a claim with Risk Management to address public safety concerns. Top City Official expressed that if Ambiance GR filed a claim with Risk Management, all communication would end and they'd no longer be able to communicate with the Ambiance team about possible policing solutions.

City Requests to Ambiance

Top City Official requested that Ambiance reach out to the Kent County Sheriff's Department to request a police presence. The Sheriff's Department expressed that they would be open to this type of collaboration, but only if GRPD initiated it with the Sheriff's Department. GRPD expressed they aren't open to collaborating with the Sheriff Dept like in previous efforts for Ionia Ave at this time.

Actions taken by City of GR and GRPD

-Deployed Police Camera for two weeks until needed elsewhere due to the dept only having two mobile camera units

Stated Possible Long Term Solutions
-Ordinance change would be necessary for off duty police officers to be hired by private businesses
-CPTED Study is taking place

April 2022
Jonathan sent consistent text messages & phone calls to City Official #6
Attach Jonathan text messages



April 24, 2022

- Ambiance Partner sent Top City Official videos in a text message that displayed the loitering and unruly behavior a lack of police presence has caused.
- The Top City Official expressed concern and shared he will meet with Top City Official #3 and City Staff #2 to discuss next steps. He did not commit to any support via text.
- Video Evidence of Unruly Behavior



April 4, 2022
- Patrick Lyoya was murdered and additional challenges with the police department and City officials ensued

- Lacy met with City Official #5

4:17

◀ Phone



 

Mike

Apr 10, 2022 at 5:53 AM

Hey, Jonathan. I've passed these same notes on to CWD. Ambiance patrins at closing time are spinning out of control. It needs to stop. Our empployees are being verbally and physically intimidated. It needs to stop.

Please let me know how we can part of the solution.

Notes from last night:

Vehicle drove underneath the Monroe Center Entrance Gate @ Sears to exit without paying while I as assisting customers at the paystation

Was unable to get myself to the back of the lot in time to get the Lic Plate and vehicle information as they sped off when they saw me running back there

No damage seems to have occurred to the gate, though there is a lot of play in the gate arm

Fight from Ambiance spilled over into the exit lane of sears on the outside of the lot itself and then clogged Pearl for quite some time making exiting the lot very time consuming an difficult About 1:30am

**From:** Jonathan Jelks <cheguvera84@yahoo.com>

**To:** Mayor Rosalynn Bliss <rosalynn@mayorbliss.org>; Sam Cummings <sam@cwdrealestate.com>; Richard App <richardappgallery@gmail.com>; Joshua Lunger <josh@grandrapids.org>; Jon O'connor <jon@longroaddistillers.com>; Cullen Hillary <chillary@cwdrealestate.com>; Tim Kelly <tkelly@downtowngr.org>; "ewinstrom@grcity.us" <ewinstrom@grcity.us>; Mark Washington <mwashington@grand-rapids.mi.us>; Joe Jones <revjoejones@gmail.com>; Kurt Reppart <kreppart@grand-rapids.mi.us>; "krogers@grand-rapids.mi.us" <krogers@grand-rapids.mi.us>; Andy Guy <aguy@downtowngr.org>; Rosalynn Bliss <rbliss@grand-rapids.mi.us>

**Sent:** Monday, April 18, 2022 at 03:36:20 PM EDT

**Subject:** Ambiance Pearl & Ottawa & Monroe

Hi all,

Good afternoon. I'm writing to express my frustrations & explore solutions to unwanted loitering, crime & activity in the downtown corridor in proximity to our business. Also I'm writing to make everyone aware & on the record about the lengthy & extreme measures, & steps we have taken as a center of attraction nightlife & entertainment venture in the heart of the hotel district. Also need emphasize that despite our considerable efforts to ensure safety we feel we've been met with lackluster support at the city level.

To preface everything. Ambiance has been a great business for the downtown corridor. The excitement generated, the enthusiasm from the community & the patronage & support for our establishment has been overwhelming. The money & jobs we are generating for people is even better. All walks of life, different backgrounds, & age groups have shown up to support this venture. We truly appreciate it after having to creatively scrape the bottom personally  to survive the pandemic, with minimal financial relief for 2 years.

From corporate events to parties, we have been a breath of fresh air, adding to the cool factor downtown, & giving new life into the hotel district. We a have created a unique niche where diversity is celebrated & inclusion is appreciated. After 2 years of being cooped up the community has responded with resounding support for our our concept & that feels extremely validating.

We knew our concept was going to be good & disruptive from the beginning. We knew people from all different backgrounds & ethnic groups & different generations would enjoy what we have to offer. The concepts, the marketing, the fact that there is no consistent nightlife options like ours would be an effective opportunity for us to be an extremely lucrative business & for the city to have an enhanced nightlife experience. For the record, we didn't open this business to be just another foodie 'mom & pop' restaurant. Our dreams was always to do it big & bring the experience that we & many people leave Grand Rapids for & gong to other major cities to enjoy.

In having this multifaceted vision, concept & approach we took several steps to ensure we had the support & safety measures in place to protect our establishment from the destructive undesirable elements that gather, loiter & victimize good businesses & patrons. We knew we had to solidify & have strong relationships with law enforcement & our downtown neighbors.  The reasoning for this is that we were certain that Ambiance was going to be a magnet for young people in a corridor where there is already a plethora of bars & venues that serve the  community in a different capacity. Any place where young people are converging & alcohol is present is a liability. Young ppl are irresponsible & looking to have fun no matter the cost. With us dropping into the current ecosystem, means the

convergence of different crowds more people. We knew fights & crowding were inevitable outcomes if not addressed. It's all about managing these efforts.

The other reasoning is that we are a nightlife establishment with an ownership team comprised of African Americans. Every black owned nightlife establishment in my 30 odd years of living has been shut down due to crime. Some of the owner operators mismanaged their opportunities. They didn't work with law enforcement properly & they were negligent in creating safe measures. Some of those establishments were the victim of not having proper protection by law enforcement who discriminated against them and or treated them with neglect using the excuse that the black community is predisposed to violent crime. It's a convenient excuse to shut down a problematic black business. Unacceptable behavior when black people as taxpayers pay your salaries.

We put our own feelings & personal misgivings about police interaction & systemic & institutional racism that have we have experienced, seen in action in our community & read about, to try & build a bridge & create a new path forward by meeting the GR Police department as partners. We are in business. We have invested 7 figures into downtown building that we don't own. Our objective simple, we want your partnership in securing our investment & helping us to maintain order in the most vibrant district in the city.

For the record the police department isn't the only problem here. As a black man who loves my community I have to acknowledge that there is a contingent of Black people who wreak havoc & cause nothing but problems everywhere they go. They are victims of poverty, they are products of some of our cities toughest most violent neighborhoods & they do not care about our preserving the sanctity of our business & of the city as whole. The people from the black community who carry themselves in this way need to deal with the full extent of the law. Our business has attracted some of these unwanted individuals because we are black owned in a community where many are starved for places to go. These folks will loiter, hang out, block the middle of the street, dancing on top of cars for Snapchat & blocking traffic. The more dangerous individuals will try & bring guns in to nightlife establishments & will see ppl they don't like fight in fuss.

Those social problems that society & government has yet to find a way fix isn't a product of Ambiance. Those people who live that way & our aren't investing in fixing themselves isn't our problem. It neither responsibility of us the business owners or our neighbors downtown to fix their broken lives. It is GRPD's responsibility to serve & protect businesses in the downtown corridor. The city of Grand Rapids has a fiduciary responsibility to support downtown businesses with adequate protection.

Ambiance's security detail is one of the best in the city. We pay 5,000.00$ a week in security cost. We pay 20,000.00 a month is fees. This includes 2 licensed & bonded security firms & in-house security. The concentration of those details are for Saturday nights when most people want to loiter & hang out watching our patrons from & or in Mr. Ellis' various parking structures.

Preemptively team Ambiance has taken several steps to ensure safety for our entity & for the entire block of between pearl & Ottawa.

- In 2018 while under construction we sat down with then Deputy Chief Payne & Kittle to discuss our project. The directions we were headed & we tried to lock in a partnership with police.

- In 2019 we met again with Chief Payne again to discuss how best to provide support to our business in the corridor. At this meeting we proposed the idea of piloting a program where venue owners & liquor licensed establishments can pay to provide over time or to ensure a consistent police presence. It's done a bigger cities all the time. This strong partnership with Ambiance, whose ownership team includes

very notable influential African Americans leaders would demonstrate to the community an example of a prominent much anticipated black owned business, proactively partnering with the department. The community needs to see these partnerships to exhibit the police aren't just a force used to oppress us. This was one way that we can get a positive ball rolling. Chief Payne was nice but non-committal.

- In autumn of 2021 at my request Commissioner O'Connor facilitated a meeting between us & GRPD to create a bond & partnership. Captain Vincent Reilly was our point of contact. Captain Reily has been an exemplary partner. However he stated there are not enough officers on the force to concentrate on downtown. A shortage of officers is why the entire downtown is open to crime & that the current force as constructed cannot commit to supporting our corridor. I also expressed to him my fear of our business becoming deemed a problem child because when we're not hosting our Motown nights & our jazz happy hours, & young ppl are flocking to us from all over west michigan we don't have the security detail & or the police presence  to patrol outside.

- In January of 2022 after grand opening we met with Cullen Hillary Vice President of CWD & expressed the need for more police over sight & protection of our patrons & for downtown Grand Rapids as whole. CWD has been pushing for the same initiative. We need increased security & police force downtown.

- In Feb of 2023 I met with Mr. Mike Ellis about his parking lots. The one adjacent to Ambiance & the one across the street. He expressed his concern about the unruly behavior going on as patrons were leaving our space. We agreed to hire more security to patrol his parking lots even though that is outside of our purview in order to be good neighbors & demonstrate our commitment to fellow business owners as our establishments attracts so many ppl. I made him aware we have offered to pay GRPD to have a presence outside of our establishment. We also offered to pilot program with them by which we can rally more support for downtown.

- In Feb of 2022 I meet with Rich App & Josh Lunger of the GR Chamber at Roam. The conversation was about how GR is a big city & that our downtown is booming & vibrant but that we are completely vulnerable because we don't have an adequate law enforcement presence. Specifically I told Josh & rich we need police outside of Ambiance & patrolling pearl & between Ottawa & Monroe. He said the chamber is pushing for more support & a police security presence downtown. After this meeting I began pushing for the commission to allocate resources to hire more officers so downtown can be covered.

- Feb 2022 we reconvened with Captain Riley with the head our licensed security team Eric Goodson. This meeting was called at my behest. To discuss a fight at Ambiance & the lack of support from GRPD. We discussed the convergence of different crowds hanging around ambiance & our need as a business to have that nipped in the bud.

- March of 2022 I touched base with Commissioner Joe Jones &  City manager mark Washington at the state of the city & said it is imminent that we have more police downtown. A terrorist attack could happen & the city would be caught with our pants down because we obviously don't have enough of a detail. It's irresponsible for the 2nd largest city in the state to not secure its nightlife & business district. Commissioner Jones was in full support & agreement. City manager Washington referred me to the new chief.

- In March of 2022 we spoke with Mayor Bliss at fundraiser about Ambiance & the pearl Ottawa & Monroe business district. We expressed our concerns & said politics should not dictate protecting the businesses in our area. We asked for some help getting through.

- Late March of 2022 I met with commissioner  Reppart to discuss the need for police downtown. I expressed the need to allocate funds because businesses like ours are impacted by undesirable elements that attracted to places where the champagne is flowing & the ladies take the coolest pictures. Our diversity is both a gift & a curse. I understand his stance about police accountability & fiscal responsibility but we need to move the needle on protecting downtown.  I also expressed to him that even though the actions of the police department here & nationally have been troubling to say the least, defunding the police is an asinine idea. We need more police downtown.

- Jus last week in April I presented to the entire hotel district courtesy of Rich App & company. I emphasized what a great time it is to do business in downtown GR, however our biggest & primary concern is securing our streets & parking lots. We need to end obnoxious unwanted behavior. Business owners cannot be held hostage by unruly unlawful citizens & a non-cooperative police department.

In late March early April there have been 2 incidents in our corridor which we are being blamed for. Both involve guns & the firing of weapons. Neither have started in our building. Both incidents started up the block after we were closed with all patrons out of the doors. We have gone above & beyond to do our due diligence. Dresscode, security, reaching out to our representatives & communicating with law enforcement openly & honestly. We have met & touched based with every powerful invested organization in downtown gr. We have protected ourselves & the reputation of the city & have paid handsomely to bring a unique experience to downtown. Our proactive energy & concerns & lobbying in my opinion, has been met by being brushed a side, a casual notation, & met with some intentional neglect. All of you know we're not the type of gentlemen to stand by & stand down when our livelihoods are at stake & or when our community is in peril. A solution needs to be come up with jointly so that this community can grow. Beale street which has over 40 bars & clubs in Memphis is policed so ppl can have a great time. It's a main cultural attraction. In Detroit the police department has a partnership with clubs & venues where they are present when patrons are both entering & leaving nightlife establishments. It reinforces order & is a revenue stream for the department. In chicago where the new chief is from, Rush street in  & michigan avenue are heavily fortified entertainment districts where law enforcement is obligated to protect business owners & patrons. Grand Rapids is now a big city. We have to grow up. We need a solution ASAP that doesn't involve cops look forward to the day we close our doors & or that we need to not service black & Hispanic ppl. Those two options are off the table. Be advised we're once again asking for your support but will be prepared for measures pending something can't be done.

We're open to all ideas.


Sent from Yahoo Mail for iPhone

On Thursday, April 21, 2022, 2:37 PM, Bliss, Rosalynn <rbliss@grand-rapids.mi.us> wrote:

Thank you City Manager.  I echo your comments below as we want to see Ambiance be
success and do what we can to ensure public safety.
Rosalynn

*Rosalynn Bliss*
*Mayor*
*City of Grand Rapids*

**From:** Washington, Mark <mwashington@grand-rapids.mi.us>
**Sent:** Tuesday, April 19, 2022 1:35 PM
**To:** Joe Jones <revjoejones@gmail.com>; Jonathan Jelks <cheguvera84@yahoo.com>
**Cc:** Mayor Rosalynn Bliss <rosalynn@mayorbliss.org>; Sam Cummings
<Sam@cwdrealestate.com>; Richard App <richardappgallery@gmail.com>; Joshua Lunger
<josh@grandrapids.org>; Jon O'connor <jon@longroaddistillers.com>; Cullen Hillary
<CHillary@cwdrealestate.com>; Tim Kelly <tkelly@downtowngr.org>; Winstrom, Eric
<ewinstrom@grand-rapids.mi.us>; Reppart, Kurt <kreppart@grand-rapids.mi.us>; Rogers,
Kristen <krogers@grand-rapids.mi.us>; Andy Guy <aguy@downtowngr.org>; Bliss, Rosalynn
<rbliss@grand-rapids.mi.us>; Davis, Brandon <bddavis@grand-rapids.mi.us>; Berens, Kate
<mberens@grand-rapids.mi.us>; Canfield, Louis <lcanfield@grand-rapids.mi.us>
**Subject:** Re: Ambiance Pearl & Ottawa & Monroe

Thank you Johnathon for the context.  I do want to see a black led entertainment venue that gives
your patrons an opportunity to experience something positive after dark be successful
and safe.  Seems like it has become a venue that meets a pent up demand.

I'll defer to the Chief on more specific violence prevention approaches on what can be done to
ensure safety of people entering and leaving your venue.  From what I hear there are specific
concerns about what happens near closing and when exiting and in the parking lot.  Crowd size,
operating hours and requirements for entry also could be factors that contribute to violence
prevention.

I do suggest speaking with the Chief, Tim Kelly and CWD about the off duty security detail that
DGRI and CAA uses for major events and find out how to replicate that opportunity using
GRPD.  County Sherrif or another off duty uniformed officer from another city as part of the
detail.

I do want to caution the sensitivity around over policing given the very challenging time our
community is going through and would also ask you to look at more private security options as
well to help prevent and descalate.

Lastly, has a conversation occured with cure violence on prevention?  I would also like to know
if privately owned real time surveillance technology is used by the venue's security team to
monitor events outside of the venue.    I would also like to know if the beat for downtown GRPD
patrol can be more visible after midnight around that area.

I look forward to hearing the options that will result in increased safety.

Kate will serve as my liaison from the executive office on this matter.

| | |
|---|---|
| **Subject** | Re: Follow up |
| **From** | Jonathan Jelks <cheguvera84@yahoo.com> |
| **To:** | Cullen Hillary <CHillary@cwdRealEstate.com>, Berens, Kate <mberens@grand-rapids.mi.us>, Sam Cummings <Sam@cwdRealEstate.com>, Reilly, Vince <vreilly@grand-rapids.mi.us>, M Ellis <mellis@ellisparking.com>, Tim Kelly <tkelly@downtowngr.org>, Richard App <richard@grandrapids.org>, Joshua Lunger <josh@grandrapids.org>, Canfield, Louis <lcanfield@grand-rapids.mi.us>, Washington, Mark <mwashington@grand-rapids.mi.us> |
| **Cc:** | Winstrom, Eric <ewinstrom@grand-rapids.mi.us>, Rifenberg, Scott <srifenbe@grand-rapids.mi.us>, Rogers, Kristen <krogers@grand-rapids.mi.us> |
| **Date** | Apr 28, 2022 at 12:35 PM |

Meeting still needs to happen. Certainly more concerns. We will be there.


Sent from Yahoo Mail for iPhone

View more

**Subject**    Re: Ambiance Pearl & Ottawa & Monroe

**From**    Joe Jones <revjoejones@gmail.com>

**To:**    Jonathan Jelks
<cheguvera84@yahoo.com>

**Cc:**    Mayor Rosalynn Bliss
<rosalynn@mayorbliss.org>, Sam
Cummings <Sam@cwdrealestate.com>,
Richard App
<richardappgallery@gmail.com>, Joshua
Lunger <josh@grandrapids.org>, Jon
O'connor <jon@longroaddistillers.com>,
Cullen Hillary
<CHillary@cwdrealestate.com>, Tim Kelly
<tkelly@downtowngr.org>,
<ewinstrom@grcity.us>, Mark Washington
<mwashington@grand-rapids.mi.us>,
Kurt Reppart <kreppart@grand-
rapids.mi.us>, <krogers@grand-
rapids.mi.us>, Andy Guy
<aguy@downtowngr.org>, Rosalynn Bliss
<rbliss@grand-rapids.mi.us>

**Date**    Apr 18, 2022 at 11:33 PM

Thanks for this, Jonathan. I appreciate you providing
context and all of the effort you all have put forth thus far.


Shalom,
Joe


Joe Jones
616.340.1014


**View more**

**Subject**    RE: Ambiance Pearl & Ottawa & Monroe

**From**    Bliss, Rosalynn <rbliss@grand-rapids.mi.us>

**To:**    Washington, Mark <mwashington@grand-rapids.mi.us>, Joe Jones <revjoejones@gmail.com>, Jonathan Jelks <cheguvera84@yahoo.com>

**Cc:**    Mayor Rosalynn Bliss <rosalynn@mayorbliss.org>, Sam Cummings <Sam@cwdrealestate.com>, Richard App <richardappgallery@gmail.com>, Joshua Lunger <josh@grandrapids.org>, Jon O'connor <jon@longroaddistillers.com>, Cullen Hillary <CHillary@cwdrealestate.com>, Tim Kelly <tkelly@downtowngr.org>, Winstrom, Eric <ewinstrom@grand-rapids.mi.us>, Reppart, Kurt <kreppart@grand-rapids.mi.us>, Rogers, Kristen <krogers@grand-rapids.mi.us>, Andy Guy <aguy@downtowngr.org>, Davis, Brandon <bddavis@grand-rapids.mi.us>, Berens, Kate <mberens@grand-rapids.mi.us>, Canfield, Louis <lcanfield@grand-rapids.mi.us>

**Date**    Apr 21, 2022 at 2:37 PM

Thank you City Manager. I echo your comments below as we want to see Ambiance be success and do what we can to ensure public safety
Rosalynn

*Rosalynn Bliss*
*Mayor*
*City of Grand Rapids*

**View more**

EXHIBIT 3A

April 4, 2022
- Patrick Lyoya was murdered and additional challenges with the police department and City officials ensued

- Lacy met with City Official #5

4:17

◀ Phone







Mike

Aug 1st, 2022 at 6:14 AM

Hey, Jonathan. I've passed these same notes on to CWD. Ambiance patrins at closing time are spinning out of control. It needs to stop. Our emmployees are being verbally and physically intimidated. It needs to stop.

Please let me know how we can part of the solution.

Notes from last night:

Vehicle drove underneath the Monroe Center Entrance Gate @ Sears to exit without paying while I as assisting customers at the paystation

Was unable to get myself to the back of the lot in time to get the Lic Plate and vehicle information as they sped off when they saw me running back there

No damage seems to have occurred to the gate, though there is a lot of play in the gate arm

Fight from Ambiance spilled over into the exit lane of sears on the outside of the lot itself and then clogged Pearl for quite some time making exiting the lot very time consuming an difficult About 1:30am

**From:** Jonathan Jelks <cheguvera84@yahoo.com>

**To:** Mayor Rosalynn Bliss <rosalynn@mayorbliss.org>; Sam Cummings <sam@cwdrealestate.com>; Richard App <richardappgallery@gmail.com>; Joshua Lunger <josh@grandrapids.org>; Jon O'connor <jon@longroaddistillers.com>; Cullen Hillary <chillary@cwdrealestate.com>; Tim Kelly <tkelly@downtowngr.org>; "ewinstrom@grcity.us" <ewinstrom@grcity.us>; Mark Washington <mwashington@grand-rapids.mi.us>; Joe Jones <revjoejones@gmail.com>; Kurt Reppart <kreppart@grand-rapids.mi.us>; "krogers@grand-rapids.mi.us" <krogers@grand-rapids.mi.us>; Andy Guy <aguy@downtowngr.org>; Rosalynn Bliss <rbliss@grand-rapids.mi.us>

**Sent:** Monday, April 18, 2022 at 03:36:20 PM EDT

**Subject:** Ambiance Pearl & Ottawa & Monroe

Hi all,

Good afternoon. I'm writing to express my frustrations & explore solutions to unwanted loitering, crime & activity in the downtown corridor in proximity to our business. Also I'm writing to make everyone aware & on the record about the lengthy & extreme measures, & steps we have taken as a center of attraction nightlife & entertainment venture in the heart of the hotel district. Also need emphasize that despite our considerable efforts to ensure safety we feel we've been met with lackluster support at the city level.

To preface everything. Ambiance has been a great business for the downtown corridor. The excitement generated, the enthusiasm from the community & the patronage & support for our establishment has been overwhelming. The money & jobs we are generating for people is even better. All walks of life, different backgrounds, & age groups have shown up to support this venture. We truly appreciate it after having to creatively scrape the bottom personally  to survive the pandemic, with minimal financial relief for 2 years.

From corporate events to parties, we have been a breath of fresh air, adding to the cool factor downtown, & giving new life into the hotel district. We a have created a unique niche where diversity is celebrated & inclusion is appreciated. After 2 years of being cooped up the community has responded with resounding support for our our concept & that feels extremely validating.

We knew our concept was going to be good & disruptive from the beginning. We knew people from all different backgrounds & ethnic groups & different generations would enjoy what we have to offer. The concepts, the marketing, the fact that there is no consistent nightlife options like ours would be an effective opportunity for us to be an extremely lucrative business & for the city to have an enhanced nightlife experience. For the record, we didn't open this business to be just another foodie 'mom & pop' restaurant. Our dreams was always to do it big & bring the experience that we & many people leave Grand Rapids for & gong to other major cities to enjoy.

In having this multifaceted vision, concept & approach we took several steps to ensure we had the support & safety measures in place to protect our establishment from the destructive undesirable elements that gather, loiter & victimize good businesses & patrons. We knew we had to solidify & have strong relationships with law enforcement & our downtown neighbors.  The reasoning for this is that we were certain that Ambiance was going to be a magnet for young people in a corridor where there is already a plethora of bars & venues that serve the  community in a different capacity. Any place where young people are converging & alcohol is present is a liability. Young ppl are irresponsible & looking to have fun no matter the cost. With us dropping into the current ecosystem, means the

convergence of different crowds more people. We knew fights & crowding were inevitable outcomes if not addressed. It's all about managing these efforts.

The other reasoning is that we are a nightlife establishment with an ownership team comprised of African Americans. Every black owned nightlife establishment in my 30 odd years of living has been shut down due to crime. Some of the owner operators mismanaged their opportunities. They didn't work with law enforcement properly & they were negligent in creating safe measures. Some of those establishments were the victim of not having proper protection by law enforcement who discriminated against them and or treated them with neglect using the excuse that the black community is predisposed to violent crime. It's a convenient excuse to shut down a problematic black business. Unacceptable behavior when black people as taxpayers pay your salaries.

We put our own feelings & personal misgivings about police interaction & systemic & institutional racism that have we have experienced, seen in action in our community & read about, to try & build a bridge & create a new path forward by meeting the GR Police department as partners. We are in business. We have invested 7 figures into downtown building that we don't own. Our objective simple, we want your partnership in securing our investment & helping us to maintain order in the most vibrant district in the city.

For the record the police department isn't the only problem here. As a black man who loves my community I have to acknowledge that there is a contingent of Black people who wreak havoc & cause nothing but problems everywhere they go. They are victims of poverty, they are products of some of our cities toughest most violent neighborhoods & they do not care about our preserving the sanctity of our business & of the city as whole. The people from the black community who carry themselves in this way need to deal with the full extent of the law. Our business has attracted some of these unwanted individuals because we are black owned in a community where many are starved for places to go. These folks will loiter, hang out, block the middle of the street, dancing on top of cars for Snapchat & blocking traffic. The more dangerous individuals will try & bring guns in to nightlife establishments & will see ppl they don't like fight in fuss.

Those social problems that society & government has yet to find a way fix isn't a product of Ambiance. Those people who live that way & our aren't investing in fixing themselves isn't our problem. It neither responsibility of us the business owners or our neighbors downtown to fix their broken lives. It is GRPD's responsibility to serve & protect businesses in the downtown corridor. The city of Grand Rapids has a fiduciary responsibility to support downtown businesses with adequate protection.

Ambiance's security detail is one of the best in the city. We pay 5,000.00$ a week in security cost. We pay 20,000.00 a month is fees. This includes 2 licensed & bonded security firms & in-house security. The concentration of those details are for Saturday nights when most people want to loiter & hang out watching our patrons from & or in Mr. Ellis' various parking structures.

Preemptively team Ambiance has taken several steps to ensure safety for our entity & for the entire block of between pearl & Ottawa.

- In 2018 while under construction we sat down with then Deputy Chief Payne & Kittle to discuss our project. The directions we were headed & we tried to lock in a partnership with police.

- In 2019 we met again with Chief Payne again to discuss how best to provide support to our business in the corridor. At this meeting we proposed the idea of piloting a program where venue owners & liquor licensed establishments can pay to provide over time or to ensure a consistent police presence. It's done a bigger cities all the time. This strong partnership with Ambiance, whose ownership team includes

very notable influential African Americans leaders would demonstrate to the community an example of a prominent much anticipated black owned business, proactively partnering with the department. The community needs to see these partnerships to exhibit that the police aren't just a force used to oppress us. This was one way that we can get a positive ball rolling. Chief Payne was nice but non-committal.

- In autumn of 2021 at my request Commissioner O'Connor facilitated a meeting between us & GRPD to create a bond & partnership. Captain Vincent Reilly was our point of contact. Captain Reily has been an exemplary partner. However he stated there are not enough officers on the force to concentrate on downtown. A shortage of officers is why the entire downtown is open to crime & that the current force as constructed cannot commit to supporting our corridor. I also expressed to him my fear of our business becoming deemed a problem child because when we're not hosting our Motown nights & our jazz happy hours, & young ppl are flocking to us from all over west michigan we don't have the security detail & or the police presence  to patrol outside.

- In January of 2022 after grand opening we met with Cullen Hillary Vice President of CWD & expressed the need for more police over sight & protection of our patrons & for downtown Grand Rapids as whole. CWD has been pushing for the same initiative. We need increased security & police force downtown.

- In Feb of 2023 I met with Mr. Mike Ellis about his parking lots. The one adjacent to Ambiance & the one across the street. He expressed his concern about the unruly behavior going on as patrons were leaving our space. We agreed to hire more security to patrol his parking lots even though that is outside of our purview in order to be good neighbors & demonstrate our commitment to fellow business owners as our establishments attracts so many ppl. I made him aware we have offered to pay GRPD to have a presence outside of our establishment. We also offered to pilot program with them by which we can rally more support for downtown.

- In Feb of 2022 I meet with Rich App & Josh Lunger of the GR Chamber at Roam. The conversation was about how GR is a big city & that our downtown is booming & vibrant but that we are completely vulnerable because we don't have an adequate law enforcement presence. Specifically I told Josh & rich we need police outside of Ambiance & patrolling pearl & between Ottawa & Monroe. He said the chamber is pushing for more support & a police security presence downtown. After this meeting I began pushing for the commission to allocate resources to hire more officers so downtown can be covered.

- Feb 2022 we reconvened with Captain Riley with the head our licensed security team Eric Goodson. This meeting was called at my behest. To discuss a fight at Ambiance & the lack of support from GRPD. We discussed the convergence of different crowds hanging around ambiance & our need as a business to have that nipped in the bud.

- March of 2022 I touched base with Commissioner Joe Jones & City manager mark Washington at the state of the city & said it is imminent that we have more police downtown. A terrorist attack could happen & the city would be caught with our pants down because we obviously don't have enough of a detail. It's irresponsible for the 2nd largest city in the state to not secure its nightlife & business district. Commissioner Jones was in full support & agreement. City manager Washington referred me to the new chief.

- In March of 2022 we spoke with Mayor Bliss at fundraiser about Ambiance & the pearl Ottawa & Monroe business district. We expressed our concerns & said politics should not dictate protecting the businesses in our area. We asked for some help getting through.

- Late March of 2022 I met with commissioner  Reppart to discuss the need for police downtown. I expressed the need to allocate funds because businesses like ours are impacted by undesirable elements that attracted to places where the champagne is flowing & the ladies take the coolest pictures. Our diversity is both a gift & a curse. I understand his stance about police accountability & fiscal responsibility but we need to move the needle on protecting downtown.  I also expressed to him that even though the actions of the police department here & nationally have been troubling to say the least, defunding the police is an asinine idea. We need more police downtown.

- Jus last week in April I presented to the entire hotel district courtesy of Rich App & company. I emphasized what a great time it is to do business in downtown GR, however our biggest & primary concern is securing our streets & parking lots. We need to end obnoxious unwanted behavior. Business owners cannot be held hostage by unruly unlawful citizens & a non-cooperative police department.

In late March early April there have been 2 incidents in our corridor which we are being blamed for. Both involve guns & the firing of weapons. Neither have started in our building. Both incidents started up the block after we were closed with all patrons out of the doors. We have gone above & beyond to do our due diligence. Dresscode, security, reaching out to our representatives & communicating with law enforcement openly & honestly. We have met & touched based with every powerful invested organization in downtown gr. We have protected ourselves & the reputation of the city & have paid handsomely to bring a unique experience to downtown. Our proactive energy & concerns & lobbying in my opinion, has been met by being brushed a side, a casual notation, & met with some intentional neglect. All of you know we're not the type of gentlemen to stand by & stand down when our livelihoods are at stake & or when our community is in peril. A solution needs to be come up with jointly so that this community can grow. Beale street which has over 40 bars & clubs in Memphis is policed so ppl can have a great time. It's a main cultural attraction. In Detroit the police department has a partnership with clubs & venues where they are present when patrons are both entering & leaving nightlife establishments. It reinforces order & is a revenue stream for the department. In chicago where the new chief is from, Rush street in  & michigan avenue are heavily fortified entertainment districts where law enforcement is obligated to protect business owners & patrons. Grand Rapids is now a big city. We have to grow up. We need a solution ASAP that doesn't involve cops look forward to the day we close our doors & or that we need to not service black & Hispanic ppl. Those two options are off the table. Be advised we're once again asking for your support but will be prepared for measures pending something can't be done.

We're open to all ideas.

Sent from Yahoo Mail for iPhone

On Thursday, April 21, 2022, 2:37 PM, Bliss, Rosalynn <rbliss@grand-rapids.mi.us> wrote:

Thank you City Manager.  I echo your comments below as we want to see Ambiance be success and do what we can to ensure public safety.
Rosalynn

*Rosalynn Bliss*
*Mayor*
*City of Grand Rapids*

**From:** Washington, Mark <mwashington@grand-rapids.mi.us>
**Sent:** Tuesday, April 19, 2022 1:35 PM
**To:** Joe Jones <revjoejones@gmail.com>; Jonathan Jelks <cheguvera84@yahoo.com>
**Cc:** Mayor Rosalynn Bliss <rosalynn@mayorbliss.org>; Sam Cummings <Sam@cwdrealestate.com>; Richard App <richardappgallery@gmail.com>; Joshua Lunger <josh@grandrapids.org>; Jon O'connor <jon@longroaddistillers.com>; Cullen Hillary <CHillary@cwdrealestate.com>; Tim Kelly <tkelly@downtowngr.org>; Winstrom, Eric <ewinstrom@grand-rapids.mi.us>; Reppart, Kurt <kreppart@grand-rapids.mi.us>; Rogers, Kristen <krogers@grand-rapids.mi.us>; Andy Guy <aguy@downtowngr.org>; Bliss, Rosalynn <rbliss@grand-rapids.mi.us>; Davis, Brandon <bddavis@grand-rapids.mi.us>; Berens, Kate <mberens@grand-rapids.mi.us>; Canfield, Louis <lcanfield@grand-rapids.mi.us>
**Subject:** Re: Ambiance Pearl & Ottawa & Monroe

Thank you Johnathon for the context.  I do want to see a black led entertainment venue that gives your patrons an opportunity to experience something positive after dark be successful and safe.  Seems like it has become a venue that meets a pent up demand.

I'll defer to the Chief on more specific violence prevention approaches on what can be done to ensure safety of people entering and leaving your venue.  From what I hear there are specific concerns about what happens near closing and when exiting and in the parking lot.  Crowd size, operating hours and requirements for entry also could be factors that contribute to violence prevention.

I do suggest speaking with the Chief, Tim Kelly and CWD about the off duty security detail that DGRI and CAA uses for major events and find out how to replicate that opportunity using GRPD, County Sherrif or another offff duty uniformed officer from another city as part of the detail.

I do want to caution the sensitivity around over policing given the very challenging time our community is going through and would also ask you to look at more private security options as well to help prevent and descalate.

Lastly, has a conversation occured with cure violence on prevention?  I would also like to know if privately owned real time surveillance technology is used by the venue's security team to monitor events outside of the venue.   I would also like to know if the beat for downtown GRPD patrol can be more visible after midnight around that area.

I look forward to hearing the options that will result in increased safety.

Kate will serve as my liaison from the executive office on this matter.

| | |
|---|---|
| **Subject** | Re: Follow up |
| **From** | Jonathan Jelks <cheguvera84@yahoo.com> |
| **To:** | Cullen Hillary <CHillary@cwdRealEstate.com>, Berens, Kate <mberens@grand-rapids.mi.us>, Sam Cummings <Sam@cwdRealEstate.com>, Reilly, Vince <vreilly@grand-rapids.mi.us>, M Ellis <mellis@ellisparking.com>, Tim Kelly <tkelly@downtowngr.org>, Richard App <richard@grandrapids.org>, Joshua Lunger <josh@grandrapids.org>, Canfield, Louis <lcanfield@grand-rapids.mi.us>, Washington, Mark <mwashington@grand-rapids.mi.us> |
| **Cc:** | Winstrom, Eric <ewinstrom@grand-rapids.mi.us>, Rifenberg, Scott <srifenbe@grand-rapids.mi.us>, Rogers, Kristen <krogers@grand-rapids.mi.us> |
| **Date** | Apr 28, 2022 at 12:35 PM |

Meeting still needs to happen. Certainly more concerns. We will be there.


Sent from Yahoo Mail for iPhone

**View more**

# EXHIBIT 3B

| **Subject** | Re: Ambiance Pearl & Ottawa & Monroe |
|---|---|
| **From** | Joe Jones <revjoejones@gmail.com> |
| **To:** | Jonathan Jelks<br><cheguvera84@yahoo.com> |
| **Cc:** | Mayor Rosalynn Bliss <rosalynn@mayorbliss.org>, Sam Cummings <Sam@cwdrealestate.com>, Richard App <richardappgallery@gmail.com>, Joshua Lunger <josh@grandrapids.org>, Jon O'connor <jon@longroaddistillers.com>, Cullen Hillary <CHillary@cwdrealestate.com>, Tim Kelly <tkelly@downtowngr.org>, <ewinstrom@grcity.us>, Mark Washington <mwashington@grand-rapids.mi.us>, Kurt Reppart <kreppart@grand-rapids.mi.us>, <krogers@grand-rapids.mi.us>, Andy Guy <aguy@downtowngr.org>, Rosalynn Bliss <rbliss@grand-rapids.mi.us> |
| **Date** | Apr 18, 2022 at 11:33 PM |

Thanks for this, Jonathan. I appreciate you providing context and all of the effort you all have put forth thus far.

Shalom,
Joe

Joe Jones
616.340.1014

**View more**

| **Subject** | RE: Ambiance Pearl & Ottawa & Monroe |
|---|---|
| **From** | Bliss, Rosalynn <rbliss@grand-rapids.mi.us> |
| **To:** | Washington, Mark <mwashington@grand-rapids.mi.us>, Joe Jones <revjoejones@gmail.com>, Jonathan Jelks <cheguvera84@yahoo.com> |
| **Cc:** | Mayor Rosalynn Bliss <rosalynn@mayorbliss.org>, Sam Cummings <Sam@cwdrealestate.com>, Richard App <richardappgallery@gmail.com>, Joshua Lunger <josh@grandrapids.org>, Jon O'connor <jon@longroaddistillers.com>, Cullen Hillary <CHillary@cwdrealestate.com>, Tim Kelly <tkelly@downtowngr.org>, Winstrom, Eric <ewinstrom@grand-rapids.mi.us>, Reppart, Kurt <kreppart@grand-rapids.mi.us>, Rogers, Kristen <krogers@grand-rapids.mi.us>, Andy Guy <aguy@downtowngr.org>, Davis, Brandon <bddavis@grand-rapids.mi.us>, Berens, Kate <mberens@grand-rapids.mi.us>, Canfield, Louis <lcanfield@grand-rapids.mi.us> |
| **Date** | Apr 21, 2022 at 2:37 PM |

Thank you City Manager.  I echo your comments below as we
want to see Ambiance be success and do what we can to
ensure public safety.
Rosalynn

*Rosalynn Bliss*
*Mayor*
*City of Grand Rapids*

**View more**

**Subject**   Ambiance Special Event Request

**From**   Jonathan Jelks
<cheguvera84@yahoo.com>

**To:**   <pdean@grcity.us>

**Cc:**   Mark Washington <mwashington@grand-rapids.mi.us>, Alvin Hills <alvin.hills4@yahoo.com>

**Date**   Apr 19, 2022 at 10:51 AM

Lieutenant Dean,

Good morning. My company Ambiance GR is looking to set up a reoccurring special events permit for Saturdays outside of our bar located in between pearl & Ottawa. The reason for this request is because despite our expenditure of 5,000.00 a week & 20,000.00 a month on licensed & bonded security for our bar & nightlife establishment, the streets & surrounding corridor still need to be managed to prevent loitering & unwanted behavior in the heart of the hotel district. We are looking to set up a call today to discuss our needs & special event request per the recommendation of City Manager Mark Washington.

Please let me know your earliest availability. We need about 15 minutes for a call. Thank You

My number is +16164307733

Jonathan Jelks

Sent from Yahoo Mail for iPhone

IMG_1805.PNG                                    https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



1:44                            5G

**New iMessage**              Cancel

To: Rosalynn Bliss

Apr 20, 2022 at 11:45 AM

Hey Mayor. Missed your called yesterday. Have since called you twice. We need to touch base as soon as possible in regards to the lack of support we're reviving from GRPD

It is imminent we speak before tomorrow. Let me know what works best

I will give you a call when I have a break in my schedule

Apr 21, 2022 at 3:11 PM

Mayor the conversation was excellent. Transparency was shared. However we got zero short terms solutions for this weekend. I'm torn on what we should do.

Jun 5, 2022 at 11:35 AM

Mayor giving you call this afternoon. Imperative conversation.

Jun 5, 2022 at 12:36 PM

I will give you a call in 15-20 minutes.



+

**Subject**    Re: Follow up

**From**    Sam Cummings
<Sam@cwdRealEstate.com>

**To:**    Berens, Kate <mberens@grand-rapids.mi.us>

**Cc:**    Reilly, Vince <vreilly@grand-rapids.mi.us>,
cheguvera84@yahoo.com
<cheguvera84@yahoo.com>, M Ellis
<mellis@ellisparking.com>, Tim Kelly
<tkelly@downtowngr.org>, Richard App
<Richard@grandrapids.org>, Cullen
Hillary <CHillary@cwdRealEstate.com>,
Joshua Lunger <josh@grandrapids.org>,
Canfield, Louis <lcanfield@grand-rapids.mi.us>, Washington, Mark
<mwashington@grand-rapids.mi.us>

**Date**    Apr 28, 2022 at 8:59 PM

Thank you Kate!

I also received another letter of concern from a neighboring restaurant this evening. I will include the management of that business in future correspondence.

Have a great evening.

Sam Cummings
Managing Partner

CWD Real Estate Investment
50 Louis NW Suite 600 | Grand Rapids | Michigan 49503
cwdrealestate.com | Phone 616.726.1700 | Direct 1.616.588.7107

CWD Web Site

Follow us on....

**View more**

On Thursday, April 28, 2022, 7:40 PM, Berens, Kate <mberens@grand-rapids.mi.us> wrote:

All,
I took the liberty of annotating the prior summary with the items we discussed today.  Feel free to add anything.  We will endeavor to have information on the items in the city's court by our next meeting on 1/12.

Thank you
Kate

Kate Berens | Deputy City Manager
616.456.3714 Office
616.888.0520 Cell
www.grandrapidsmi.gov

**From:** Sam Cummings <Sam@cwdRealEstate.com>
**Sent:** Friday, April 22, 2022 2:24 PM
**To:** Reilly, Vince <vreilly@grand-rapids.mi.us>; cheguvera84@yahoo.com; M Ellis <mellis@ellisparking.com>; Tim Kelly <tkelly@downtowngr.org>; Richard App <richard@grandrapids.org>; Cullen Hillary <CHillary@cwdRealEstate.com>; Joshua Lunger <josh@grandrapids.org>; Canfield, Louis <lcanfield@grand-rapids.mi.us>; Berens, Kate <mberens@grand-rapids.mi.us>; Washington, Mark <mwashington@grand-rapids.mi.us>
**Subject:** Follow up

[Stop. Think. Read. This is an external email. Please use caution when clicking on the links and opening attachments in unsolicited email.]

All—

Thanks for the visit yesterday. Sorry for the delay in getting this out. I have discussed with Josh and I THINK that I have covered short and long term action items and the responsible parties.

Open document so feel free to edit.

Please use this thread to make any updates, **specifically the time sensitive ones related to KC Sheriff and/or Ambiance programming for Saturday night.**

Jonathon, I didn't see where we had the rest of your team's emails included.

Thank you all.

Sam Cummings

Managing Partner

CWD Real Estate Investment
50 Louis NW Suite 600 | Grand Rapids | Michigan 49503
cwdrealestate.com | Phone 616.726.1700 | Direct 1.616.588.7107

Follow us on....

This message contains confidential information from CWD Real Estate Investment and is intended only for the intended recipient(s). If you are not the named recipient you should not read, distribute or copy this e-mail. Please notify the sender immediately via e-mail if you have received this e-mail by mistake; then, delete this e-mail from your system.

## Pearl and Ottawa Security Concerns Action Steps
### Updated 4/28/22

| Item: | Responsible Party |
|---|---|

Short Term:

1. Kent County Sheriff supplement — Ambiance
   - Still awaiting response from Kent Cty sheriff
2. Camera "Trailer" — GRPD/City
   - Trailer was used to good effect over prior weekend; city pursuing install of outlet to allow for continuous power rather than solar power
3. Parked Cruiser — GRPD/City
   - At this point, judicious patrolling by on-duty officers as activities and other calls allow is what is feasible within existing resources. This approach was used past weekend. Ambiance remains very interested in this strategy for short and long-term.
4. Disarm Security (at least LGs) — Ambiance
5. Uniform or clearly identify Security — Ambiance
6. Alternative Programming — Ambiance
7. Suspension of Programming — Ambiance
8. Potential addition item for discussion/communication around Ambiance dress code: noted that in today's discussion, one point of potential tension is for people who are denied entry into Ambiance due to dress code issues, and then linger due to activity/attraction of what is happening inside. Could there be more prominent information on facebook/other social media

venues to publicize dress code for potential patrons in advance of showing up?

9. Additional coordination suggestion made today to connect Ambiance head of security in with a monthly call that occurs now (with other private security throughout city/downtown). Details needed for how to connect with that resource

10.    City to review question about on-street parking on Pearl street, suggestion raised by Ambiance

Long Term:

1. Site Security Analysis                    City
   - Anticipated in next week or so; group will reconvene on 1/12 to review outcomes and identify options to pursue
2. Increased cameras outside              CWD
   - CWD has received bids and is pursuing installation; will share footage
3. Cameras inside                        Ambiance
4. Increased Police Presence              All
   - Continued discussion of best use of and coordination of available resources
   - Also discussed today continued discussion of enforcement tools around weapons brandishing, when criminal and/or civil enforcement may be warranted and if current rules are clear. Requires additional discussion within City, then report out to all

April 18th , 2022
Jamiel had a phone meeting with City Official #4 at 3pm asking for police support

In specific Jamiel detailed to City Official #4 that Ambiance was having extreme trouble with
large crowds of people comprised of non-patrons or those who were denied entry camping out in
front of the establishment, on the block and surrounding areas both during operations and with
more incidents with the potential for violence happening after the business was closed. These
folks were also gathering by the masses in the Ellis parking lot next door and the parking
structure between Ottawa Monroe. Robinson told the City Official #4 that the situation is hostile.
That Ambiance & its proprietors do not feel safe. He explained to her how much the business
was expensing in security costs. He also told her how Ambiance utilized its security force to go
above and beyond what the business jurisdiction is to secure the immediate area around
Ambiance GR. Robinson explained that Ambiance security was not supposed to manage crowds
of people outside our establishment in the public right of way ( streets and sidewalk) but were
doing so in order to protect the business & our patrons as the police were derelict in their duties.

He told her that police had been non-cooperative and only semi-responsive for 3 straight
months. He also told her that based on conversations with the department that police were
unwilling to provide the business district more support, until the police received more respect
and resources from the City Commission. He relayed to her that she & City Official #3 were seen
as problematic 'woke activist City Officials' who wanted to defund the police department. Those
City Officials were seen as enemies to a safe City. It was stated by police officers that City
Official #4 & City Official #3 consistently voted against police resources & were looking to
slash the public safety budget. With this type of anti-police climate officers had represented that
change needs to come from City Hall. This was preventing the police from executing a short &
long term solution to helping establish order in the area. Robinson expressed that the police
pointed out that they were short staffed & needed more man/woman power in order to secure
downtown. Also that police morale was down after George Floyd and that police felt abandoned
by the City elected officials.

April 18ᵗʰ, 2022
Jonathan emailed Josh Lunger, City Official #6, Sam Cummings, Richard App, City Official #2, Cullen Hilary, Tim Kelly, Chief Eric Winstrom, Top City Official, City Official #1, City Official #3, Deputy Chief Kristen Rogers, Andy Guy

Email to discuss loitering and measures Ambiance has taken for public safety
-Jonathan Email

April 19th, 2022
- Jonathan email Lt Dean to request Special Events Permit for public safety (Jon has attachment)

   o   Alvin Hills IV met with Lt Dean and Evette Pittman 4/19/22 1pm virtually. Alvin met with Lt. Patrick Dean and City of GR Special Events Manager Evette Pittman virtually to discuss the process for Ambiance to apply for special events security as instructed by City Manager Mark Washington. Lt. Dean expressed that he doesn't have staffing available to cover this request this week or the following weeks to come. He instructed that if he posted this overtime opportunity no officer would accept due to his officers not having the appetite to police "these types of events" alluding to African American/Hip Hop based events in the wake of the recent shooting of Patrick Lyoya.

   Alvin requested for Lt. Dean to allow Ambiance to request security services and see if any offers were accepted. Evette Pittman added that GRPD has more than enough officers to secure the DeVos and Van Andel through the Convention Arena Authority and asked could the department approach it in a similar manner. Lt Dean was adamant that none of his officers would accept, so there's no reason for us to submit a formal special events security request. Due to the climate created after the Patrick Lyoya shooting, Lt. Dean expressed that any African American/Hip Hop led event happening GRPD would not be interested in securing those spaces. He expressed that the current perception by the public and anticipated black community retaliation for the murder of Patrick Lyoya would not be a space his officers would be interested in securing. Lt. Dean discouraged Ambiance from submitting a formal request. Alvin reported this back to City Manager Mark Washington.

April 21st through June 8th Public Safety Meetings began regularly with City Staff #2, Sam Cummings, Cullen Hilary, Top City Official #3, Mike Ellis, Mike Ellis Jr & Parking Lot Attendant, Captain Vincent Reilly, Eric Goodson of Phenix Security, Josh Lunger, Tim Kelly, and Richard App

Ambiance had 4 engagement meetings throughout the spring season of 2022. Over the course of the spring, these meetings took place at CWD Offices. There were many folks who rotated in these meetings but the consistent members included  City of Grand Rapids Executives, DGRI, CWD, GRPD, Mike Ellis Sr., Mike Ellis Jr., the Chamber of Commerce and other vested downtown partners. This security council meeting was only convened after a shooting incident in March. Ambiance proprietor Jonathan Jelks wrote an email with City Officials and DGRI and more detailing all the steps the business took to ensure a safe environment. After 3 months of neglect Ambiance proprietors were prepared to go public and expose the lack of support they were receiving if things didn't change.

At those meetings a range of topics were discussed. In the first meeting Ambiance expressed extreme frustration in the discriminatory behavior and lack of responsiveness from the Grand Rapids Police Department. Ambiance proprietors provided very specific instances where public safety officials were failing to do their job. Ambiance proprietors boldly stated that if the situation could not get under control that they would have to escalate this to a legal recourse, because the practices that the City had historically implemented were not being applied in this situation. Ambiance continually warned law enforcement and the City that not only was the business at tremendous risk, but that citizens of GR were also at risk due to criminal behavior that was not being addressed. Josh Lunger, Vice President of the GR Chamber of Commerce stated that "Many businesses the chamber represents are going through similar experiences in downtown GR". In these engagement meetings GRPD offered very little meaningful strategies. It seemed they were present to listen and offer minor feedback, but the mAmbiance Partnerority of their responses were indifferent. Certain days, Ambiance proprietors were forced to beg police upper management via email and phone to send officers to disperse enormous crowds that gathered and harassed our business,  patrons, and the proprietors themselves. The police witnessed first hand what Ambiance proprietors were experiencing. The police knew exactly what was transpiring outside in the corridor. They knew different crowds, from all of the bars converging on Pearl Street and Ottawa Avenue. They saw videos of people knocked out unconscious, robberies in the parking lot, folks intoxicated, people sprawled out in the middle of the street, cars illegally stopping traffic, people illegally parking, guns being brandished illegally, Ambiance security being threatened by non-patrons, and illegal drinking in Mr. Ellis' parking lot etc. In the first 2 security meetings Ambiance articulated these behaviors which were disrupting business and putting citizens at risk.

GRPD and the City had full knowledge of the extent of what Ambiance was experiencing. Ambiance proprietors were extremely professional and courteous to law enforcement and City Staff throughout this process. Ambiance proprietors expressed gratitude for the opportunity to meet and discuss strategies however were insistent on a short term plan which included redeployment and foot patrol which was necessary to get the corridor under control. This would be a permissible solution while the City put together a long term plan to hire more officers and build more consensus at the policy making level on how to secure downtown. Ambiance impressed upon members of this security council that the business was suffering due to the

reputation of violence going on outside on the block, in the corridor when the establishment was closed and or during let out where patrons were exiting the premises. Ambiance was candid about the fact that the business would not be able to sustain without support. Ambiance was aware that the landlord was being pressured by neighboring businesses to terminate its lease. Ambiance made the City aware that the Grand Rapids Chamber of Commerce was receiving pressure to advocate against Ambiance being allowed to exist. The City was getting formal complaints from neighboring businesses pushing for the closure of the establishment. The pressure was heaping on.

Ambiance made the security council aware of officers publicly disparaging the business after crimes were committed in the corridor on several occasions. A specific example Ambiance pointed out to City of Grand Rapids officials was in March when a female officer stated to community members and Ambiance proprietors unbeknownst: "That their business isn't going to last long. It's the type of people who they bring down here. They're bringing people down here that don't belong." In March of 2022, Ambiance proprietors expressed to City officials they considered this attitude to be one that is pervasive in the psyche of GRPD. Ambiance proprietors expressed that they felt GRPD was making a concerted effort to exclude Ambiance from service due to the race and ethnic makeup of the owners and the demographic establishment served. Ambiance also expressed that they felt like they were being used as a pawn to be leveraged and weaponized against a non-supportive City Commission.

April 21st, 2022

This group was convened after numerous conversations, meetings, and emails by the Ambiance team in efforts to address public safety/policing immediate needs for the Pearl Ave and Ottawa Street corridor. Ambiance expressed that they've been experiencing trouble from large crowds of non-patron or people denied entry camping out in front of the establishment, the Ellis Parking Lot, and creating trouble for the business. The Ambiance team expressed some loiters have been armed and that the business felt under attack by non-patrons that showed up weekly with very little police support to help disperse crowds.

Jonathan Jelks read the opening statement to begin the meeting

We're here to be solutions oriented. Ambiance is a good business. Run by good people. We've fulfilled a niche. We've created jobs. We've enhanced diversity. We've been collaborative with both our neighbors, & other stakeholders invested in downtown. We've also been extremely collaborative. In turn we are one of the best performing bars in the City, in only 4 months of being open, with only 3 nights of operation. We've hosted every kind of event including the National Forum for Black Public Administrators hosted by Top City Official Top City Official & Top City Official, to the West Michigan Real Estate investors meet up happening this evening. Our Jazz nights & Motown rendition live performances are indicative of the well rounded entertainment options are that we provide for the City. We have also become one of the premier nightlife spots for millennials & GEN Z with musical fevered EDM, R&B, Pop, Top 40, Hip Hop, House etc.

In knowing that we were going to be disruptively successful we took a number of proactive measures to preempt & work with public safety to ensure not only the sanctity of Ambiance, but also preserve the quality of life for our neighboring downtown residents. We knew that without question we would be attracting all different kinds of people into the hotel district. With us dropping into an already thriving ecosystem, we knew Pearl Street & Ottawa Avenue would become even more crowded & congested. Before there was ever any real issue, I was reaching out to basically everyone at this table including our elected officials emphasizing our policing needs. That being the need to have GRPD as a law order authority that can operate as a deterrent to keep people safe, like they do in the heart of any other City. That means specifically maintaining order, keeping undesirables under control, citizens committing crimes, loiters, and people who can't control themselves from causing disturbance downtown. I knew and predicted to most of you that this would cause problems if we did not because we're a center attraction business.

Gentlemen we've exhausted our private security options. We pay 5,000.00 a week, to the summation of $20,000 a month for 2 licensed & bonded security firms, with up to 23 personnel on Saturday's to maintain our space as well as help with Mr. Ellis' parking lots. Let's remember our security: were the ones who made a citizen's arrest last weekend when two individuals were exchanging shots. The cops then arrested said individual and found more guns in the car.

We have exhausted meetings with GRPD over the past 3 years trying to build strong communication & a formal partnership. As I outlined in the initial email, we have offered to create a pilot program with GRPD for entertainment venues. We have offered pay off duty

officers over time to help maintain the streets after we close. Mind you all of these significant problems are issues happening after we let out. Our job is to secure our space, not patrol downtown for crime. These problems are happening after we shutdown activity and close at 1:30am. They start at 2:00am. Our security has been exemplary keeping the department abreast of the issues and giving formal police reports on any incident.

We are open to all ideas about how we can better work with the GRPD & the City. We are not shying away from the problems we've seen thus far. We know Ambiance is a particularly tricky business that can add to the duress of downtown. The fact is being a company that celebrates and promotes diversity, while having different kinds of entertainment options does attract some folks from the toughest neighborhoods in the City. Some of these folks will take their conflicts to downtown's doorstep. We have been the victim of threats and crimes because dresscode.

There are a few things we're not prepared to do. We are not prepared to be labeled by other businesses as the problem child of downtown. We're not prepared to be scapegoated for a Grand Rapids problem that political leadership and law enforcement should have been able to solve and work out amicably years ago. Also we're not about to be the black owned bar that only serves white people. Those are off the table. We're also not going to accept GRPD taking an attitude of treating us with purposeful neglect. In our opinion, the City is failing us and every business owner downtown with its current policing policies. GRPD needs to look at Ambiance as a model and partnership opportunity to successfully work with the black community. You guys desperately need that in these times.

In these meetings Ambiance offered to shut down its operations for a weekend to appease its landlord and to allow GRPD and the City of Grand Rapids to come up with a viable short-term solution. The mid April 2022 shooting hit so very close to home and Ambiance proprietors expressed this to City Executives and GRPD in the security-council meeting. The council didn't want us to shut down. Ambiance expressed that while nobody was seriously injured or murdered from the previous shooting that the worst-case scenario of murder is inevitable without an adequate presence in the corridor.

The City Of GR & GRPD specifically instructed our private security firm Phoenix Security, to stand down in regards to securing sidewalks and public spaces. Ambiance had begun using armed security to patrol the sidewalks, streets and public spaces which GRPD didn't support. GRPD instructed Ambiance security that those spaces were under GRPD jurisdiction and they are responsible for securing these spaces. They also requested our security not to be armed outside because it was a bad look for the City and made citizens feel like downtown was unsafe. Ambiance reluctantly agreed to do so, in an attempt to try and be cooperative to establish until a more stable and consistent solution was reached. If the police are going to do their job, then we can have security oblige this request in an attempt to be partnerable. This left the Ambiance team requesting a formal partnership for limited hours on Friday and Saturday night to assist with a safe exit from the establishment and to minimize loitering from non-patrons.

Captain Vincent Reilly expressed in these meetings that downtown is generally unsafe due to the minimal police presence in downtown. Any given night there's only two patrol cars for the entire

downtown area. (Captain Reilly made a Facebook post July 17th telling his friends and family to not visit downtown Grand Rapids because it's unsafe.)

During this meeting Jonathan expressed to Top City Official that Ambiance will file a claim with Risk Management to address public safety concerns. Top City Official expressed that if Ambiance GR filed a claim with Risk Management, all communication would end and they'd no longer be able to communicate with the Ambiance team about possible policing solutions.

City Requests to Ambiance

Top City Official requested that Ambiance reach out to the Kent County Sheriff's Department to request a police presence. The Sheriff's Department expressed that they would be open to this type of collaboration, but only if GRPD initiated it with the Sheriff's Department. GRPD expressed they aren't open to collaborating with the Sheriff Dept like in previous efforts for Ionia Ave at this time.

Actions taken by City of GR and GRPD

-Deployed Police Camera for two weeks until needed elsewhere due to the dept only having two mobile camera units

Stated Possible Long Term Solutions
-Ordinance change would be necessary for off duty police officers to be hired by private businesses
-CPTED Study is taking place

April 2022
Jonathan sent consistent text messages & phone calls to City Official #6
Attach Jonathan text messages

April 24, 2022

- Ambiance Partner sent Top City Official videos in a text message that displayed the loitering and unruly behavior a lack of police presence has caused.
- The Top City Official expressed concern and shared he will meet with Top City Official #3 and City Staff #2 to discuss next steps. He did not commit to any support via text.
- Video Evidence of Unruly Behavior

May 22

# EXHIBIT 4

May 2022
- House of Wine and other businesses were advocating to Top City Official on Ambiance behalf.

May 4th 2022

Jonathan texted City Official #1 informing him that we still have no formal partnership and that we will plan to have our attorney contact risk management for formal notice of complaint.

- Jelks text message

May 4ᵃ, 2022
Jonathan texted Top City Official to request meeting for formal and consistent police partnership
- Jonathan text message

May 4th 2022

Jonathan Jelks text message exchange with Top City Official. In the text message exchange Jonathan Jelks told Top City Official that while Ambiance is appreciative of the City of Grand Rapids' willingness to sit down in the security-council meetings, that the measures taken were not sufficient to protect the corridor in which the business was operating. Jelks was desperately and courteously reaching out because Ambiance did not want to be in a position where it had to embarrass Top City Officials and the most diverse commission in Grand Rapids history by publicly exposing that it was being discriminated against service wise, and that the City commission was not taking the threats detrimental behavior against the business seriously. Jelks was insistent that they meet so that the Top City Official thoroughly understood what was transpiring so that the proprietors could keep things non-political and get a working solution akin to the precedent of what the City had provided historically.

Attached Jelks screenshot

IMG_1795.PNG                                    https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



**New Message**          Cancel

To. Mark Washington

> Mark I know you & Aj have been in communication & contact. But we really need to Meet & touch base on the police presence & or partnership outside of Ambiance, as well as entertainment in the hotel district. In person might be for the best for this conversation. In our minds this is still an urgent & unresolved matter. There is no lengths we won't go to protect our business. We want to try & get a precedent set & be as cooperative with you & the city in such politically tumultuous times, however we still feel exposed with no partnership or formal support.

May 4, 2022 at 12:38 PM

Ok. It may take a minute to get a meeting with me and the Chief with everything that is going on but I will ask Chardonnay to work on it. That is why I assigned the Deputy CM, my chief of staff and the Police Chief to meet with you.

What was the outcome with your discussion with the Chief as I understood he spoke with you directly? What was your understanding of his committment?

IMG_1796.PNG    https://drive.google.com/drive/u/2/folders/1bIBlO0QiYiNTNXzEN...



1:36    📶 5G 🔋

**New Message**    Cancel

To  Mark Washington

discussion with the Chief as I understood he spoke with you directly? What was your understanding of his commitment?

May 4, 2022 at 3:02 PM

Thanks for your speedy response. I met with the Chief via cell phone. He was very cordial. He said he would drop by to meet me, but I believe he was busy with coordinating safety efforts for the protest so it didn't happen. The outcome of our 15 minute phone conversation was that he wants us to "be successful" & that he will try & support. The support was genuine but also non-committal. The non-committed support leaves us as business owners exposed & with an ongoing having to problem solve  for every weekend. It's mint sustainable for us. Especially when we're already maxing out paying 20k a month in private security fees most of the cost being a deterrent for outside.

I look forward to the meeting on Monday

Jun 5, 2022 at 11:38 AM

Give me a ring when you can.

+    

IMG_1797.PNG                                    https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



**New iMessage**                    Cancel

To: Joe Jones

May 2, 2022 at 11:00 AM

My dear brotha, I owe you a call back.
How's your day looking tomorrow?

May 3, 2022 at 9:42 AM

Looking forward to that call

Whenever you have time comissh

May 4, 2022 at 11:39 AM

Commish let's get on the phone. Aj has been in communication & contact with Mark. But we really need to touch base on the police presence & or partnership outside of Ambiance, as well as entertainment in the hotel district as a whole. In our minds this is still an urgent & unresolved matter. There is no lengths we won't go to protect our business. We want to try & get a precedent set & be as cooperative with you & the city in such politically tumultuous times, however we still feel exposed with no true partnership or formal support. Planning on having our legal team send a letter to risk management to create notice as well.

May 4, 2022 at 1:49 PM

+        iMessage

1 of 1                                          1/28/2024, 3:03 PM

IMG_1798.PNG

https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



New iMessage                    Cancel

To: Joe Jones

been in communication & contact with Mark. But we really need to touch base on the police presence & or partnership outside of Ambiance, as well as entertainment in the hotel district as a whole. In our minds this is still an urgent & unresolved matter. There is no lengths we won't go to protect our business. We want to try & get a precedent set & be as cooperative with you & the city in such politically tumultuous times, however we still feel exposed with no true partnership or formal support. Planning on having our legal team send a letter to risk management to create notice as well.

May 4, 2022 at 1:40 PM

Would you happen to be available tomorrow at 5:00? I'm supposed to be meeting Dray at 6 o'clock at Ambiance, so how about if we meet at 5:00?



Yes

Thatcc be works

See you then.

May 5, 2022 at 6:03 PM

**Subject**    RE: Follow up

**From**    Reilly, Vince <vreilly@grand-rapids.mi.us>

**To:**    Sam Cummings
<Sam@cwdRealEstate.com>, Berens,
Kate <mberens@grand-rapids.mi.us>

**Cc:**    cheguvera84@yahoo.com
<cheguvera84@yahoo.com>, M Ellis
<mellis@ellisparking.com>, Tim Kelly
<tkelly@downtowngr.org>, Richard App
<richard@grandrapids.org>, Cullen Hillary
<CHillary@cwdRealEstate.com>, Joshua
Lunger <josh@grandrapids.org>, Canfield,
Louis <lcanfield@grand-rapids.mi.us>,
Washington, Mark <mwashington@grand-
rapids.mi.us>

**Date**    May 5, 2022 at 9:35 AM

I wanted to give a quick update as we get close to the
weekend.

Attached is the CPTED survey prepared by Officer
Martin. Please review. If anyone thinks it would be
beneficial for Officer Martin to attend our next meeting, I
can make him available.

The only police activity related to Ambiance occurred
Saturday night. Security called at 1:45am reporting 50
people fighting outside the club. Officers arrived in 4
minutes and reported approximately 25 people in front of
the club but there was nobody fighting.

The camera trailer has remained on Pearl since last
weekend, and it will remain in place through this
weekend. Captains Trigg and Dixon have both made
requests to use the trailer to address issues in their areas
so this will likely be its last weekend on Pearl for a few
weeks.

There is a protest related to the officer involved shooting
scheduled for Saturday evening. I pasted a link to the
organizing groups event page below. We will have a
crowd management team in for the event and Captain
Chad McKersie will be the Incident Commander for that
event. Sting is also in concert that night at VAA but only
about 5k tickets have been sold at this point.

Sergeant Daryl Howard will be my evening patrol
supervisor this weekend downtown. Don't hesitate to get

ahold of me with any questions or concerns.

https://www.facebook.com/events/405669594339294/

**Captain Vincent Reilly**
Grand Rapids Police Department
Commander-Central Service Area
456-3326
vreilly@grcity.us

 

**View more**

CPTED Survey DGRI 2.pptx

May 5th 2022
Jonathan and Ambiance Partner met with City Official #1 at Ambiance to discuss public safety and policing needs

On May 5th at 5pm Jonathan Jelks and Ambiance Partner met with City Official #1 about their concerns in regards to disparate treatment by the City to Ambiance. (The Meeting Took Place At Ambiance) Jelks expressed to City Official#1 that despite the April 18th email he sent to vested stakeholders in downtown, which included City Official#1, the Top City Official, City Official #6 & other invested partners in downtown that there was still no satisfactory progress in ensuring the safety of citizens in the area, the safety of Ambiance as a business, & the business district as a whole.

Jelks expressed that the newly formed Security Council meetings which included Ambiance, Phoenix Security, CWD, DGRI, GRPD, & other concerned businesses was a good first step, however, no real resolutions had been established. Jelks did not feel that City Staff #2 or Top City Official #3, although well meaning, had the expertise, the 'know how', & the understanding of nightlife & security that would allow for them to make meaningful contributions to the strategy. He also expressed that neither Top City Official #3 nor City Staff #2, had the authority to weigh in & or to help the police understand excluding the only black liquor licensed establishment in downtown from service as a result of their 'morale being low' & because GRPD wanted to pressure 'activist City Officials' is unacceptable.

Jelks & Ambiance Partner expressed to City Official #1 that the City and GRPD have a precedent of supporting other downtown business districts with police force whether it be vehicle patrol, horseback & on foot via redeployment & reorganization based on need for years. They asked the City Official #1 why was Ambiance & the Ottawa & Pearl/Monroe district being excluded from this same protection. He didn't provide a clear answer. Jelks told City Official #1 about how the police were using the fact that Ambiance was a black owned business, as a "pawn" to pressure 'activist' City Officials into acquiescing more police support from City commission. Also, Ambiance was encouraged by Police Officials & City officials to speak at City Commission meetings in support of the police department. Ambiance was encouraged to advocate for more police resources publicly which its proprietors felt was to 'quid pro quo', without the guarantee of a formal police partnership.

Jelks & Ambiance Partner told City Official#1 about the shootout that had happened April 16th on Pearl Street after Ambiance was closed. In that shoot out that transpired on Pearl & Ottawa block 2 bullets came through Ambiance's window after closing hours. Those bullets landed in the vip section of the bar. Jelks & Ambiance Partner informed City Official #1 that earlier that same night his own daughter had attended Ambiance & had been in that very VIP section with friends & family celebrating a special occasion. Jelks & Ambiance Partner told Jones it could have been any of us, that those bullets could have killed a family member, a member of our staff, an innocent bystander, or a family member of his.

As City Official #1 Jelks told City Official #1 it was his responsibility to advocate for this unique business downtown. They also expressed that the City has a primary responsibility to protect citizens from known hazards & hostile environments. Lastly, they made it known that if Ambiance continued to be excluded from the protection the City & GRPD have extended to

**Subject**    Ambiance GR-Public Safety Request

**From**    Alvin Hills <alvin.hills4@yahoo.com>

**To:**    al.vanderberg@kentcountymi.gov
<al.vanderberg@kentcountymi.gov>,
michelle.young@kentcountymi.gov
<michelle.young@kentcountymi.gov>

**Cc:**    ewinstrom@grcity.us
<ewinstrom@grcity.us>, Mark Washington
<mwashington@grand-rapids.mi.us>,
cheguvera84@yahoo.com
<cheguvera84@yahoo.com>

**Date**    May 12, 2022 at 9:30 PM

Good Evening Sheriff LaJoye-Young and County Administrator
Vanderberg,

We are writing you directly after an failed attempt to reach Sheriff
LaJoye-Young through Deputy Fairley. Per the recommendation of City
Manager Washington, we feel this conversation regarding downtown
Grand Rapids Public Safety needed to be elevated to you two directly
in efforts to develop a collaborative solution for not only our public
safety needs, but the needs of all downtown nightlife establishments.

Attached is a proposal for partnership, which outlines who we are, our
current public safety challenges, and our proposal for partnership with
the Kent County Sheriffs Department. Aside from City Manager
Washington's recommendation, we have been encouraged to also
reach out to you from City Commissioner Joe Jones.

We would like to schedule a time for us all to connect and discuss
possible solutions for the public safety needs of not only our
establishment, but other business owners in downtown Grand Rapids.
Please let us know some dates/times you are available next week or
the following to connect.

We appreciate your time and look forward to working with you all in
collaboration for our downtown Grand Rapids Public Safety needs.

In Partnership,


Alvin


Kent County Ambiance GR Proposal.pdf

**Subject**    RE: Ambiance GR-Public Safety Request

**From**    Young,Michelle
<Michelle.Young@kentcountymi.gov>

**To:**    Alvin Hills <alvin.hills4@yahoo.com>,
Vanderberg,Alan
<al.vanderberg@kentcountymi.gov>

**Cc:**    Mark Washington <mwashington@grand-rapids.mi.us>, Eric Winstrom
<ewinstrom@grand-rapids.mi.us>,
cheguvera84@yahoo.com
<cheguvera84@yahoo.com>

**Date**    May 26, 2022 at 11:25 AM

Hi Alvin…thanks for the email.  Just a few points of clarification.  I don't think either the County or the City will be in a position to staff any downtown initiatives for the balance of this year.  I didn't want to leave that out there as a target.  Our staffing circumstances are not such that they will recover that quickly.  I enjoyed the opportunity to speech with you and always am interested in entering into problem solving conversations!  Take care and stay safe.  Michelle

**View more**

**Subject**    Re: Ambiance GR-Public Safety Request

**From**    Washington, Mark <mwashington@grand-rapids.mi.us>

**To:**    Alvin Hills <alvin.hills4@yahoo.com>, Young,Michelle <Michelle.Young@kentcountymi.gov>, Vanderberg,Alan <al.vanderberg@kentcountymi.gov>

**Cc:**    Winstrom, Eric <ewinstrom@grand-rapids.mi.us>, cheguvera84@yahoo.com <cheguvera84@yahoo.com>, Berens, Kate <mberens@grand-rapids.mi.us>, Canfield, Louis <lcanfield@grand-rapids.mi.us>

**Date**    May 26, 2022 at 8:28 AM

Alvin,

Thank you for the update but no need to schedule those meetings around my availability as I will be intermittently traveling extensively.

I will defer to the Chief on any operational follow-up with you and the Sheriff.   I will also defer to Deputy City Manager Kate Berens who has been my liaison with the business district on this matter.


Sent from my T-Mobile 5G Device
Get Outlook for Android

View more

Redd

May 9th 2022

Ambiance had an afternoon meeting with Top City Official, City Staff #2, Top City Official #2, and Chief Eric Winstrom. The meeting consisted of detailing how at risk downtown Grand Rapids is to a mass shooting and the plague of continual violence. There was a firm conversation about how responsible communities prioritize small businesses and entertainment/liquor license establishments with a police presence in downtown metro corridors. Ambiance articulated that they and other businesses like ours, are under attack. We are not safe. The conditions are extremely hostile. Rank and file officers treat Ambiance requests for support with disdain and racism despite the fact that the business has done nothing but try to be very good partners. Ambiance illustrated for City officials and staff how the company had positively advocated for an increased police patrol, redeployment and for more resources to provide a safe and secure neighborhood. Ambiance Partner emphasized that the business highlighted to City officials was the build up of non-patrons acting out in unlawful ways during prime nighttime hours that are most valuable to the arts and entertainment industries.

Ambiance communicated about how unsafe downtown Grand Rapids is at any given moment when there are huge crowds that are illegally congregating in the middle street, in Mr. Ellis' parking structures and disrupting business between pearl and Ottawa. Ambiance articulated how these incidents and the constant war to clear out the public sidewalks and streets, which is not the business jurisdiction or realm of responsibility is negatively affecting the business, the mental health of the staff, its security team and its ownership's morale. After having extensive communications with the City with no real sustainable solutions Ambiance proprietors expressed they would have to take measures to protect themselves. Ambiance also articulated that its proprietors would have never invested in the downtown Grand Rapids community had the City been transparent about not being able to secure the corridor and this type of entertainment based business.

Specifically stated to City officials is if having a lounge establishment after hours is considered to be a pariah then the City of Grand Rapids should not allow them to exist. Ambiance called for reprioritization and redeployment of officers to prevent any more shootings near and around its establishment and those establishments neighboring the business. Ambiance thoroughly articulated through pictures and videos how 99% of the problems were due to loiters and people not leaving the public streets and sidewalks during the let out hours and after closing. Those videos detailing the loitering and unlawful behavior were sent directly to the Top City Official by Ambiance Partner. Ambiance provided context. Ambiance provided proof.

Ambiance utilized all channels reaching out to any and everyone in political office, law enforcement and those who have a vested interest in downtown growth and development. Ambiance provided visual evidence and records of police interaction when warning the City that the only reason the business did not file a claim sooner, with risk management, is because of the love and respect the proprietors have for City leadership as well as for downtown Grand Rapids. Ambiance specifically predicted that more violence would surely ensue if law enforcement and City officials did not take these threats and hazardous conditions more seriously. Ambiance proprietors expressed that a murder was inevitable if these incidents didn't get taken seriously.

other businesses & business districts that the company would have no choice but to pursue a legal recourse. Ambiance Partner & Jelks told Jones that this was the business' last option because they didn't want to negatively impact relationships & the many friends they have on City commission & City staff who work hard everyday to ensure a positive quality of life for Grand Rapids residents. But they were clear that if Ambiance continued to get the political run around & are used as bargaining chips between the City & police department who aren't seeing eye to eye, that the business would have to file a formal complaint for discriminatory practice & a lack of service.

The conversation included boldly articulating that the establishment is being treated unfairly. What was also stated is that a murder was imminent if crowds weren't regulated via police presence. Ambiance detailed many other instances, historically, where the Grand Rapids Police Department deployed officers at the City's behest to problematic neighborhoods and areas of downtown that were over crowded and/ or heavily populated after hours. Ambiance questioned the Police Chief, City Official, and City Executives as to why that proven strategy "is not being implemented in this situation." The police chief did not provide any direct answer other than pointing to staffing issues.

During this meeting, a Top City Official #2 asked the proprietors of Ambiance "Why they can't walk outside the establishment and "Talk to Your People?" This was a racially charged inference. The response from Jonathan Jelks in disgust was, "First and Foremost, all Black people "aren't our people." "Would you ask the owner of McDonald's or the owner of Social House to walk outside of their establishment to talk to random, hostile, lawless and unlawful crowds?" He posed the question back to Top City Official #2 "Would you ask them to talk to 'their people'." Top City Official #2 turned visibly red and responded "No, I wouldn't." Jelks ended this part of the conversation saying "Just because we're a Black owned business who has strong African American/Black patronage does not mean we're responsible for policing crime in the corridor.

Jonathan Jelks reiterated "What is the strategy for this?" He proposed to Chief Winstrom "You are from Chicago, the department prioritizes and protects businesses downtown. For example, Michigan Street and Rush Street in Chicago have a police presence to ensure safe and orderly patronizing of these businesses." Chief Winstrom acknowledged the strategies to secure those examples.

May 2022

Jamiel Robinson, Lacy Jones, and Jonathan Jelks met with GRPD Police Chief Eric Winstrom at Ambiance showing him the area and perimeter, outlining what were the problems on the block. The Chief came out with 2 of his bodyguards from Swat and stood outside connecting with patrons. Robinson and Jelks showed the Chief all of the vulnerabilities of the area on pearl in between Monroe and Ottawa. They detailed very thoroughly where there was a build up, crowd stagnation, and highlighted consistently that the business had to address criminal behavior. Robinson emphasized to the chief that it feels like we're under attack every weekend in a fight for our livelihood. Jelks told the chief we need the department to step up. We have followed all of the instructions GRPD has provided to us and we don't feel safe. We feel even more under duress because we no longer have armed security standing outside as a deterrent because the police department didn't feel they could distinguish Ambiance's security team from a criminal perpetrator.  between

Jelks said a partnership not just in single consideration of one business but for the entire corridor which was experiencing a range of issues. Ambiance proprietors provided examples of what happens on Friday and Saturday evenings and had Chief of security Eric Goodson explain security protocols. Throughout the evening the chief stayed until closing hours introducing himself patrons exiting the establishment and firmly warning folks to keep it moving whom were trying to continue the regular shenanigans that people do after the bar closes. The chief and his team ended up making an arrest that evening outside the venue. The Chief emphasized to members of Ambiance that Ambiance that he wanted to see the business 'be successful' but never presented a plan formally or informally to address the issues publicly or privately in follow up meetings.

May 9th 2022

Top City Official requested Ambiance reach out to the Sheriff's Department as additional support for public safety. Which Ambiance did.

May 25th 2022

Ambiance Partner's initial method to make contact was via an email sent (Email sent 5/12/22) to Sheriff Young in efforts to schedule a meeting. After a few attempts they finally scheduled a time to talk.

Ambiance Partner spoke with Sheriff Young (5/25/22)  at request of Top City Official to discuss Ambiance Public Safety concerns and immediate needs. Ambiance Partner detailed the current state of the business being under attack by non-patrons and loiterers and were in need of support. Top City Officials were currently unable to secure commitment from GRPD to execute the security plan. The initial request was for the Sheriff Department to solely provide the policing detail. Sheriff Young was transparent that she couldn't solely commit to our weekly closing needs (Saturday nights 1:30am), however she'd be open to discuss collaboration with the exception that GRPD must initiate the collaboration. She expressed that with downtown being GRPD jurisdiction; she couldn't provide any support without GRPD leading the collaboration.

Sheriff Young and Ambiance Partner discussed previous Kent County collaborative efforts on Ionia Ave, which needed additional law enforcement support for GRPD. That partnership helped calm tensions from business owners and reduced crime significantly. Ambiance was looking for this type of response to their current public safety needs. Sheriff Young acknowledged that she's familiar with multiple downtown Sheriff Department and GRPD collaborations and she's open to supporting ours with GRPD.

After speaking with Sheriff Young, we later received an email drawing a firm line that there were no resources available to deploy at this time. We shared her position with Top City Official and the public safety stakeholders. GRPD had no interest in following up with the Sheriff's Department to discuss collaboration. Once shared with City Official Top City Official Top City Official, he had no future recommendations for public safety collaboration with the Sheriff's Department or alternative strategies to support Ambiance's corridor.

June 22

# EXHIBIT 5

**From:** Jonathan Jelks
**Sent:** Thursday, February 8, 2024 2:50 PM
**To:** Tyrone Bynum
**Subject:** June 5th Exhibit Mayor Bliss

*Edit this language*

On June 5th 2022 Mayor Rosalyn Bliss called Jonathan Jelks after the murder of Armonie Acklin. Jelks was driving back from Detroit from a wedding with friends and had the Mayor on speaker phone. The Mayor expressed empathy and extreme sadness for the man who lost his life. She also expressed to Jelks that he and Ambiance proprietors had not been in the wrong and had alerted the city the entire time about the potential for violence. The Mayor was extremely apologetic. She told Jelks that Ambiance proprietors had been correct in their assessment of the hazardous conditions, generally caused by crowds gathering illegally, loitering, unlawful behavior and a lack of police presence and strategy in downtown. The Mayor told Jelks 'you predicted someone would get hurt down there and now it's happened.'

The Mayor said she was making it a top priority to connect with the Chief of police and the city manager to come up with a truly effective solution to the problem, acknowledging the ones that were being offered at the time 'were not working'. Jelks was thankful to the Mayor for her reaching out, however he made it clear, that Ambiance's proprietors had no faith in GRPD because despite how many open and transparent talks had transpired, they set a precedent of doing everything in the power to find excuses as to why they could not secure the corridor for a sustained period of time. Jelks also expressed a lack of confidence in the city manager who Jelks had historically had tremendous respect for. Jelks told Bliss the City Manager isn't comprehending the gravity of the situation. Jelks told the Mayor, 'Mark Washington is good guy but he doesn't have a good grasp of the politics in Grand Rapids and how this will affect things for all of us. Our business reputation is suffering and the reputation of downtown Grand Rapids is taking a hit across the board. If our business can't continue to operate because we can't receive the same level of service that white owned establishments have been receiving for years things are going to escalate between us.' Jelks also expressed that Washington doesn't understand what it means to this community to become the only Black Owned liquor licensed establishment in downtown in 20 years. He is not aware of what our business means to the people in this community and how hard we fought to be able to make this happen. His paralysis in leadership and passing of the buck, is going to cost both Ambiance and the city as a municipality. Let's work together to fix this. The Mayor stated she understood and would take action. The conversation ended amicably.

*Jelks with police chief phone call some day.*

June 16th 2022
Top City Official #2, Top City Official #3, City Staff #2 meeting at City Hall 3pm
- Add Top City Official #3 email to Jonathan

The June 16th meeting at city hall was an extremely tense, somber conversation between the proprietors of Ambiance: Ambiance Partner and Jonathan Jelks and city staff. City staff were on 'pins and needles' because the death of Armonie Acklin had transpired a week earlier. City officials kicked off the meeting acknowledging the tragic situation that took place in downtown Grand Rapids. The city spent the majority of its time having the police provide accounts as to what transpired leading up to the shooting. The city then proceeded to tell Ambiance proprietors that the killing wasn't 'their fault' & that they should not hold themselves accountable for the senseless murder as spoken by Top City Official #2 and echoed by Top City Official #3.

Ambiance proprietors countered in a very intense disgusted fashion stating 'we know this is not our fault. We know we're not to blame for not policing public streets and sidewalks. This falls on you, the City of Grand Rapids & GRPD". Ambiance proprietors told city leadership angrily and emotionally that they had thoroughly warned and made sure that all invested parties in downtown were aware and abreast of the potential for extreme violence. The city knew how hazardous the situation had become and didn't act. The police witnessed first hand the unlawful behavior that persisted in the corridor and chose not to execute a short term solution. Ambiance proprietors stated to city staff that at the city's behest, its licensed and bonded security team stood down from de-escalating the conflict because the police officers told them both in the security meetings with CWD and when they did a site visit at the bar to not try and police anything out of Ambiance immediate door way. In the video where Armonie and 4 others are shot Ambiance security team can be seen watching a fight progress from the street into the Mr. Ellis parking lot where the fatality and mass shooting took place.

Per the request of the city, DGRI, and the GRPD Ambiance's security team was not armed outside with legally licensed weapons to deter the outlandish behavior that had been plaguing the corridor for 6 months. Ambiance proprietors then proceeded to walk out of the meeting where Top City Official #2 stopped them and stated he had known Jelks since a kid and that the Ambiance team should not not harbor resentment towards the city. Ambiance proprietors reluctantly shook his hand and stated Armonie was an innocent victim and had the proper precautions been taken he would not have lost his life. This didn't have to be. The meeting concluded.

June 25th 2022

Top City Official visited Ambiance after flying back into Grand Rapids from a trip out of town. Ambiance proprietor Jonathan Jelks was standing outside of the establishment by himself scoping out the street and perimeter. The Top City Official greeted Jelks asking him why he was standing outside. The Top City Official expressed that the business didn't look busy at the time, so maybe Jonathan shouldn't worry so much tonight. Jonathan expressed he was standing outside. This was a reoccurring practice shared by Ambiance proprietors for the past two months, to spot potential violence and deter from happening. The Top City Official said to Jelks you're nervous aren't you? Jelks stated I have to be. We have too much at stake. The recent murder that transpired a few weeks ago in the Ellis Parking Lot was a haunting experience. Jonathan expressed that our business has suffered tremendously since the murder and that we couldn't afford another incident to happen near the business. He told the Top City Official it was extremely stressful. The Top City Official couldn't believe Jonathan was working at this length to provide public safety for the establishment. The Top City Official then drove away from the establishment and told Jonathan to take care.

Gmail - Fw: Security Meeting (Urgent)                    https://mail.google.com/mail/u/2/?ik=d7fb8dffcf&view=pt&search=...

 Gmail

Jamiel Robinson <jamielrobinson03@gmail.com>

## Fw: Security Meeting (Urgent)
1 message

**Jonathan Jelks** <cheguvera84@yahoo.com>                    Mon, Jan 29, 2024 at 7:26 PM
To: Jamiel Robinson <jamielrobinson03@gmail.com>

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, June 5, 2022, 11:32 AM, Washington, Mark <mwashington@grand-rapids.mi.us> wrote:

Good morning Johnathon,

I am sorry to wake up to this news.  The loss of life this Sunday morning is tragic and yet another fatal gun violence victim of a person of color in our city.  We were all trying to prevent this outcome and I know this was your worst fear.

I spoke with your partner, AJ Hills, this morning and told him I am awaiting the details from the Police investigation on the origin of the conflict and how it occured before the critical risk period you previously identified as 1a.

You left the Police Chief off of the e-mail chain so I am including him for his awareness and response to your rquest for a call.  I too am looking forward to the outcome of the follow-up with the "security group" on this e-mail who has been working with Ambiance.  I do want to see community safety and business success and thereby had a lot of City resources working on this issue to include the Police Chief, his executives, downtown Captain, Deputy City Manager and my Chief of staff.

While I understand your disappointment and frustration that the police did not adjust their staffing plan in the exact manner you requested, they did make some changes/efforts so I cannot concur with your characterization of the city's action as "dragging off the feet, negligence, pushing off on other public entities,  excuses & a nonchalant indifference".  Seeking collaboration from the county is very common for downtown functions and not pushing off when GRPD indicated they did not have dedicated staffing to function as business security and using technology is part of crime prevention.  There are a lot of people/entities who are trying to work with Ambiance to ensure its success.

Having said that, I agree that we must now must ask what else can be done to ensure safety and prevent another person from being victimized by gun violence in that area and what else can GRPD and others do that has not already been implemented.  I will debrief with Chief, Kate and Lou tomorrow prior to their follow-up meeting with your team and others.

In terms of your planned public communications on this matter, future official public responses from the City will come from the Police department or the City's communications office if necessary.  I am not aware of your reason for contacting city's risk management department but you can make Kate or Lou aware of that need.

Again, I grieve with that family, your business and our community over this act of violence.  I am not aware of your referenced threats or attacks on Ambience from City staff but please advise if you are specifically aware of something different.

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Jonathan Jelks <cheguvera84@yahoo.com>
**Sent:** Sunday, June 5, 2022, 9:20 AM
**To:** Sam Cummings <Sam@cwdRealEstate.com>; Reilly, Vince <vreilly@grand-rapids.mi.us>; Berens, Kate <mberens@grand-rapids.mi.us>
**Cc:** M Ellis <mellis@ellisparking.com>; Tim Kelly <tkelly@downtowngr.org>; Richard App <richard@grandrapids.org>; Cullen Hillary <CHillary@cwdRealEstate.com>; Joshua Lunger <josh@grandrapids.org>; Canfield, Louis <lcanfield@grand-rapids.mi.us>; Washington, Mark <mwashington@grand-rapids.mi.us>
**Subject:** Re: Security Meeting (Urgent)

[Stop. Think. Read. This is an external email. Please use caution when clicking on the links and opening attachments in unsolicited email.]

Good morning all

Tragedy has again struck downtown. I am eager to reconvene this security meeting this week as soon as possible to address the shooting & fatality that has happened last night in the Ellis parking lot adjacent to Ambiance close to Freshii.

It's important for you to know we will be making a public statement in regards to our on-going efforts to work with the city, law enforcement & all public entities downtown. We will be respectful, but extremely transparent about what we view as the failures in the system to protect the downtown business district. We also have to speak to several points including: diversity inclusion in the downtown corridor & public safety. The City Commission can expect to hear from us both privately & publicly as well, as our team making contact with risk management at the city of GR tomorrow.

As articulated in our round table discussions it should be noted Team Ambiance is observing this situation as a failure by all parties invested in downtown to keep downtown businesses safe. There has been a dragging off the feet, negligence, pushing off on other public entities, excuses & a nonchalant indifference that has now affected our business & our business reputation. After numerous deterred attacks & threats to our business we are now in the position where we have to take the offensive. Partnership has been slow & inconsistent at best due to the political climate that has nothing to do with our business. We look forward to hearing from whomever & anyone as soon as possible.

I'm available for calls today

6164307733

Sent from Yahoo Mail for iPhone

On Thursday, June 2, 2022, 11:28 AM, Sam Cummings <Sam@cwdRealEstate.com> wrote:

Hello!

I have this meeting on my calendar for today—are we planning on it?

Sam Cummings
Managing Partner

CWD Real Estate Investment
50 Louis NW Suite 600 | Grand Rapids | Michigan 49503
cwdrealestate.com | Phone 616.726.1700 | Direct 1.616.588.7107

CWD Web Site

Follow us on.... CWD on Facebook  CWD on Twitter

This message contains confidential information from CWD Real Estate
Investment and is intended only for the intended recipient(s). If you
are not the named recipient you should not read, distribute or copy
this e-mail. Please notify the sender immediately via e-mail if you
have received this e-mail by mistake; then, delete this e-mail from
your system.

**Subject**    Re: Security Meeting (Urgent)

**From**    Washington, Mark <mwashington@grand-rapids.mi.us>

**To:**    Jonathan Jelks <cheguvera84@yahoo.com>, Sam Cummings <Sam@cwdRealEstate.com>, Reilly, Vince <vreilly@grand-rapids.mi.us>, Berens, Kate <mberens@grand-rapids.mi.us>, Winstrom, Eric <ewinstrom@grand-rapids.mi.us>

**Cc:**    M Ellis <mellis@ellisparking.com>, Tim Kelly <tkelly@downtowngr.org>, Richard App <richard@grandrapids.org>, Cullen Hillary <CHillary@cwdRealEstate.com>, Joshua Lunger <josh@grandrapids.org>, Canfield, Louis <lcanfield@grand-rapids.mi.us>

**Date**    Jun 5, 2022 at 11:32 AM

Good morning Johnathon,

I am sorry to wake up to this news.  The loss of life this Sunday morning is tragic and yet another fatal gun violence victim of a person of color in our city.  We were all trying to prevent this outcome and I know this was your worst fear.

I spoke with your partner, AJ Hills, this morning and told him I am awaiting the details from the Police investigation on the origin of the conflict and how it occured before the critical risk period you previously identified as 1a.

You left the Police Chief off of the e-mail chain so I am including him for his awareness and response to your rquest for a call.  I too am looking forward to the outcome of the follow-up with the "security group" on this e-mail who has been working with Ambiance.  I do want to see community safety and business success and thereby had a lot of City resources working on this issue to include the Police Chief, his executives, downtown Captain, Deputy City Manager and my Chief of staff.

While I understand your disappointment and frustration

that the police did not adjust their staffing plan in the exact manner you requested, they did make some changes/efforts so I cannot concur with your characterization of the city's action as "dragging off the feet, negligence, pushing off on other public entities,  excuses & a nonchalant indifference". Seeking collaboration from the county is very common for downtown functions and not pushing off when GRPD indicated they did not have dedicated staffing to function as business security and using technology is part of crime prevention.  There are a lot of people/entities who are trying to work with Ambiance to ensure its success.

Having said that, I agree that we must now must ask what else can be done to ensure safety and prevent another person from being victimized by gun violence in that area and what else can GRPD and others do that has not already been implemented.  I will debrief with Chief, Kate and Lou tomorrow prior to their follow-up meeting with your team and others.

In terms of your planned public communications on this matter, future official public responses from the City will come from the Police department or the City's communications office if necessary.  I am not aware of your reason for contacting city's risk management department but you can make Kate or Lou aware of that need.

Again, I grieve with that family, your business and our community over this act of violence.  I am not aware of your referenced threats or attacks on Ambience from City staff but please advise if you are specifically aware of something different.


Sent from my T-Mobile 5G Device
Get Outlook for Android

View more

Lacy Jones Early June 2022

I met with Commissioner Lenear at Ambiance Kitchen & Lounge to discuss the ongoing situations that Ambiance had been experiencing in downtown Grand Rapids. I told her how diverse Ambiance was and that we had been very disruptive (in a good way) to the downtown business district in regards to night time entertainment options. I informed her that nearby white own businesses did not like us being there and especially Flannigan's. I informed her that we had not gotten the support from the police that we needed in order to thrive and have longevity as a black owned kitchen & Lounge in downtown Grand Rapids. I told her that we had a loitering problem with people hanging outside of our business. I told her that the people who could not get into Ambiance would hangout on the side walks and in the parking lot next to our business. I told her that the Mayor and the City Manager was suppose to help us with this problem but the help never happened. I informed her that if a situation happened outside that warranted a police presence we had to call 911 but officers would not come & we were told by the police dispatcher that they (police) would not send an officer unless a gun was involved. I explained that we had been meeting with the police and city officials since 2018 trying to formulate a partnership with them so that Ambiance would be properly protected as a black owned business in downtown Grand Rapids. I explained that to her that we took a proactive approach to ensuring a strong partnership with the police but we were unsuccessful. I talked to her about how the Mayor and the City Manager was suppose to help us with securing police presence and a strong relationship with the police but even when they tried to solidify the relationship between Ambiance and the Police Department they were met with strong resistance and to "no, we're not doing that" by the police. She responded by saying " I don't know why they're not doing that they do it for every white owned bar in downtown Grand Rapids what makes your bar any different, they should give Ambiance the same support that they give to the BoB and all the other white owned bars. We all know how they stay parked outside of the BoB and other white owned bars, they should do the same for you". She then stated "now you know I'm a firm believer in equality". I told Commissioner Lenear that I wasn't surprised by her response because that is exactly what she said to the former CEO of Downtown GR Inc. when she arranged a meeting with the three of us as we discussed me opening a venue in downtown Grand Rapids and the CEO agreed with her. Also, she said "you should never have to tell a police dispatcher that there is a gun involved in a situation in order to get assistance from the police". I informed her that the City Manager tried to garner a relationship with Ambiance and the Kent County Police Department to give us assistance patrolling the outside of the venue as a result of the Grand Rapids Police Department Refusing the City Manager's directive to Patrol the outside of Ambiance, but that relationship was later turned down as well. I told Commissioner Lenear that we even applied for a special permit for events where we would pay for officers to be present at our events and patrol the outside of our venue like they do at the Van Andel Arena & DeVos Place but that was turned down as well. I told Commissioner Lenear how we were visited by a Luitenant from the Grand Rapids Police Department at Ambiance prior to opening one day and how the Luitenant's conversation with a Grand Rapids Police Officer was heard as the Luitenant stated they won't make it through the summer and he said that prior to even talking with us. I let Commissioner Lenear know that the Luitenant told us that the Grand Rapids Police Department does not want our License & Bonded security team outside carrying guns because they could get hurt by the Grand Rapids Police Department mistaking them for criminals If they were outside with weapons when the police department responds to a disturbance. I told Commissioner Lenear that we told the Luitenant that we have a right to protect our business and that we're not doing anything illegal but the Luitenant said no, it's not illegal but we don't want that downtown. He said that he'll have a officer do some outside rounds from time to time and not even 2 weeks later four people were shot in the Ellis Parking Lot by a man who was never inside of Ambiance and we called the police numerous times about a potential altercation

happening in the Ellis parking lot but were told each time that if a gun is not involved they are not coming.  I informed her  that the officer that was suppose to do an outside round arrived after four people were shot and one died chuckled " man... and I was just about to head this way to do a round"...  I told Commissioner Lenear that the Mayor, City Manager and City Commissioners Joe Jones and Milinda Ysasi were all aware of what we were dealing with outside of our business and their inability to get us support from the Grand Rapids Police Department was a travesty and if we were a white owned establishment the lack of support wouldn't have happened.  I also told Commissioner Lenear and to make things worse the City Of Grand Rapids turned around and hired our licensed and bonded security team to help protect downtown Grand Rapids... but they weren't allowed to help protect our business!?  Commissioner Lenear said that makes no sense at all.

**Subject**   Downtown Security Follow Up Meeting

**From**   Berens, Kate <mberens@grand-rapids.mi.us>

**To:**   Canfield, Louis <lcanfield@grand-rapids.mi.us>, Reilly, Vince <vreilly@grand-rapids.mi.us>, Melvin Eledge <meledge@downtowngr.org>, Joshua Lunger <josh@grandrapids.org>, M Ellis <mellis@ellisparking.com>, mellis2@ellisparking.com <mellis2@ellisparking.com>, Richard App <richard@grandrapids.org>, richardappgallery@gmail.com <richardappgallery@gmail.com>, Jonathan Jelks <cheguvera84@yahoo.com>, Alvin Hills <alvin.hills4@yahoo.com>, DeLong, Eric <edelong@grand-rapids.mi.us>, alvin.hill4@yahoo.com <alvin.hill4@yahoo.com>

**Cc:**   Sam Cummings <Sam@cwdRealEstate.com>, Washington, Mark <mwashington@grand-rapids.mi.us>, Winstrom, Eric <ewinstrom@grand-rapids.mi.us>, Tim Kelly <tkelly@downtowngr.org>, Cullen Hillary <CHillary@cwdRealEstate.com>

**Date**   Jun 16, 2022 at 12:41 PM

This meeting time has been confirmed.

Meeting is to debrief the first weekend of additional private security in and around the hotel district and Monroe Center, make needed adjustments, discuss effectiveness, etc.

# Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

**Subject**    Re: Security Meeting (Urgent)

**From**    Jonathan Jelks
<cheguvera84@yahoo.com>

**To:**    Washington, Mark <mwashington@grand-rapids.mi.us>, Sam Cummings <Sam@cwdRealEstate.com>, Reilly, Vince <vreilly@grand-rapids.mi.us>, Berens, Kate <mberens@grand-rapids.mi.us>, Winstrom, Eric <ewinstrom@grand-rapids.mi.us>

**Cc:**    M Ellis <mellis@ellisparking.com>, Tim Kelly <tkelly@downtowngr.org>, Richard App <richard@grandrapids.org>, Cullen Hillary <CHillary@cwdRealEstate.com>, Joshua Lunger <josh@grandrapids.org>, Canfield, Louis <lcanfield@grand-rapids.mi.us>

**Date**    Jun 5, 2022 at 11:46 AM

City Manager,

Thanks for your speedy response. A point of clarification: Kate, Lou, Chief Winstrom & Captain Reilly (the whole round table) are aware of the threats that have been made against our establishment & security team by patrons being denied entry at Ambiance. We have also detailed for this group how people hang around after being denied entry to cause trouble. Maybe there's some confusion or I had a typo. City staff is aware of these threats, not made these threats.

Also AJ was a witness to yesterdays events. We are looking forward to detailing everything for you in full.

Sent from Yahoo Mail for iPhone

**View more**



3:48

# Jonathan Jelks 9+ ▾

**Posts**    Photos    Reels

👍❤ 76                    37 comments  10 shares

👍 Like        💬 Comment        ↻ Copy        ↪ Share

**Jonathan Jelks**
Jun 5, 202? · 🌐

On behalf of Ambiance GR Kitchen & Lounge we wanted to clear up & emphasize emphatically, the false narrative that our business was the cause of, a party to, & or directly involved in the unfortunate incident that took place up the block, between private citizens on a public street & in the private Ellis parking structure. The conflict between entities, was an isolated, longstanding personal quarrel that was not Ambiance related WHATSOEVER, as confirmed by law enforcement. Several of the parties involved, were never in our establishment, nor were seeking entry.

Ambiance has been an awesome business with benefits for both the community & for the downtown corridor. The excitement generated, the enthusiasm from the people, the patronage & support for our establishment has been overwhelming. The energy has been nothing short of amazing! Even more rewarding is the money & jobs we have been able to create for West Michiganders. People from all walks of life, different backgrounds, & age groups have shown up to support this venture. We feel extremely blessed after having to survive the 2 year pandemic & the riots in 2020.  We truly appreciate each & every one of you.

With that said the violence that has plagued the city in general this year is sad, unfortunate & out of control. In specific to this instance, the lack of support for downtown businesses & the entertainment district has been, in our opinion slow & unacceptable.



🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔 Notifications    Menu

3:48



**Posts**    Photos    Reels

It is our position that the City of Grand Rapids & law enforcement have a fiduciary responsibility  to protect & ensure the safety of downtown residents & businesses. From break ins, to excessive loitering, we have been apart of a growing chorus of multiple businesses calling for more formal support from city government & public safety to address the needs. Grand Rapids is the 2nd largest city in the state of michigan & is the fastest growing city in the country according to Forbes. We are building amphitheaters, revitalizing the river & enhancing commerce in ways the city's founders never dreamed of. Growth cannot properly happen without responsible management & adequate safety.

For the record Ambiance spends 5,000$ a week, 20'000$ a month in security costs. We have two licensed and bonded firms we work with as well as an in-house security team. We can count on one hand the amount of physical altercations & skirmishes that have actually taken place in our venue. We are one of the safest venues in town.

We have taken a variety of measures to preemptively & proactively address our concerns about safety in downtown.  We have been engaged in a round table process that has been friendly, open minded & fair in how to enhance public safety. We have been meeting with GRPD for 4 years, since we started construction, in hopes to pilot a program that focuses on crowd control & the prevention of excessive loitering & behavior, however our concerns have been met with inadequate solutions. Our city cannot afford to have a west michigan nonchalant attitude & lack of due diligence when it comes to safety in the heart of our community.

All other world class major cities, have programs where law enforcement supports entertainment districts by operating as security, crowd control, & as a deterrent to drunken stupidity & conflict. They are not their to harass & profile.

     

3:48

Jonathan Jelks 

**Posts**    Photos    Reels

All other world class major cities, have programs where law enforcement supports entertainment districts by operating as security, crowd control, & as a deterrent to drunken stupidity & conflict. They are not their to harass & profile. They are they're to help ppl make it home safe. Beale street in Memphis, 8th street in Austin, Greektown Detroit, Bardstown in Louisville, Rush Street in Chicago & Water street in Milwaukee all have programs ensuring safety for bars & lounges. It is reckless & irresponsible that a city our size does not take the same approach.

Last but not least some other downtown establishments have sadly tried to use this isolated incident as opportunity to diminish our reputation & viability. These actions are reprehensible & have racist overtones & will not be tolerated.

We appreciate all the calls, concerns, & votes of confidence. We will continue to fight for downtown & work with our neighbors in hotel district to curate & celebrate diverse entertainment options that this community so desperately needs. & God bless all the families affected by violence in our city this year. Our team prays for peace & healing through West Michigan.

177                          13 comments  39 shares

👍 Like      💬 Comment      📋 Copy      ↪ Share

**Johannah Jelks** ▸ **Jonathan Jelks**
Jun 3, 2022

FBF 😂





Home    Video    Friends    Marketplace    Notifications    Menu

1/28/24, 3:01 PM                          'Feud' led to Grand Rapids shooting that killed 1, hurt 3 | wzzm13.com



CHIEF TALKS DOWNTOWN GR SHOOTING

**CRIME**

## Person of interest released in deadly shooting between groups with 'long-standing feud' in downtown Grand Rapids

**The Grand Rapids Police Chief says two groups of people got into an altercation before it turned into gunfire downtown overnight Sunday.**

Author: 13 ON YOUR SIDE Staff
Published: 5:13 PM EDT June 7, 2022
Updated: 5:13 PM EDT June 7, 2022

GRAND RAPIDS, Mich. — Grand Rapids Police Chief Eric Winstrom says an ongoing feud between two groups of people from out of town led to a deadly altercation in downtown Grand Rapids this weekend.

On Tuesday, the person of interest in the investigation was released pending further investigation, the Police Department says. The case was presented to the Kent County

1/28/24, 3:01 PM    'Feud' led to Grand Rapids shooting that killed 1, hurt 3 | wzzm13.com



Around 12:15 a.m. on Sunday, GRPD said a wedding party went to a club near Pearl Street NW and Ottawa Avenue, and as they were leaving, they ran into another group selling T-shirts out of a truck.

Both groups of people are from out of town, Chief Winstrom said, but they had a history.

A fight began, and at one point, one of the people went to a parked vehicle to grab two handguns. This person started shooting and struck four people.

One of the men hit was identified as 25-year-old Armonie Lee Acklin, who succumbed to his injuries.



**SPONSOR CONTENT**

**State-of-the-Art Vein Treatment - Covered by Insurance!**

Metro Vein Centers

**Tinnitus? Do This When The Ringing Won't Stop**

Cortexi

## Grand Rapids, Selected To Host LEGO Festival, Get Presale Now!

**Awesome Family Events**

## Look For Any High School Yearbook, It's Free

**Classmates**

IMG_1803.PNG                                    https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



1:43                           .ıll 5G 🔋

**New Group MMS**          Cancel

To: Joe Jones, Alvin "AJ" Hills IV, Jamiel Robinson

Jun 5, 2022 at 8:16 AM

Joe Jones

Fellas: I'm really sorry to hear about last night. I wanted to reach out this morning before heading to church. I can empathize with you based on my past lived experience in the business. Keep your heads up. People don't understand that you can't control everything or everybody. Let's work to get through this. Much love, Joe

The city failed us

Take action on our behalf commissioner

We advocated

Fought for & tried to partner with you all & the GRPD

For three years

We should not be in this position based on who we are, who we know, & what we contribute to this community.

You should know this is going to be political warfare. We are observing this situation as such. We have been handled with gross negligence & a

 Text Message                

IMG_1804.PNG

https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



1:43    .ıll 5G 🔋

**New Group MMS**    Cancel

To: Joe Jones, Alvin "AJ" Hills IV, Jamiel Robinson

morning before heading to church. I can empathize with you based on my past lived experience in the business. Keep your heads up. People don't understand that you can't control everything or everybody. Let's work to get through this. Much love, Joe

The city failed us

Take action on our behalf commissioner

We advocated

Fought for & tried to partner with you all & the GRPD

For three years

We should not be in this position based on who we are, who we know, & what we contribute to this community

You should know this is going to be political warfare. We are observing this situation as such. We have been handled with gross negligence & a nonchalant indifference that has now affected our business & business reputation. We plan on holding all parties accountable.

Read

+    Text Message    🎤

IMG_1806.PNG                                        https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



**New iMessage**          Cancel

To: Rosalynn Bliss

Apr 21, 2022 at 3:11 PM

> Mayor the conversation was excellent. Transparency was shared. However we got zero short terms solutions for this weekend. I'm torn on what we should do.

Jun 5, 2022 at 11:35 AM

> Mayor giving you call this afternoon. Imperative conversation.

Jun 5, 2022 at 12:36 PM

I will give you a call in 15-20 minutes.



> I'll

> Ok

Jun 6, 2022 at 10:53 AM

> Good morning Mayor. I'm following up for updates. We need action & solutions.

> Haven't heard the scheduling of a meeting

Jun 7, 2022 at 11:49 AM

I thought it was scheduled for

 

IMG_1807.PNG                                                        https://drive.google.com/drive/u/2/folders/1bIBIO0QiYiNTNXzEN...



To: Rosalynn Bliss

Jun 5, 2022 at 11:35 AM

Mayor giving you call this afternoon. Imperative conversation.

Jun 5, 2022 at 12:36 PM

I will give you a call in 15-20 minutes.

I'll

Ok



Jun 6, 2022 at 10:53 AM

Good morning Mayor. I'm following up for updates. We need action & solutions.

Haven't heard the scheduling of a meeting

Jun 7, 2022 at 11:49 AM

I thought it was scheduled for Thursday?

👍

It is

I texted you that before

I heard from mark & executive office



Groups that will be involved with meetings on preventing downtown violence include city officials, the Grand Rapids Chamber, the police department, business owners, and Downtown Grand Rapids Inc., Bliss said. The city and community partners have held similar meetings when violence has flared up elsewhere, Bliss said.

She pointed to meetings last summer in the Monroe North neighborhood.

"Sometimes you're just looking at what are the hotspots, what's the core issue here, and is there something we can do to prevent it," Bliss said, describing the types of questions leaders would ask in a meeting on how to respond to violence. "That's a practice we do, not just downtown, but whenever we have a significant incident."

The city's crime mapping website shows there were 364 crimes against persons in the downtown service area between January and May, a 37% increase from the same period last year. Crimes against persons includes assault, homicide, kidnapping and abduction, and sex offenses.

Advertisement

Citywide, there have been nine homicides between January and May, two of which occurred in the downtown service area, city data show. There were 18 homicides citywide in 2021, data show.

The two downtown homicides between January and May include the Feb. 5 death of 1-year-old Alexander Butler, allegedly at the hands of her mother's then boyfriend. The other occurred May 24 in an alley along Cherry Street, between Division and Commerce avenues. Naquie Malik Mitz, 24, was identified as the victim of a fatal shooting.

Last weekend's incident brings the total homicides in the downtown service area to three.

Josh Lunger, vice president of government affairs at the Grand Rapids Chamber, said he doesn't want to be "alarmist" about the shooting, and stressed that Grand Rapids' downtown remains safe.

However, that "doesn't mean we can't and shouldn't do more" to prevent such incidents, he said.

Looking forward, conversations will be ongoing about short- and long-term solutions, he said. For example, are streets and sidewalks adequately lit at night, thereby creating an environment "conducive to public safety?" Another suggestion is whether more police can be redirected to patrol downtown.

Advertisement

"That's something we've heard a lot from businesses, not just since this incident, obviously, but over the past couple years," he said.

But expanding the police presence downtown isn't "simple," he said. That's because the police department has limited resources, and adding more officers downtown would likely take police away from other service areas, he said.

However, he added: "If it's possible, especially in the short term, that might be helpful in addressing people's concerns."

**Read more:**

Line 5 shutdown would hike gas prices a half-cent per gallon, court filing reveals

Uniform requirement eliminated at Grand Rapids Public Schools

Muskegon doctor pleads guilty to health care fraud

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.

1/28/24, 2:59 PM                    Grand Rapids leaders want to address downtown safety following weekend homicide



New Year, Unwavering Missions Start today for $1. Expires 1/31/24

**GRAND RAPIDS**

# Grand Rapids leaders want to address downtown safety following weekend homicide

Updated: Jun. 08, 2022, 7:44 p.m. | Published: Jun. 08, 2022, 4:08 p.m.



Grand Rapids police investigate the scene of a shooting that left one person dead and three others injured on Peal Street in downtown Grand Rapids early in the morning on Sunday, June 5, 2022. (Daniel Shular | MLive.com)

 We'll deliver breaking news directly to your inbox. Sign up today.

By Brian McVicar | bmcvicar@mlive.com

GRAND RAPIDS, MI — Following a weekend homicide, city leaders emphasized that downtown Grand Rapids remains safe but said they plan to meet and discuss what steps can be taken to prevent a similar incident in the future.

"It's tragic when anything like this happens," Tim Kelly, president and CEO of Downtown Grand Rapids Inc., said on Wednesday, June 7, following the city's Downtown Development Authority meeting.

Advertisement

"So, we're working with stakeholders downtown as well as the city to understand what we can do in the short and long term — all while understanding that downtown is a safe neighborhood, and we're going to continue to make sure that's the case."

**Related**: Family grieves loss of young father in downtown Grand Rapids shooting

Armonie Lee Acklin, 25, was killed just after midnight on early Sunday, June 5, in the 100 block of Pearl Street NW in the heart of downtown Grand Rapids.

The shooting stemmed from a "long running feud" between members of a wedding party gathered at Ambiance GR Kitchen & Lounge and another group outside selling T-shirts and other items out of a vehicle, according to police. Acklin was reportedly trying to break up a fight between the two groups when he was shot, his family said. Three other men suffered non-fatal injuries in the shooting.

Kelly said no decisions on what steps can be taken to reduce crime or violence downtown have been made. But he said officials "hope to have some answers and recommendations in the coming week."

Advertisement

The weekend shooting was the third homicide of the year in the downtown area, city crime mapping data show.

Occurring in the heart of downtown Grand Rapids, amid a busy stretch of bars, restaurants and other destinations, the homicide has generated attention. Drawing visitors downtown to shop, eat and attend concerts and other events is a goal among the city, business leaders and others, and officials want to ensure the city is perceived as safe.

Grand Rapids Mayor Rosalynn Bliss said the weekend homicide was "tragic."

But she stressed that preventing gun violence throughout the entire city, not just downtown, is a priority for her and other community leaders. The city, for example, has helped launch a program known as Cure Violence that is overseen by the Urban League of West Michigan.

"I don't want to diminish the importance of the work we're doing to prevent violence throughout our entire city," Bliss said. "When there's gun violence anywhere in the city, it's extremely concerning, and I want individuals committing the violence, especially the gun violence, to be held accountable."

Advertisement

Grand Rapids Police Chief Eric Winstrom was not available for an interview Wednesday, said department spokesperson Jennifer Kalczuk.

IMG_1802.PNG                                          https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...

1:41    •••ll 5G

New iMessage    Cancel

To: Kurt Reppart



**'Bullets were flying everywhere': Four shot in downtown GR, suspect on the run**
fox17online.com

Jul 21, 2022 at 10:48 AM

Thanks Jonathan – I have spoken to the chief about this – we should be able to fix this and he shared a few of his initial ideas with me that I imagine he will roll out next Tuesday.  We should meet up soon – I am at a family reunion today and tomorrow but maybe late next week or the following we could drill down a time to talk about things

Jul 26, 2022 at 3:54 PM

Hey Jonathan – got your VM – I am headed into a short meeting but could chat after, or tomorrow works as well.  I sent this note before I got the news from Sam Cummings - eager to process with you and see if I can help in any way - peace



Absolutely

Will call you this evening

+

1/28/2024, 3:06 PM

# EXHIBIT 5A

On June 5th 2022 Mayor Rosalyn Bliss called Jonathan Jelks after the murder of Armonie Acklin. Jelks was driving back from Detroit from a wedding with friends and had the Mayor on speaker phone. The Mayor expressed empathy and extreme sadness for the man who lost his life. She also expressed to Jelks that he and Ambiance proprietors had not been in the wrong and had alerted the city the entire time about the potential for violence. The Mayor was extremely apologetic. She told Jelks that Ambiance proprietors had been correct in their assessment of the hazardous conditions, generally caused by crowds gathering illegally, loitering, unlawful behavior and a lack of police presence and strategy in downtown. The Mayor told Jelks 'you predicted someone would get hurt down there and now it's happened.'

The Mayor said she was making it a top priority to connect with the Chief of police and the city manager to come up with a truly effective solution to the problem, acknowledging the ones that were being offered at the time 'were not working'. Jelks was thankful to the Mayor for her reaching out, however he made it clear, that Ambiance's proprietors had no faith in GRPD because despite how many open and transparent talks had transpired, they set a precedent of doing everything in their power to find excuses as to why they could not secure the corridor for a sustained period of time. Jelks also expressed a lack of confidence in the city manager who Jelks had historically had tremendous respect for.  Jelks told Bliss the City Manager isn't comprehending the gravity of the situation. Jelks told the Mayor, 'Mark Washington is a good guy but he doesn't have a good grasp of the politics in Grand Rapids and how this will affect things for all of us. Our business reputation is suffering and the reputation of downtown Grand Rapids is taking a hit across the board. If our business can't continue to operate because we can't receive the same level of service that white owned establishments have been receiving for years things are going to escalate between us. Jelks also expressed that Washington doesn't understand what it means to this community to become the only Black Owned liquor licensed establishment in downtown in 20 years. He is not aware of what our business means to the people in this community and how hard we fought to be able to make this happen. His paralysis in leadership and passing of the buck, is going to cost both Ambiance and the city as a municipality. Let's work together to fix this. The Mayor stated she understood and would take action. The conversation ended amicably.

June 5th 2022

Accounts from Ambiance Partner and Jamiel leading up to the shooting and murder in Ellis Parking Lot near Freshii

- Jamiel was making his management rounds checking in with staff and our security team on the inside of Ambiance GR. The night was busy and our patrons were having a great time. Jamiel went to check in our entry door security staff when he noticed a group of people fighting in Ellis parking lot. He requested that our security break up the fight. Eric Goodson of Phenix Security expressed he's been informed by police and City officials to not break up any altercations in the public right of way or his security company could be at risk of losing bonding. Also police and City officials stated that our security couldn't publicly carry guns to secure the public sidewalk and right of way. The public right of way is GRPD's responsibility and they did not want private entities securing their jurisdiction. (We were informed this at the public safety meeting on 4/21/22 by GRPD Captain Vincent Reilly). Jamiel told the security team he wanted them to break the fight up before it became more serious and violent. Once our security staff declined to break-up the fight, Jamiel told Ambiance Partner to call the police. While Ambiance Partner was on the phone with the police Jamiel saw someone that was involved in the fight run to a truck that was parked illegally outside of Ambiance GR and grab two guns. Jamiel told Ambiance Partner to tell the police that someone had guns and was shooting. Jamiel told our security to secure Ambiance and not to let anyone in the door. Jamiel told Ambiance GR staff to look after our patrons on the inside of Ambiance.

- Ambiance Partner called the police roughly 5 times beginning around 11pm prior to the shooting asking them to come deescalate the parties involved in an altercation. The parties were fighting on the sidewalk, which is a public right of way in front of the Ellis Parking lot near Freshii and Ambiance Partner wanted the police to respond to prevent any harmful actions from occurring. GRPD continuously informed Ambiance and their security detail that they are responsible for protecting the public right of way and that they didn't want private security policing these spaces. The dispatcher asked the Ambiance Partner to go outside and see if he saw a weapon then they would come. This was extremely concerning to Ambiance Partner due to the nature of the request. With the altercation escalating, he feared his safety would be in jeopardy going out there. The fight continued and Ambiance Partner called 911 again to inform dispatchers that someone had a gun. The dispatcher then mentioned that it's not illegal for people to own guns. While on the call with the dispatcher shots rang out. The police then responded with a robust police presence. This was the outcome the Ambiance team feared and tried to prevent years prior to and during continuous public safety requests to the City of Grand Rapids and GRPD. The team knew that all they'd done to survive COVID-19 and open this business was gone down the drain.
- Jonathan email attachment
- https://www.wzzm13.com/article/news/crime/one-killed-three-injured-in-grand-rapids-shooting/69-6281aef1-fa0e-4aae-9e93-e4be95e99e5a

- Email to Sam Cummings, Captain Vincent Reilly, City Staff #2, Top City Official, Tim Kelly, Top City Official #3, Mike Ellis, Cullen Hilary, Richard App, and Josh Lunger

June 5th, 2022

Ambiance Partner received a call from a Top City Official to check in on how Ambiance Partner was doing after the murder that occurred early that morning. Ambiance Partner appreciated the Top City Official's concern, however he felt it was completely preventable. Ambiance Partner referenced the 911 call and being probed questions on if the suspect had a gun or not? Then once a gun was confirmed with dispatchers, dispatchers told him that having a gun is not a crime. If the police would have responded to the first call, we could have possibly prevented the murder from occurring.

June 6th 2022
Jonathan's calls and text from City Official #6, Top City Official, Chief Winstrom and City
Official #1

June 16th 2022
Top City Official #2, Top City Official #3, City Staff #2 meeting at City Hall 3pm
- Add Top City Official #3 email to Jonathan

The June 16th meeting at city hall was an extremely tense, somber conversation between the proprietors of Ambiance: Ambiance Partner and Jonathan Jelks and city staff. City staff were on 'pins and needles' because the death of Armonie Acklin had transpired a week earlier. City officials kicked off the meeting acknowledging the tragic situation that took place in downtown Grand Rapids. The city spent the majority of its time having the police provide accounts as to what transpired leading up to the shooting. The city then proceeded to tell Ambiance proprietors that the killing wasn't 'their fault' & that they should not hold themselves accountable for the senseless murder as spoken by Top City Official #2 and echoed by Top City Official #3.

Ambiance proprietors countered in a very intense disgusted fashion stating 'we know this is not our fault. We know we're not to blame for not policing public streets and sidewalks. This falls on you, the City of Grand Rapids & GRPD". Ambiance proprietors told city leadership angrily and emotionally that they had thoroughly warned and made sure that all invested parties in downtown were aware and abreast of the potential for extreme violence. The city knew how hazardous the situation had become and didn't act. The police witnessed first hand the unlawful behavior that persisted in the corridor and chose not to execute a short term solution. Ambiance proprietors stated to city staff that at the city's behest, its licensed and bonded security team stood down from de-escalating the conflict because the police officers told them both in the security meetings with CWD and when they did a site visit at the bar to not try and police anything out of Ambiance immediate door way. In the video where Armonie and 4 others are shot Ambiance security team can be seen watching a fight progress from the street into the Mr. Ellis parking lot where the fatality and mass shooting took place.

Per the request of the city, DGRI, and the GRPD Ambiance's security team was not armed outside with legally licensed weapons to deter the outlandish behavior that had been plaguing the corridor for 6 months. Ambiance proprietors then proceeded to walk out of the meeting where Top City Official #2 stopped them and stated he had known Jelks since a kid and that the Ambiance team should not not harbor resentment towards the city. Ambiance proprietors reluctantly shook his hand and stated Armonie was an innocent victim and had the proper precautions been taken he would not have lost his life. This didn't have to be. The meeting concluded.

June 25th 2022

Top City Official visited Ambiance after flying back into Grand Rapids from a trip out of town. Ambiance proprietor Jonathan Jelks was standing outside of the establishment by himself scoping out the street and perimeter. The Top City Official greeted Jelks asking him why he was standing outside. The Top City Official expressed that the business didn't look busy at the time, so maybe Jonathan shouldn't worry so much tonight. Jonathan expressed he was standing outside. This was a reoccurring practice shared by Ambiance proprietors for the past two months, to spot potential violence and deter from happening. The Top City Official said to Jelks you're nervous aren't you? Jelks stated I have to be. We have too much at stake. The recent murder that transpired a few weeks ago in the Ellis Parking Lot was a haunting experience. Jonathan expressed that our business has suffered tremendously since the murder and that we couldn't afford another incident to happen near the business. He told the Top City Official it was extremely stressful. The Top City Official couldn't believe Jonathan was working at this length to provide public safety for the establishment. The Top City Official then drove away from the establishment and told Jonathan to take care.

Gmail - Fw: Security Meeting (Urgent)                                    https://mail.google.com/mail/u/2/?ik=d7fb8dffcf&view=pt&search=...

 Gmail

Jamiel Robinson <jamielrobinson03@gmail.com>

## Fw: Security Meeting (Urgent)
1 message

**Jonathan Jelks** <cheguvera84@yahoo.com>                              Mon, Jan 29, 2024 at 7:26 PM
To: Jamiel Robinson <jamielrobinson03@gmail.com>

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, June 5, 2022, 11:32 AM, Washington, Mark <mwashington@grand-rapids.mi.us> wrote:

Good morning Johnathon,

I am sorry to wake up to this news.  The loss of life this Sunday morning is tragic and yet another fatal gun violence victim of a person of color in our city.  We were all trying to prevent this outcome and I know this was your worst fear.

I spoke with your partner, AJ Hills, this morning and told him I am awaiting the details from the Police investigation on the origin of the conflict and how it occured before the critical risk period you previously identified as 1a.

You left the Police Chief off of the e-mail chain so I am including him for his awareness and response to your rquest for a call.  I too am looking forward to the outcome of the follow-up with the "security group" on this e-mail who has been working with Ambiance.  I do want to see community safety and business success and thereby had a lot of City resources working on this issue to include the Police Chief, his executives, downtown Captain, Deputy City Manager and my Chief of staff.

While I understand your disappointment and frustration that the police did not adjust their staffing plan in the exact manner you requested, they did make some changes/efforts so I cannot concur with your characterization of the city's action as "dragging off the feet, negligence, pushing off on other public entities,  excuses & a nonchalant indifference". Seeking collaboration from the county is very common for downtown functions and not pushing off when GRPD indicated they did not have dedicated staffing to function as business security and using technology is part of crime prevention.  There are a lot of people/entities who are trying to work with Ambiance to ensure its success.

Having said that, I agree that we must now must ask what else can be done to ensure safety and prevent another person from being victimized by gun violence in that area and what else can GRPD and others do that has not already been implemented.  I will debrief with Chief, Kate and Lou tomorrow prior to their follow-up meeting with your team and others.

In terms of your planned public communications on this matter, future official public responses from the City will come from the Police department or the City's communications office if necessary.  I am not aware of your reason for contacting city's risk management department but you can make Kate or Lou aware of that need.

Again, I grieve with that family, your business and our community over this act of violence.  I am not aware of your referenced threats or attacks on Ambience from City staff but please advise if you are specifically aware of something different.

1 of 3                                                                                    1/29/2024, 7:26 PM

Sent from my T-Mobile 5G Device
Get Outlook for Android

**From:** Jonathan Jelks <cheguvera84@yahoo.com>
**Sent:** Sunday, June 5, 2022, 9:20 AM
**To:** Sam Cummings <Sam@cwdRealEstate.com>; Reilly, Vince <vreilly@grand-rapids.mi.us>; Berens, Kate <mberens@grand-rapids.mi.us>
**Cc:** M Ellis <mellis@ellisparking.com>; Tim Kelly <tkelly@downtowngr.org>; Richard App <richard@grandrapids.org>; Cullen Hillary <CHillary@cwdRealEstate.com>; Joshua Lunger <josh@grandrapids.org>; Canfield, Louis <lcanfield@grand-rapids.mi.us>; Washington, Mark <mwashington@grand-rapids.mi.us>
**Subject:** Re: Security Meeting (Urgent)

[Stop. Think. Read. This is an external email. Please use caution when clicking on the links and opening attachments in unsolicited email.]

Good morning all

Tragedy has again struck downtown. I am eager to reconvene this security meeting this week as soon as possible to address the shooting & fatality that has happened last night in the Ellis parking lot adjacent to Ambiance close to Freshii.

It's important for you to know we will be making a public statement in regards to our on-going efforts to work with the city, law enforcement & all public entities downtown. We will be respectful, but extremely transparent about what we view as the failures in the system to protect the downtown business district. We also have to speak to several points including: diversity inclusion in the downtown corridor & public safety. The City Commission can expect to hear from us both privately & publicly as well, as our team making contact with risk management at the city of GR tomorrow.

As articulated in our round table discussions it should be noted Team Ambiance is observing this situation as a failure by all parties invested in downtown to keep downtown businesses safe. There has been a dragging off the feet, negligence, pushing off on other public entities, excuses & a nonchalant indifference that has now affected our business & our business reputation. After numerous deterred attacks & threats to our business we are now in the position where we have to take the offensive. Partnership has been slow & inconsistent at best due to the political climate that has nothing to do with our business. We look forward to hearing from whomever & anyone as soon as possible.

I'm available for calls today

6164307733

Sent from Yahoo Mail for iPhone

On Thursday, June 2, 2022, 11:28 AM, Sam Cummings <Sam@cwdRealEstate.com> wrote:

Hello!!

I have this meeting on my calendar for today—are we planning on it?

Sam Cummings
Managing Partner

CWD Real Estate Investment
50 Louis NW Suite 600 | Grand Rapids | Michigan 49503
cwdrealestate.com | Phone 616.726.1700 | Direct 1.616.588.7107

CWD Web Site

Follow us on.... CWD on Facebook  CWD on Twitter

This message contains confidential information from CWD Real Estate
Investment and is intended only for the intended recipient(s). If you
are not the named recipient you should not read, distribute or copy
this e-mail. Please notify the sender immediately via e-mail if you
have received this e-mail by mistake; then, delete this e-mail from
your system.

**Subject**   Re: Security Meeting (Urgent)

**From**   Washington, Mark <mwashington@grand-rapids.mi.us>

**To:**   Jonathan Jelks <cheguvera84@yahoo.com>, Sam Cummings <Sam@cwdRealEstate.com>, Reilly, Vince <vreilly@grand-rapids.mi.us>, Berens, Kate <mberens@grand-rapids.mi.us>, Winstrom, Eric <ewinstrom@grand-rapids.mi.us>

**Cc:**   M Ellis <mellis@ellisparking.com>, Tim Kelly <tkelly@downtowngr.org>, Richard App <richard@grandrapids.org>, Cullen Hillary <CHillary@cwdRealEstate.com>, Joshua Lunger <josh@grandrapids.org>, Canfield, Louis <lcanfield@grand-rapids.mi.us>

**Date**   Jun 5, 2022 at 11:32 AM

Good morning Johnathon,

I am sorry to wake up to this news.  The loss of life this Sunday morning is tragic and yet another fatal gun violence victim of a person of color in our city.  We were all trying to prevent this outcome and I know this was your worst fear.

I spoke with your partner, AJ Hills, this morning and told him I am awaiting the details from the Police investigation on the origin of the conflict and how it occured before the critical risk period you previously identified as 1a.

You left the Police Chief off of the e-mail chain so I am including him for his awareness and response to your rquest for a call.  I too am looking forward to the outcome of the follow-up with the "security group" on this e-mail who has been working with Ambiance.  I do want to see community safety and business success and thereby had a lot of City resources working on this issue to include the Police Chief, his executives, downtown Captain, Deputy City Manager and my Chief of staff.

While I understand your disappointment and frustration

that the police did not adjust their staffing plan in the exact manner you requested, they did make some changes/efforts so I cannot concur with your characterization of the city's action as "dragging off the feet, negligence, pushing off on other public entities, excuses & a nonchalant indifference". Seeking collaboration from the county is very common for downtown functions and not pushing off when GRPD indicated they did not have dedicated staffing to function as business security and using technology is part of crime prevention. There are a lot of people/entities who are trying to work with Ambiance to ensure its success.

Having said that, I agree that we must now must ask what else can be done to ensure safety and prevent another person from being victimized by gun violence in that area and what else can GRPD and others do that has not already been implemented. I will debrief with Chief, Kate and Lou tomorrow prior to their follow-up meeting with your team and others.

In terms of your planned public communications on this matter, future official public responses from the City will come from the Police department or the City's communications office if necessary. I am not aware of your reason for contacting city's risk management department but you can make Kate or Lou aware of that need.

Again, I grieve with that family, your business and our community over this act of violence. I am not aware of your referenced threats or attacks on Ambience from City staff but please advise if you are specifically aware of something different.

Sent from my T-Mobile 5G Device
Get Outlook for Android

View more

**Subject**    Re: Security Meeting (Urgent)

**From**    Jonathan Jelks
<cheguvera84@yahoo.com>

**To:**    Washington, Mark <mwashington@grand-rapids.mi.us>, Sam Cummings <Sam@cwdRealEstate.com>, Reilly, Vince <vreilly@grand-rapids.mi.us>, Berens, Kate <mberens@grand-rapids.mi.us>, Winstrom, Eric <ewinstrom@grand-rapids.mi.us>

**Cc:**    M Ellis <mellis@ellisparking.com>, Tim Kelly <tkelly@downtowngr.org>, Richard App <richard@grandrapids.org>, Cullen Hillary <CHillary@cwdRealEstate.com>, Joshua Lunger <josh@grandrapids.org>, Canfield, Louis <lcanfield@grand-rapids.mi.us>

**Date**    Jun 5, 2022 at 11:46 AM

City Manager,

Thanks for your speedy response. A point of clarification: Kate, Lou, Chief Winstrom & Captain Reilly (the whole round table) are aware of the threats that have been made against our establishment & security team by patrons being denied entry at Ambiance. We have also detailed for this group how people hang around after being denied entry to cause trouble. Maybe there's some confusion or I had a typo. City staff is aware of these threats, not made these threats.


Also AJ was a witness to yesterdays events. We are looking forward to detailing everything for you in full.


Sent from Yahoo Mail for iPhone

**View more**

EXHIBIT 5 β

Lacy Jones Early June 2022

I met with Commissioner Lenear at Ambiance Kitchen & Lounge to discuss the ongoing situations that Ambiance had been experiencing in downtown Grand Rapids. I told her how diverse Ambiance was and that we had been very disruptive (in a good way) to the downtown business district in regards to night time entertainment options. I informed her that nearby white own businesses did not like us being there and especially Flannigan's. I informed her that we had not gotten the support from the police that we needed in order to thrive and have longevity as a black owned kitchen & Lounge in downtown Grand Rapids. I told her that we had a loitering problem with people hanging outside of our business. I told her that the people who could not get into Ambiance would hangout on the side walks and in the parking lot next to our business. I told her that the Mayor and the City Manager was suppose to help us with this problem but the help never happened. I informed her that if a situation happened outside that warranted a police presence we had to call 911 but officers would not come & we were told by the police dispatcher that they (police) would not send an officer unless a gun was involved. I explained that we had been meeting with the police and city officials since 2018 trying to formulate a partnership with them so that Ambiance would be properly protected as a black owned business in downtown Grand Rapids. I explained that to her that we took a proactive approach to ensuring a strong partnership with the police but we were unsuccessful. I talked to her about how the Mayor and the City Manager was suppose to help us with securing police presence and a strong relationship with the police but even when they tried to solidify the relationship between Ambiance and the Police Department they were met with strong resistance and to "no, we're not doing that" by the police. She responded by saying " I don't know why they're not doing that they do it for every white owned bar in downtown Grand Rapids what makes your bar any different, they should give Ambiance the same support that they give to the BoB and all the other white owned bars. We all know how they stay parked outside of the BoB and other white owned bars, they should do the same for you". She then stated "now you know I'm a firm believer in equality". I told Commissioner Lenear that I wasn't surprised by her response because that is exactly what she said to the former CEO of Downtown GR Inc. when she arranged a meeting with the three of us as we discussed me opening a venue in downtown Grand Rapids and the CEO agreed with her. Also, she said "you should never have to tell a police dispatcher that there is a gun involved in a situation in order to get assistance from the police". I informed her that the City Manager tried to garner a relationship with Ambiance and the Kent County Police Department to give us assistance patrolling the outside of the venue as a result of the Grand Rapids Police Department Refusing the City Manager's directive to Patrol the outside of Ambiance, but that relationship was later turned down as well. I told Commissioner Lenear that we even applied for a special permit for events where we would pay for officers to be present at our events and patrol the outside of our venue like they do at the Van Andel Arena & DeVos Place but that was turned down as well. I told Commissioner Lenear how we were visited by a Luitenant from the Grand Rapids Police Department at Ambiance prior to opening one day and how the Luitenant's conversation with a Grand Rapids Police Officer was heard as the Luitenant stated they won't make it through the summer and he said that prior to even talking with us. I let Commissioner Lenear know that the Luitenant told us that the Grand Rapids Police Department does not want our License & Bonded security team outside carrying guns because they could get hurt by the Grand Rapids Police Department mistaking them for criminals If they were outside with weapons when the police department responds to a disturbance. I told Commissioner Lenear that we told the Luitenant that we have a right to protect our business and that we're not doing anything illegal but the Luitenant said no, it's not illegal but we don't want that downtown. He said that he'll have a officer do some outside rounds from time to time and not even 2 weeks later four people were shot in the Ellis Parking Lot by a man who was never inside of Ambiance and we called the police numerous times about a potential altercation

happening in the Ellis parking lot but were told each time that if a gun is not involved they are not coming. I informed her that the officer that was suppose to do an outside round arrived after four people were shot and one died chuckled " man... and I was just about to head this way to do a round". I told Commissioner Lenear that the Mayor, City Manager and City Commissioners Joe Jones and Milinda Ysasi were all aware of what we were dealing with outside of our business and their inability to get us support from the Grand Rapids Police Department was a travesty and If we were a white owned establishment the lack of support wouldn't have happened. I also told Commissioner Lenear and to make things worse the City Of Grand Rapids turned around and hired our licensed and bonded security team to help protect downtown Grand Rapids... but they weren't allowed to help protect our business!? Commissioner Lenear said that makes no sense at all.

**Subject**    Downtown Security Follow Up Meeting

**From**    Berens, Kate <mberens@grand-rapids.mi.us>

**To:**    Canfield, Louis <lcanfield@grand-rapids.mi.us>, Reilly, Vince <vreilly@grand-rapids.mi.us>, Melvin Eledge <meledge@downtowngr.org>, Joshua Lunger <josh@grandrapids.org>, M Ellis <mellis@ellisparking.com>, mellis2@ellisparking.com <mellis2@ellisparking.com>, Richard App <richard@grandrapids.org>, richardappgallery@gmail.com <richardappgallery@gmail.com>, Jonathan Jelks <cheguvera84@yahoo.com>, Alvin Hills <alvin.hills4@yahoo.com>, DeLong, Eric <edelong@grand-rapids.mi.us>, alvin.hill4@yahoo.com <alvin.hill4@yahoo.com>

**Cc:**    Sam Cummings <Sam@cwdRealEstate.com>, Washington, Mark <mwashington@grand-rapids.mi.us>, Winstrom, Eric <ewinstrom@grand-rapids.mi.us>, Tim Kelly <tkelly@downtowngr.org>, Cullen Hillary <CHillary@cwdRealEstate.com>

**Date**    Jun 16, 2022 at 12:41 PM

This meeting time has been confirmed.

Meeting is to debrief the first weekend of additional private security in and around the hotel district and Monroe Center, make needed adjustments, discuss effectiveness, etc.

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

June 5th 2022

Accounts from Ambiance Partner and Jamiel leading up to the shooting and murder in Ellis Parking Lot near Freshii

- Jamiel was making his management rounds checking in with staff and our security team on the inside of Ambiance GR. The night was busy and our patrons were having a great time. Jamiel went to check in our entry door security staff when he noticed a group of people fighting in Ellis parking lot. He requested that our security break up the fight. Eric Goodson of Phenix Security expressed he's been informed by police and City officials to not break up any altercations in the public right of way or his security company could be at risk of losing bonding. Also police and City officials stated that our security couldn't publicly carry guns to secure the public sidewalk and right of way. The public right of way is GRPD's responsibility and they did not want private entities securing their jurisdiction. (We were informed this at the public safety meeting on 4/21/22 by GRPD Captain Vincent Reilly). Jamiel told the security team he wanted them to break the fight up before it became more serious and violent. Once our security staff declined to break-up the fight, Jamiel told Ambiance Partner to call the police. While Ambiance Partner was on the phone with the police Jamiel saw someone that was involved in the fight run to a truck that was parked illegally outside of Ambiance GR and grab two guns. Jamiel told Ambiance Partner to tell the police that someone had guns and was shooting. Jamiel told our security to secure Ambiance and not to let anyone in the door. Jamiel told Ambiance GR staff to look after our patrons on the inside of Ambiance.

- Ambiance Partner called the police roughly 5 times beginning around 11pm prior to the shooting asking them to come deescalate the parties involved in an altercation. The parties were fighting on the sidewalk, which is a public right of way in front of the Ellis Parking lot near Freshii and Ambiance Partner wanted the police to respond to prevent any harmful actions from occurring. GRPD continuously informed Ambiance and their security detail that they are responsible for protecting the public right of way and that they didn't want private security policing these spaces. The dispatcher asked the Ambiance Partner to go outside and see if he saw a weapon then they would come. This was extremely concerning to Ambiance Partner due to the nature of the request. With the altercation escalating, he feared his safety would be in jeopardy going out there. The fight continued and Ambiance Partner called 911 again to inform dispatchers that someone had a gun. The dispatcher then mentioned that it's not illegal for people to own guns. While on the call with the dispatcher shots rang out. The police then responded with a robust police presence. This was the outcome the Ambiance team feared and tried to prevent years prior to and during continuous public safety requests to the City of Grand Rapids and GRPD. The team knew that all they'd done to survive COVID-19 and open this business was gone down the drain.
- Jonathan email attachment
- https://www.wzzm13.com/article/news/crime/one-killed-three-injured-in-grand-rapids-shooting/69-6281aef1-fa0c-4aae-9e93-e4be95e99e5a

- Email to Sam Cummings, Captain Vincent Reilly, City Staff #2, Top City Official, Tim Kelly, Top City Official #3, Mike Ellis, Cullen Hilary, Richard App, and Josh Lunger

June 5th, 2022

Ambiance Partner received a call from a Top City Official to check in on how Ambiance Partner was doing after the murder that occurred early that morning. Ambiance Partner appreciated the Top City Official's concern, however he felt it was completely preventable. Ambiance Partner referenced the 911 call and being probed questions on if the suspect had a gun or not? Then once a gun was confirmed with dispatchers, dispatchers told him that having a gun is not a crime. If the police would have responded to the first call, we could have possibly prevented the murder from occurring.

Be specific
and more descriptive

June 6th 2022
Jonathan's calls and text from City Official #6, Top City Official, Chief Winstrom and City Official #1



3:48

Jonathan Jelks 9+

Posts    Photos    Reels

76    37 comments  10 shares

Like    Comment    Copy    Share

**Jonathan Jelks**
Jun 5, 2022 ·

On behalf of Ambiance GR Kitchen & Lounge we wanted to clear up & emphasize emphatically, the false narrative that our business was the cause of, a party to, & or directly involved in the unfortunate incident that took place up the block, between private citizens on a public street & in the private Ellis parking structure. The conflict between entities, was an isolated, longstanding personal quarrel that was not Ambiance related WHATSOEVER, as confirmed by law enforcement. Several of the parties involved, were never in our establishment, nor were seeking entry.

Ambiance has been an awesome business with benefits for both the community & for the downtown corridor. The excitement generated, the enthusiasm from the people, the patronage & support for our establishment has been overwhelming. The energy has been nothing short of amazing! Even more rewarding is the money & jobs we have been able to create for West Michiganders. People from all walks of life, different backgrounds, & age groups have shown up to support this venture. We feel extremely blessed after having to survive the 2 year pandemic & the riots in 2020.  We truly appreciate each & every one of you.

With that said the violence that has plagued the city in general this year is sad, unfortunate & out of control. In specific to this instance, the lack of support for downtown businesses & the entertainment district has been, in our opinion slow & unacceptable.



Home    Video    Friends    Marketplace    Notifications    Menu

3:48

< Jonathan Jelks  ▾    

**Posts**    Photos    Reels

It is our position that the City of Grand Rapids & law enforcement have a fiduciary responsibility to protect & ensure the safety of downtown residents & businesses. From break ins, to excessive loitering, we have been apart of a growing chorus of multiple businesses calling for more formal support from city government & public safety to address the needs. Grand Rapids is the 2nd largest city in the state of michigan & is the fastest growing city in the country according to Forbes. We are building amphitheaters, revitalizing the river & enhancing commerce in ways the city's founders never dreamed of. Growth cannot properly happen without responsible management & adequate safety.

For the record Ambiance spends 5,000$ a week, 20'000$ a month in security costs. We have two licensed and bonded firms we work with as well as an in-house security team. We can count on one hand the amount of physical altercations & skirmishes that have actually taken place in our venue. We are one of the safest venues in town.

We have taken a variety of measures to preemptively & proactively address our concerns about safety in downtown.  We have been engaged in a round table process that has been friendly, open minded & fair in how to enhance public safety. We have been meeting with GRPD for 4 years, since we started construction, in hopes to pilot a program that focuses on crowd control & the prevention of excessive loitering & behavior, however our concerns have been met with inadequate solutions. Our city cannot afford to have a west michigan nonchalant attitude & lack of due diligence when it comes to safety in the heart of our community.

All other world class major cities, have programs where law enforcement supports entertainment districts by operating as security, crowd control, & as a deterrent to drunken stupidity & conflict. They are not their to harass & profile.

     

Home    Video    Friends    Marketplace    Notifications    Menu

3:48



<     Jonathan Jelks 🔴9+ ▾     ✎   🔍

**Posts**    Photos    Reels

All other world class major cities, have programs where law enforcement supports entertainment districts by operating as security, crowd control, & as a deterrent to drunken stupidity & conflict. They are not their to harass & profile. They are they're to help ppl make it home safe. Beale street in Memphis, 8th street in Austin, Greektown Detroit, Bardstown in Louisville, Rush Street in Chicago & Water street in Milwaukee all have programs ensuring safety for bars & lounges. It is reckless & irresponsible that a city our size does not take the same approach.

Last but not least some other downtown establishments have sadly tried to use this isolated incident as opportunity to diminish our reputation & viability. These actions are reprehensible & have racist overtones & will not be tolerated.

We appreciate all the calls, concerns, & votes of confidence. We will continue to fight for downtown & work with our neighbors in hotel district to curate & celebrate diverse entertainment options that this community so desperately needs. & God bless all the families affected by violence in our city this year. Our team prays for peace & healing through West Michigan.

⭕👍😆 177         13 comments  39 shares

👍 Like    💬 Comment    ⟲ Copy    ↪ Share



Johannah Jelks ► Jonathan Jelks    •••
Jun 3, 2022 · 🔒

FBF 😂



🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔 Notifications    🧑 Menu

≡



CHIEF TALKS DOWNTOWN GR SHOOTING

**CRIME**

## Person of interest released in deadly shooting between groups with 'long-standing feud' in downtown Grand Rapids

The Grand Rapids Police Chief says two groups of people got into an altercation before it turned into gunfire downtown overnight Sunday.

Author: 13 ON YOUR SIDE Staff
Published: 5:13 PM EDT June 7, 2022
Updated: 5:13 PM EDT June 7, 2022

GRAND RAPIDS, Mich. — Grand Rapids Police Chief Eric Winstrom says an ongoing feud between two groups of people from out of town led to a deadly altercation in downtown Grand Rapids this weekend.

On Tuesday, the person of interest in the investigation was released pending further investigation, the Police Department says. The case was presented to the Kent County



Around 12:15 a.m. on Sunday, GRPD said a wedding party went to a club near Pearl Street NW and Ottawa Avenue, and as they were leaving, they ran into another group selling T-shirts out of a truck.

Both groups of people are from out of town, Chief Winstrom said, but they had a history.

A fight began, and at one point, one of the people went to a parked vehicle to grab two handguns. This person started shooting and struck four people.

One of the men hit was identified as 25-year-old Armonie Lee Acklin, who succumbed to his injuries.

SPONSOR CONTENT

**State-of-the-Art Vein Treatment - Covered by Insurance!**

Metro Vein Centers

**Tinnitus? Do This When The Ringing Won't Stop**

Cortexi

**Grand Rapids, Selected To Host LEGO Festival, Get Presale Now!**

Awesome Family Events

**Look For Any High School Yearbook, It's Free**

Classmates

IMG_1803.PNG                                    https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



1:43                                        .ııl 5G 🔋

**New Group MMS**                    Cancel

To: Joe Jones, Alvin "AJ" Hills IV, Jamiel Robinson



Jun 5, 2022 at 8:18 AM

Joe Jones

Fellas: I'm really sorry to hear about last night. I wanted to reach out this morning before heading to church. I can empathize with you based on my past lived experience in the business. Keep your heads up. People don't understand that you can't control everything or everybody. Let's work to get through this. Much love, Joe



> The city failed us

> Take action on our behalf commissioner

> We advocated

> Fought for & tried to partner with you all & the GRPD

> For three years

> We should not be in this position based on who we are, who we know, & what we contribute to this community.

> You should know this is going to be political warfare. We are observing this situation as such. We have been handled with gross negligence & a

+       Text Message                    🎤 

IMG_1804.PNG                                     https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



**New Group MMS**          Cancel

To: Joe Jones, Alvin "AJ" Hills IV, Jamiel Robinson

morning before heading to church. I can empathize with you based on my past lived experience in the business. Keep your heads up. People don't understand that you can't control everything or everybody. Let's work to get through this. Much love, Joe

The city failed us

Take action on our behalf commissioner

We advocated

Fought for & tried to partner with you all & the GRPD

For three years

We should not be in this position based on who we are, who we know, & what we contribute to this community.

You should know this is going to be political warfare. We are observing this situation as such. We have been handled with gross negligence & a nonchalant indifference that has now affected our business & business reputation. We plan on holding all parties accountable.

Read

+                                                  🎤

IMG_1806.PNG

https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



**1:44**  .ıll 5G ▢

**New iMessage**          Cancel

To: Rosalynn Bliss

Apr 21, 2022 at 3:11 PM

Mayor the conversation was excellent. Transparency was shared. However we got zero short terms solutions for this weekend. I'm torn on what we should do.

Jun 5, 2022 at 11:35 AM

Mayor giving you call this afternoon. Imperative conversation.

Jun 5, 2022 at 12:36 PM

I will give you a call in 15-20 minutes.

I'll

Ok

Jun 6, 2022 at 10:53 AM

Good morning Mayor. I'm following up for updates. We need action & solutions.

Haven't heard the scheduling of a meeting

Jun 7, 2022 at 11:40 AM

I thought it was scheduled for Thursday?



＋  Message  

IMG_1807.PNG

https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



To: Rosalynn Bliss

Jun 5, 2022 at 11:35 AM

Mayor giving you call this afternoon. Imperative conversation.

Jun 5, 2022 at 12:36 PM

I will give you a call in 15-20 minutes.

I'll

Ok



Jun 6, 2022 at 10:53 AM

Good morning Mayor. I'm following up for updates. We need action & solutions.

Haven't heard the scheduling of a meeting

Jun 7, 2022 at 11:49 AM

I thought it was scheduled for Thursday?



It is

I texted you that before

I heard from mark & executive office

1/28/2024, 3:09 PM

1 of 1

Groups that will be involved with meetings on preventing downtown violence include city officials, the Grand Rapids Chamber, the police department, business owners, and Downtown Grand Rapids Inc., Bliss said. The city and community partners have held similar meetings when violence has flared up elsewhere, Bliss said.

She pointed to meetings last summer in the Monroe North neighborhood.

"Sometimes you're just looking at what are the hotspots, what's the core issue here, and is there something we can do to prevent it," Bliss said, describing the types of questions leaders would ask in a meeting on how to respond to violence. "That's a practice we do, not just downtown, but whenever we have a significant incident."

The city's crime mapping website shows there were 364 crimes against persons in the downtown service area between January and May, a 37% increase from the same period last year. Crimes against persons includes assault, homicide, kidnapping and abduction, and sex offenses.

Advertisement

Citywide, there have been nine homicides between January and May, two of which occurred in the downtown service area, city data show. There were 18 homicides citywide in 2021, data show.

The two downtown homicides between January and May include the Feb. 5 death of 1-year-old Alexander Butler, allegedly at the hands of her mother's then boyfriend. The other occurred May 24 in an alley along Cherry Street, between Division and Commerce avenues. Naquie Malik Mitz, 24, was identified as the victim of a fatal shooting.

Last weekend's incident brings the total homicides in the downtown service area to three.

Josh Lunger, vice president of government affairs at the Grand Rapids Chamber, said he doesn't want to be "alarmist" about the shooting, and stressed that Grand Rapids' downtown remains safe.

However, that "doesn't mean we can't and shouldn't do more" to prevent such incidents, he said.

Looking forward, conversations will be ongoing about short- and long-term solutions, he said. For example, are streets and sidewalks adequately lit at night, thereby creating an environment "conducive to public safety?" Another suggestion is whether more police can be redirected to patrol downtown.

Advertisement

"That's something we've heard a lot from businesses, not just since this incident, obviously, but over the past couple years," he said.

But expanding the police presence downtown isn't "simple," he said. That's because the police department has limited resources, and adding more officers downtown would likely take police away from other service areas, he said.

However, he added: "If it's possible, especially in the short term, that might be helpful in addressing people's concerns."

**Read more:**

Line 5 shutdown would hike gas prices a half-cent per gallon, court filing reveals

Uniform requirement eliminated at Grand Rapids Public Schools

## Muskegon doctor pleads guilty to health care fraud

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.

1/28/24, 2:59 PM                    Grand Rapids leaders want to address downtown safety following weekend homicide



New Year  Unwavering Mission  Start today for $1  Expires 1/31/24

**GRAND RAPIDS**

# Grand Rapids leaders want to address downtown safety following weekend homicide

Updated: Jun. 08, 2022, 7:44 p.m. | Published: Jun. 08, 2022, 4:08 p.m.



Grand Rapids police investigate the scene of a shooting that left one person dead and three others injured on Peal Street in downtown Grand Rapids early in the morning on Sunday, June 5, 2022. (Daniel Shular | MLive.com)

 We'll deliver breaking news directly to your inbox. Sign up today.

By Brian McVicar | bmcvicar@mlive.com

GRAND RAPIDS, MI — Following a weekend homicide, city leaders emphasized that downtown Grand Rapids remains safe but said they plan to meet and discuss what steps can be taken to prevent a similar incident in the future.

"It's tragic when anything like this happens," Tim Kelly, president and CEO of Downtown Grand Rapids Inc., said on Wednesday, June 7, following the city's Downtown Development Authority meeting.

Advertisement

"So, we're working with stakeholders downtown as well as the city to understand what we can do in the short and long term — all while understanding that downtown is a safe neighborhood, and we're going to continue to make sure that's the case."

**Related**: Family grieves loss of young father in downtown Grand Rapids shooting

Armonie Lee Acklin, 25, was killed just after midnight on early Sunday, June 5, in the 100 block of Pearl Street NW in the heart of downtown Grand Rapids.

The shooting stemmed from a "long running feud" between members of a wedding party gathered at Ambiance GR Kitchen & Lounge and another group outside selling T-shirts and other items out of a vehicle, according to police. Acklin was reportedly trying to break up a fight between the two groups when he was shot, his family said. Three other men suffered non-fatal injuries in the shooting.

Kelly said no decisions on what steps can be taken to reduce crime or violence downtown have been made. But he said officials "hope to have some answers and recommendations in the coming week."

Advertisement

The weekend shooting was the third homicide of the year in the downtown area, city crime mapping data show.

Occurring in the heart of downtown Grand Rapids, amid a busy stretch of bars, restaurants and other destinations, the homicide has generated attention. Drawing visitors downtown to shop, eat and attend concerts and other events is a goal among the city, business leaders and others, and officials want to ensure the city is perceived as safe.

Grand Rapids Mayor Rosalynn Bliss said the weekend homicide was "tragic."

But she stressed that preventing gun violence throughout the entire city, not just downtown, is a priority for her and other community leaders. The city, for example, has helped launch a program known as Cure Violence that is overseen by the Urban League of West Michigan.

"I don't want to diminish the importance of the work we're doing to prevent violence throughout our entire city," Bliss said. "When there's gun violence anywhere in the city, it's extremely concerning, and I want individuals committing the violence, especially the gun violence, to be held accountable."

Advertisement

Grand Rapids Police Chief Eric Winstrom was not available for an interview Wednesday, said department spokesperson Jennifer Kalczuk.

IMG_1802.PNG                                    https://drive.google.com/drive/u/2/folders/1blBIO0QiYiNTNXzEN...



To: Kurt Reppart



**'Bullets were flying everywhere': Four shot in downtown GR, suspect on the run**
fox17online.com

Jul 21, 2022 at 10:48 AM

Thanks Jonathan – I have spoken to the chief about this – we should be able to fix this and he shared a few of his initial ideas with me that I imagine he will roll out next Tuesday.  We should meet up soon – I am at a family reunion today and tomorrow but maybe late next week or the following we could drill down a time to talk about things

Jul 26, 2022 at 3:54 PM

Hey Jonathan – got your VM – I am headed into a short meeting but could chat after, or tomorrow works as well.  I sent this note before I got the news from Sam Cummings - eager to process with you and see if I can help in any way - peace



*Be more descriptive*

On June 5th 2022 Mayor Rosalyn Bliss called Jonathan Jelks after the murder of Armonie Acklin. Jelks was driving back from Detroit from a wedding with friends and had the Mayor on speaker phone. The Mayor expressed empathy and extreme sadness for the man who lost his life. She also expressed to Jelks that he and Ambiance proprietors had not been in the wrong and had alerted the city the entire time about the potential for violence. The Mayor was extremely apologetic. She told Jelks that Ambiance proprietors had been correct in their assessment of the hazardous conditions, generally caused by crowds gathering illegally, loitering, unlawful behavior and a lack of police presence and strategy in downtown. The Mayor told Jelks 'you predicted someone would get hurt down there and now it's happened.'

The Mayor said she was making it a top priority to connect with the Chief of police and the city manager to come up with a truly effective solution to the problem, acknowledging the ones that were being offered at the time 'were not working'. Jelks was thankful to the Mayor for her reaching out, however he made it clear, that Ambiance's proprietors had no faith in GRPD because despite how many open and transparent talks had transpired, they set a precedent of doing everything in their power to find excuses as to why they could not secure the corridor for a sustained period of time. Jelks also expressed a lack of confidence in the city manager who Jelks had historically had tremendous respect for.  Jelks told Bliss the City Manager isn't comprehending the gravity of the situation. Jelks told the Mayor, 'Mark Washington is a good guy but he doesn't have a good grasp of the politics in Grand Rapids and how this will affect things for all of us. Our business reputation is suffering and the reputation of downtown Grand Rapids is taking a hit across the board. If our business can't continue to operate because we can't receive the same level of service that white owned establishments have been receiving for years things are going to escalate between us. Jelks also expressed that Washington doesn't understand what it means to this community to become the only Black Owned liquor licensed establishment in downtown in 20 years. He is not aware of what our business means to the people in this community and how hard we fought to be able to make this happen. His paralysis in leadership and passing of the buck, is going to cost both Ambiance and the city as a municipality. Let's work together to fix this. The Mayor stated she understood and would take action. The conversation ended amicably.

July 2022

July 17, 2022

Jonathan texted City Official #3 about more law enforcement support after another shooting at the Woods Bar downtown

- Jonathan attachment

September 2022

September 2022

A Top City Official called Ambiance proprietor Jonathan Jelks to follow up on what Ambiance's course of action would be. In their last exchange Ambiance proprietor Jelks had a heated exchange with Washington. Jelks told Washington how national media had inquired about Ambiance's closing and how some prominent high regarded civil rights attorneys had reached out with interest to represent Ambiance in any legal recourse the business took against the City of GR. After a cooling off period where there was no communication, Jelks told a Top City Official that he respected him and the office he currently holds. Also, Jelks stated that Ambiance would not look to wage war in the media against the City. Jelks told Top City Official, having been a native son of Grand Rapids and his mom having served as City of Grand Rapids executive for 30 years he would not want the business to have to take any actions that publicly harmed the reputations of the civil servants whom he has the utmost respect for. Top City Official stated he was happy with what Ambiance had decided and the chosen course of action and that as long as Ambiance proprietors did not "blow things up" and "drag the City's reputation" the two entities "could negotiate". Jelks told a Top City Official that Ambiance would submit a claim without exhibits to the Risk Management Department to get the process started and Ambiance would proceed. Jelks emphasized Ambiance was not looking to gouge the city financially, but just for things to be made right as the City of GR dropped the ball. Jelks emphasized that he didn't want commissioners blindsided and that they should be updated as well as Top City Official #4.

November 2022

11/9/22

Ambiance proprietors Jamiel Robinson and Jonathan Jelks happened to bump into City Official #7 at an election party. City Official #7 asked Robinson and Jelks what had occurred with the closure of Ambiance. He was familiar with vague details but didn't have the full scope. Jelks and Robinson asked him City Official #1 informed you? The Top City Official hadn't convened with you all about the matter? Robinson and Jelks were furious to find out the Top City Official had not taken the time to inform the commission of the whole nor the city attorney's office about the extensive lengths the business went through to secure law enforcement and city partnership. The pair was even more upset that the Top City Official had not given the commission a heads up that Ambiance would be taking legal actions. Since September Ambiance proprietors had been relaying to the Top City Official that legal measures would be exercised against the city. However, Ambiance proprietors promised the Top City Official that they would enter their actions quietly, with a sterile claim that wouldn't attract media attention. The fact that the Top City Official had not made City Official #7 aware of this, spoke to the Ambiance proprietors as having feelings of either being double crossed or not taken seriously.

Robinson and Jelks began explaining to City Official #7 the entire story from the beginning. They showed the City Official #7 several other businesses the pair had launched throughout the year including two they had opened up in recent weeks. As the Ambiance proprietors were detailing all events to City Official #7 the Top City Official walked in saw City Official #7 deep in conversation with Ambiance proprietors. With a wide eyed panic, he abruptly interrupted the conversation and asked City Official #7 to join him and City Official #1 in the hallway for a quick conversation. After 10 minutes City Official #7 returned to his seat. The Ambiance proprietors were preparing to leave but scheduled a sit down City Official #7 so that he could get full context as he had no prior inkling to what had been transpiring all year.

11/9/22

November 9 Ambiance proprietors Jamiel Robinson and Jonathan Jelks met City Official #3. At the party Jelks and Robinson had a sidebar conversation with City Official #3 letting him know that Ambiance would be taking legal action against the city for this whole mess. City Official #3 stated: "You absolutely should sue the city." City Official #3 having been fully in the know and having been kept abreast of Ambiance's numerous efforts to work in amicable fashion with GRPD and the city, encouraged the proprietors to take action. It was his feeling that there were enormous discrepancies in the treatment of Ambiance.

November 30th, 2022

- Public Safety Update Top City Official
- Near Term Redeployment of some officers downtown to increase police visibility
- DGRI Bill Kurt sent out correspondence
- Non-Black Owned businesses called for this and near term redeployment was implemented. Ambiance called for this and was not granted this commitment of support.

11/9/22
Jamiel called City Official #4 to discuss closing

11/30/2021
Ambiance ownership met with City Official #2 and Captain Vincent Reilly about law
enforcement support for the business

In the meeting on Nov. 30th at Start Garden Ambiance proprietors met with Captain Vincent
Reilly and City Official #2. This meeting was called at the behest of Ambiance. Ambiance asked
the City Official #2 to convene the meeting as this city official was one of the few who had a
decent relationship with law enforcement and the police union. The City Official #2 was also a
good fit to convene the meeting because they understand the responsibility, trials and tribulations
that go along with having a liquor licensed establishment. In the meeting Ambiance proprietors
expressed their hopes, dreams and desires for the business. They told Captain Reilly about their
previous 2 meetings with GRPD Chief Eric Payne, which he was well aware of.
Ambiance followed up on their proposal to Captain Reilly on piloting a program for
entertainment based businesses being able to pay officers overtime to help with the management
of let out hours, crowd control, etc.

Ambiance expressed to the police captain, how this business would be a great opportunity to
begin to repair relations between the police department and the black community. Several local
cases and national stories had severely impacted the way police were perceived by the
community as a whole. As a black owned center of attraction and nightlife based business,
Ambiance would have an opportunity to do something special working proactively with the
police to avoid the pitfalls that have impacted other black owned bars that have a dance floor.
Ambiance inquired of Captain Reilly what would be the best way to engage the department on
how to work with them. Ambiance asked what programmatic opportunities could the
establishment participate in to become an ally to the police. Ambiance proprietors also asked
about the current officer detail allocated for downtown patrol and how things worked.
In solidarity and to show good faith Ambiance offered to hold fundraisers for department
members who had been injured in the line of duty. They also offered to support financially
positive programming that police do for youth in the City.

Captain Reilly offered insight that he felt was pertinent. He stated that police morale was
extremely low. He stated the police felt under appreciated by the community. He stated that
public policy and the discourse being led by certain City Officials looking to defund the police
were demeaning to the force. He highlighted that several officers were retiring and that cops
don't want to work the overtime night shift which added to staffing problems. He stated there
were only two patrol cars for all of downtown. He said the police would not commit to any
programming for liquor licensed establishments. He did state the department "wanted"
Ambiance to be successful. Captain Reilly also made suggestions. He told Ambiance proprietors
that we shouldn't play hip hop music.

# EXHIBIT 6

December 2022

December 6, 2022

Grand Rapids City Commission
300 Monroe Ave NW
Grand Rapids, MI 49503

RE: Request to address public health and safety

Dear Mayor and Commissioners:

We, the undersigned employers and residents of Grand Rapids, urge you to take immediate action to promote the safety, health and well-being of unhoused individuals, residents and all persons working in or visiting the City of Grand Rapids.

We are thankful for the investments already made by the City of Grand Rapids in shelter space, increased outreach, mental health support and storage capacity for personal belongings, and are hopeful Kent County's plan to invest and work with partners will provide new mental health crisis services and outreach.

Despite these important steps, it is clear there are gaps remaining in the effort to create a destination city that is welcoming to all as well as outcomes for those in need of services. The ongoing concerns from residents and employers related to harassment, public defecation, trespassing, assault and other disruptive and disturbing behavior needs to be addressed with an intentional and compassionate focus on improving outcomes for individuals experiencing homelessness or struggling with mental health.

Cities across the country are facing similar circumstances and have adopted measures that have shown to provide significant improvements to safety, cleanliness and enjoyment, while working on the foundational elements to create a thriving and prosperous community for all.

**We request that you adopt an ordinance to regulate appropriate access and use of the public right of way and solicitation.**

The City has a responsibility to protect the health, safety and welfare of its residents. The proposed regulations are narrowly tailored to serve a compelling and substantial governmental interest, while preserving ample alternative areas for the valid exercise of constitutional rights. This action, paired with previous, ongoing and future investments, will contribute greatly to reversing the loss of access to and enjoyment of public places and the sense of fear, intimidation, disorder and actual danger to public health, safety and welfare.

This action is not intended to limit any person from exercising constitutionally protected activity, when conducted in a legal manner. The goal is to promote better outcomes for all through appropriate regulation acting to encourage the use of available services, prevent the incentivization of unsafe activities in public spaces and protect individuals from the fear and intimidation by regulating the time, place, and manner for the use of the public right of way and solicitation.

Combined with other efforts to increase the supply of affordable housing, provide mental health support, improve outcomes amongst service providers, these regulations will encourage greater use of available resources while preventing unsafe and unhealthy conditions for unhoused individuals and all other stakeholders.

In true Grand Rapids fashion, we can be the best practice. We have the capacity, commitment, compassion and community support to move forward. This targeted approach to addressing only the most concerning behavior will serve a compelling public interest, preserve ample alternatives, and reduce the heightened sense of intimidation and disorder.

Again, we urge you to support the requested changes. Thank you for your consideration.

Sincerely,


Mike VanGessel
CEO & Founder
Rockford Construction

Richard A. Winn
President
AHC Hospitality

Ross Bartlett
Regional General Manager
Amway Grand Plaza Hotel


Norina Cadili
General Manager
JW Marriott

Sara Jorgensen
General Manager
Courtyard by Marriott Downtown

Melissa Stanley
General Manager
AC Hotel


Mark Wassink
Managing Partner
Warner Norcross + Judd

Doug Small
President & CEO
Experience Grand Rapids

Sam Cummings
Managing Partner
CWD Real Estate Investment


John Wheeler
Owner
Hyatt Place

Johnny Brann Jr
Owner
Woodrows Duckpin Bowling

Jeff Connolly
President, WM Operations
Blue Cross Blue Shield of Michigan


Greg McNeilly
CEO
Windquest

Mike Ellis
President
Ellis Parking

Anne Ficeli
President
Pure Real Estate Management


Bob Schermer
CEO
Meritage Hospitality

Ryan Wheeler
President
Wheeler Development Group

Bob Schierback
COO
Ottawa Avenue Private Capital


John Meilner
President
42 North Partners

Pamela Wright
Resident
Board Walk Condos

Mike Systsma
President West Michigan
KeyBank


Bill & Tami Coyne
Residents
Rowe

Jeff Lobdell
Owner
Restaurant Partners

Birgit Klohs
Resident

Thomas Tooley
Executive Vice President
Ghafari Associates

Matt Wikander
CEO
Smith Haughey Rice & Roegge

Kay Fiske
AVP Branch Manager
West Michigan Community Bank

Randy Phelps
Principal
HNi Risk Advisors

Jim McKinley
Principal
HNi Risk Advisors

Nate & Nichole Gillespie
Residents
Rowe

Amy McCulloch
Producer/Partner
Lockton Companies

Dick & Diane Sherlock
Residents
Rowe

Rick Baker
President & CEO
Grand Rapids Chamber

John Helmholdt
President
SeyferthPR

Heather L. Emmons
General Manager
Holiday Inn Grand Rapids
Downtown

Greg Williams
Co-Founder, Chairman, & CEO
Acrisure

Dan Meyering
Principal
Trillium Investments

Bruce Tuttleman
Owner
F David Barney

Bob Hughes
President
Advantage Benefits Group

Mark Berkemeier
Partner
Strategies Wealth Advisors

William & Bobbi Jo Blanton
Owners
Le Macaron French Pastries

David Ferszt
President
DTN Management Co

Paulus C. Heule
CEO
Eenhorn, LLC

Jean Howard
Partner
Howard Law Group

James Bossenbroek
Chairman
Northgate Partners, LLC

Don Hunt
President
Lambert Global

Raji Uppal
CEO
DTN Asset Management &
Development

Greg Schierbeek
President & CEO
Eikenhout Inc.

John O'Neill
Principal
Conduit Studio

Amy Skentzos
Resident
Downtown

Jason Zylstra
Vice President of Philanthropy
DeVos Family Foundation

Judie Malec
Resident
Waters Center

Randy Damstra
CEO
Ottawa Avenue Private Capital

Valeria Schmieder
Principal
Via Design

Brian Barkwell
Principal
Via Design

Pete Scudder
Director
Impact Credit Partners

Jonathan Jelks
Serial Entrepreneur

Jamiel Robinson
Managing Partner
Isle Construction

Doug DeVos
Resident

Sam Berry
Founder
White Pine Digital

Tom Welch
Region President
Fifth Third Bank

Carol Van Andel

Dick DeVos
Chairman
Windquest

David Emdin
SVP of Asset Management
Krimson, LLC

Walid Jamal
President
JHG Management

Caleb Hartung
President
MAV Lending Services, Inc.

Michael Balk
Founder/CEO
Vivid IV Health

Brad Mugler
Director of Finance
TXH Fund I, LLC

Lu Quach
Principal
Sunny Boba Tea

Zakry Obrien-Khem
Owner
Lake Effect Phone Repair

Josh Traxler
COO
Campspot

Dan Bockheim
Principal
Dart Frog Creative

Zachary Bossenbroek
CEO
Northgate Resorts

Chelsea Bossenbroek
Chief Legal Officer
Northgate

Diane Maher
President/COO
DP Fox Ventures

Ginny Seyferth
Chairman & CEO
SeyferthPR

Sejla Sefer
Property Manager
Plaza Towers Apartments

Scott Gorsline
Executive Vice President of Operations
DP Fox Ventures

Cory Wickham
Security Manager
Plaza Towers

Unity Franko
President
Eenhorn, LLC

Lindsay Jonker
Property Manager
The Lofts Apartments

Michael Van Hooren
Property Manager
234 Market Apartments

Katie Ross
Resident

Brad Mathis
CP Community Development
and Inclusion
Rockford Construction

Lindsey Langlois Wells
Business Administrator
The Intersection

Chad Bassett
COO
BAMF Health

Nick Adamy
President
Adamy Valuation

Jim & Emily Lynch
Owners
House of Wine

Will Payne
President
Trellis

Charlie Wondergem
Director, Mergers & Acquisitions
Aspen Surgical

Bill Payne
Principal
BPV

Dan DeVos
CEO
Grand Rapids Griffins
West MI Volleyball

Jase & Molly Bolger
Residents
Rowe

Jason Wheeler
Partner
WDG Construction

David & Paul Reinert
Owners
Butcher's Union
O'Toole's Pub. House

Brett VanderKamp
Founder & CEO
New Holland Brewing

Brian Elve
Executive Director
Guiding Light

Jerry Tubergan
Vice Chairman
Ottawa Avenue
Private Capital

Tim Hall
Resident

Trudy McLaughlin
Resident

Greg Gilmore
CEO
The Gilmore Collection

Monica App
Senior Vice President
Rockford Construction

Donald Bohan
Resident
Board Walk Condos

Bill Mast
Managing Partner
Homewood Suites &
Waters Building, LLC

Angela Mann
VP of Operation
Hospitality Specialists

Daniel Van Eerden
President
Van Eerden Fd Service

Kevin Wood
Security Specialist
Founders Brewing Co

Cole Gross
Resident

Alexander Drolett
Resident

Monica R. Sekulich
EVP/Chief Legal Officer
Deep Creek Holdings, L
LC

Paul W. Boehms
Executive Director
Warner Norcross + Judd

Dave Shaffer
President
Interphase Interiors

Kris Alan Mauren
President
Action Institute

Christine Carson
Property Manager
Live Great Properties
Resident, Gallery Condo Assoc.

James Berg
Owner
Bistro Belle Vita

Bill Scanlon
General Manager
Homewood Suites – GR Downtown

Rhonda Huismann
Partner, Consulting
Crowe LLP

Matt Dowdy
Resident

Mackenzie Coristine
Resident

Charles Van Eerden
Condo Owner
Tannery Row

**After Closing**

- City Official #5 conversation where she instructed she would meet with Top City Official #4 and for us to hold off on filing a claim against the City of Grand Rapids. City Official #5 realized that there has been a lack of communication between Top Officials, City Officials, and the Top City Official #4. City Official #5 wanted to convene everyone to discuss this matter.

December 2022 Jamiel and Jonathan met with City Official #4 and Top City Official to discuss accountability

Ambiance's official statement read to City Official #4 and Top City Official in the December 2022 meeting at City Hall:

In regards to Ambiance & our closing we the ownership team, haven't made any personal statements or disparaging public comments about a Top City Official, commissioners, city staff & or even GRPD for that matter. Publicly no one from the ownership team has given any comments that directed malice towards city staff. On social media we haven't rallied the mob or stirred the pot. In truth we engineered the most quiet exit of a high profile business one could imagine. We did state in our opinion why we would no longer be in operation. We did this because we had hope that there would be the opportunity to negotiate.

As far as our position. We feel we were both neglected, excluded for the support we needed from the municipal level & we felt discriminated against at the GRPD level, with incendiary treatment by rank & file. We're disappointed by this because there was a tremendous opportunity to align our business as one of the highest profile black owned businesses' in downtown as an example of an entity with a strong working relationship with GRPD. The department needed the PR & good will particularly in the black & brown community. Why not develop a strong working relationship with a business with this much promise led by some of the preeminent millennial generation black leadership in the city, who have real credibility from corporate Grand Rapids to the neighborhoods? We needed & deserved to be protected. They desperately need to have common sense partners who can articulate the worth of the department and the need for good policing as opposed to no policing. Unfortunately neither things were able to happen.

In our minds there's not a he say she say aspect to our grievance. It's a matter of the city not doing their part in supporting us & the reasons why. This is disheartening because we really never got proper rationale for why the support we're seeing being given to businesses now, with redeployment & foot patrol & other measures couldn't haven't happened when we were in operation. We were overly generous and polite to the city & to GRPD by not going public with our grievances in late winter early spring before you had notice of any issues. In an attempt to be partner-able, we kept everything private & attempted to work with the city to achieve the desired results. In the spring I sent you, the mayor commissioners, other city officials, our landlord & invested downtown parties like DGRI an email detailing all of the steps we have taken as a business in order to be proactive in protecting our neighborhood, our business and the downtown community. I specifically said: "We have protected ourselves & the reputation of the city & have paid handsomely to bring a unique experience to downtown. Our proactive energy & concerns & lobbying in my opinion, has been met by being brushed aside, a casual notation, & met with some intentional neglect."

This email was sent on the record in early April. In that same email I gave you guys notice that the only reason we're not taking political action, community action & legal action is because of the trust & relationships we have in this office & the profound respect we have for the people who represent us (city commissioners). We did not want to usurp or backstab the most diverse commission & city led government we have ever seen in our lifetime. City Official #4 you know us. Top City Official you don't know us in this capacity. If the make up of this commission

wasn't what it is, we would have publicly wreaked havoc at every level at every turn as soon as we identified the lapses in services.

Even in that correspondence I forewarned in the email that if we don't get solutions and our business continues to suffer as a result of outside disturbances, attacks on our business, our staff, and law abiding patrons by an unwanted, uninvited criminal element we would be taking action.

We invested over 800k into Ambiance which ballooned into a million during Covid. We paid rent during the pandemic. We borrowed against ourselves & pulled out all the stops in order to ensure that our business survived. That's on top of the homes we collateralized. Then we had to pay inflation prices to complete the project. We deprived our families of resources in order to execute this business. We all have kids. Truth be told there were attempts by the landlord to try & reclaim the space during the pandemic before we opened. Real ruthless activity. We knew what we were dealing with.  We found the money, sacrificed & invested the money only for us to be met with incremental, non-urgent, support from our "allies" who we trusted most.

On good authority VIOLENCE outside of our business triggered those actions. (Explain the murder of Armonie Acklin). This murder was preventable. In the June meeting on the 6th floor with Top City Officials and  city staff was attempting to console us saying the murder wasn't our fault. We know it wasn't our fault. We made the city very aware of the hazardous situation. Truth be told, we feel to the contrary, that this murder happened because whatever this unspoken tension is between GRPD and the city is causing us to not receive the service others have received. It was in fact Top City Official and GRPD that essentially forced us to not have armed security in the parking lot and on the street and in front of Ambiance because the city didn't like the image of what armed security portrayed &  represented. Via our security meetings GRPD said that they couldn't discern our security from criminal perpetrators. We lessened our security activity outside at your behest, in order to secure more city & police co-operation & ended up suffering the ultimate loss. No matter how the media narrative is spent Ambiance is receiving all of the blame from neighboring businesses, downtown residents, and citizens.

At the end of the day we don't want any problems. We would rather not have a high priced civil rights lawyer come in here and make a spectacle about the inherent racism in downtown. We have had offers. We would rather not bring light to the challenges we experienced getting you all to respond. Etc We feel like it will be embarrassing for us who have been official partners of the city of Grand Rapids (having the largest African American contract) with economic development in the city's history, having to publicly chastise, scrutinize, and go back and  forth with you. Our legal exhibits are damaging & they are unbecoming & will be cumbersome in times where you all are already facing enough adversity. Most importantly they involve elected representation & ppl we have respect for. We know municipalities have a lot of immunity & we know you don't want to set a legal precedent that will open you up to several lawsuits from far more adversarial partners than us.

However this has to get resolved. Trust & believe that the community is with us. But we're interested in exercising a less nuclear option, as discussed with City Official #5 if we can't come to a resolution. But, because of what we have put on the line to do this business in our city, we are not willing to relent on this matter. We are not trying to gouge & we don't want to have to litigate with the city in a capacity where we air our mutual 'dirty laundry'.  We want to work this

out amicably. We will enter a sterile claim without exhibits. Have it acknowledged voted on. We are willing to keep things confidential and even participate in working to help the city develop stronger security plans/vibrancy & entertainment downtown. We want this resolved amicably & expeditiously.

# HITCHCOCK



**CITY OF GRAND RAPIDS**

DATE:        **October 5, 2023**

TO:          **Jonathan Jelks**
             **Jamiel Robinson**
             **Ambiance GR, LLC Representatives**

FROM:        **Anita Hitchcock**
             **City Attorney**

SUBJECT:     **Request for Claim of Payment**

---

Mr. Jelks and Mr. Robinson,

Since the closing of Ambiance GR, LLC (Ambiance) in 2022, we have been advised that you intend to file formal legal action against the City of Grand Rapids (City). To date, the City has not received a formal lawsuit but has only received two property damage claims.

The two of you, as representatives for Ambiance, have verbally expressed your concerns to city officials as well as in the claims you filed with the Risk Management Department (Risk) alleging, that the City contributed to "major financial losses" related to the closure of Ambiance. The total amount claimed was $2.5 million dollars. The Department of Law in coordination with Risk reviewed your claims and determined that the City was not liable for any alleged damages. Therefore, your claims were denied. You were informed that was the final step in the City's administrative review process and your claims are now closed.

On July 31, I met with Dr. Randall Jelks (speaking on your behalf) and with both of you on September 25, at which time you shared that you believe the City discriminated against Ambiance, failed to provide security, was not supportive of the business, and caused financial losses to the business. You asked that the City consider a financial payment (settlement) to right the "wrong" you believe the City has caused. However, because we previously determined that the City is not legally liable for the damages you are claiming, further discussion about this would not be proper.

Though we wish you much success in your many other business endeavors, at this time I must inform you that there will be no further communications regarding the denied claims. Due to your threating litigation, in accordance with our practice, we have instructed all elected and appointed officials not to engage in further dialogue regarding this matter. Any further dispute will need to be resolved in a court of law.

Best Regards

Anita Hitchcock

STATE OF MICHIGAN
KENT COUNTY 17TH CIRCUIT COURT

---

AMBIANCE GR LLC & JAMAL CHILTON

                                   Judge Hon

          Plaintiffs,

                                   Case No. 25-          -CZ

vs

MARK WASHINGTON, et al.,

          Defendants

---

**AFFIDAVIT OF JONATHAN JELKS**

STATE OF MICHIGAN
COUNTY OF KENT

I, Jonathan Jelks, being duly sworn, depose and state as follows:

1. I am over the age of 18, competent to testify, and make this affidavit based on my personal knowledge.
2. I am a co-owner of Ambiance GR, a Black-owned full-service liquor-licensed business located at 106 Pearl Street NW, Grand Rapids, Michigan .
3. On June 5, 2022, Second Ward Commissioner Joe Jones texted me, Jamiel Robinson, and Alvin Hills IV regarding the killing of an individual, which was a matter of concern for our business and community .
4. On September 25, 2023, I, along with Jamiel Robinson, met with City Attorney Anita Hitchcock of the City of Grand Rapids. During this meeting, we presented documents and exhibits demonstrating racial discrimination and disparate treatment by the City and the Grand Rapids Police Department (GRPD) against Ambiance GR .
5. During the meeting, Ms. Hitchcock acknowledged the severity of the situation, stating, this is horrible, and admitted that she had not been briefed or updated by the City Manager or City Commission regarding the matter .
6. I informed Ms. Hitchcock that although we had planned to file a legal complaint in February 2023, City Manager Mark Washington had scheduled an emergency meeting with me to discuss alternative resolutions to address our concerns without formal litigation .
7. On multiple occasions, I expressed to City officials, including GRPD Police Chief Eric Winstrom, the urgent need for increased police presence and support to address public

safety issues affecting Ambiance GR. I emphasized that the lack of police support was jeopardizing our business and creating an unsafe environment for patrons .

8. I also informed Chief Winstrom that Ambiance GR had complied with all GRPD instructions but continued to feel unsafe and under duress due to the lack of adequate police support .

9. I further communicated to City officials that Ambiance GR was being unfairly portrayed as a nuisance by other downtown businesses, which I believe was influenced by racial bias against our Black-owned establishment .

10. I declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this *day of* 10/30, 2025.

*[signature]*

Jonathan Jelks

Subscribed and sworn to before me this *day of* 10/30, 2025.

*[signature]*

Notary Public

My Commission Expires: 11/2/2031

PORTIA R. BYNUM
My Commission Expires
November 2, 2031
County of Kent
Acting in the County of Kent

## AFFIDAVIT OF JAMIEL ROBINSON

STATE OF MICHIGAN
COUNTY OF KENT

I, Jamiel Robinson, being duly sworn, depose and state as follows:

1. I am over the age of 18, competent to testify, and make this affidavit based on my personal knowledge.

2. I am a co-owner of Ambiance GR, a Black-owned full-service liquor-licensed business located at 106 Pearl Street NW, Grand Rapids, Michigan .

3. On June 5, 2022, Second Ward Commissioner Joe Jones texted me, Jonathan Jelks, and Alvin Hills IV regarding the killing of an individual, which was a matter of concern for our business and community .

4. On September 25, 2023, I, along with Jonathan Jelks, met with City Attorney Anita Hitchcock of the City of Grand Rapids. During this meeting, we presented documents and exhibits demonstrating racial discrimination and disparate treatment by the City and the Grand Rapids Police Department (GRPD) against Ambiance GR .

5. During the meeting, Ms. Hitchcock acknowledged the severity of the situation, stating, this is horrible, and admitted that she had not been briefed or updated by the City Manager or City Commission regarding the matter .

6. I informed Ms. Hitchcock that although we had planned to file a legal complaint in February 2023, City Manager Mark Washington had scheduled an emergency meeting with us to discuss alternative resolutions to address our concerns without formal litigation.

7. On multiple occasions, I expressed to City officials, including GRPD Police Chief Eric Winstrom, the urgent need for increased police presence and support to address public safety issues affecting Ambiance GR. I emphasized that the lack of police support was jeopardizing our business and creating an unsafe environment for patrons .

8. I also informed Chief Winstrom that Ambiance GR had complied with all GRPD instructions but continued to feel unsafe and under duress due to the lack of adequate police support .

9. I further communicated to City officials that Ambiance GR was being unfairly portrayed as a nuisance by other downtown businesses, which I believe was influenced by racial bias against our Black-owned establishment .

10. I declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this *day of* |0/30 , 2025.

_____
Jamiel Robinson

PORTIA R. BYNUM
My Commission Expires
November 2, 2031
County of Kent
Acting in the County of _____

Subscribed and sworn to before me this *day of* 10/30 , 2025.

_____
Notary Public
My Commission Expires: 11/2/2031

**AFFIDAVIT OF ALVIN HILLS**

STATE OF MICHIGAN
COUNTY OF KENT

I, Alvin Hills, being duly sworn, depose and state as follows:

1. I am over the age of 18, competent to testify, and make this affidavit based on my personal knowledge.

2. I am a co-owner of Ambiance GR, a Black-owned full-service liquor-licensed business located at 106 Pearl Street NW, Grand Rapids, Michigan .

3. On June 5, 2022, Second Ward Commissioner Joe Jones texted me, Jonathan Jelks, and Jamiel Robinson regarding the killing of an individual, which was a matter of concern for our business and community .

4. On April 19, 2022, Alvin Hills IV, co-owner of Ambiance GR, met virtually with Lieutenant Patrick Dean of GRPD and City of Grand Rapids Special Events Manager Evette Pittman. This meeting was convened to discuss the process for Ambiance GR to apply for special events security, as directed by City Manager Mark Washington.

5. During the meeting, Lt. Dean explicitly stated that GRPD did not have staffing available to fulfill Ambiance's request for special events security. He added that even if the overtime opportunity were posted, officers would likely not accept the assignment because they lacked an "appetite to police these types of events"—a clear reference to African American/Hip Hop-based events, particularly in the context of post-George Floyd tensions.

6. Lt. Dean elaborated, stating that GRPD officers were generally not interested in securing African American/Hip Hop-led events due to the public unrest that followed George Floyd's death and the protests that occurred in downtown Grand Rapids.

7. **In response,** Evette Pittman acknowledged the disparity by stating:
"We do this for other establishments all the time,"
and noted that GRPD had "more than enough officers to secure the DeVos [Place] and Van Andel [Arena] through the Convention Arena Authority."

8. I declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this *day of* _____, 2025.

_____
Alvin Hills

Subscribed and sworn to before me this *day of* _____, 2025.

_____
Notary Public
My Commission Expires: _____

## AFFIDAVIT OF LACY JONES

STATE OF MICHIGAN
COUNTY OF KENT

I, Lacy Jones, being duly sworn, depose and state as follows:

1. I am over the age of 18, competent to testify, and make this affidavit based on my personal knowledge.
2. I am a co-owner of Ambiance GR, a Black-owned full-service liquor-licensed business located at 106 Pearl Street NW, Grand Rapids, Michigan.
3. February 2022 , Jonathan Jelks and Lacy Jones, co-owners of Ambiance GR, met with Captain Vincent Riley of the Grand Rapids Police Department (GRPD) and First Ward City Commissioner Jon O'Connor to raise concerns regarding a lack of police services provided to Ambiance GR and the discriminatory treatment they were experiencing.
4. April 2022 Lacy Jones met with Third Ward Commissioner Senita Lenear to discuss similar concerns about public safety and unequal treatment.
5. On May 3, 2022, Lacy Jones, co-owner of Ambiance GR, met with Third Ward City Commissioner Senita Lenear to discuss the ongoing public safety issues and lack of institutional support that Ambiance GR had been experiencing.
6. I declare under penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this *day of* _____, 2025.

_____
Lacy Jones

Subscribed and sworn to before me this *day of* _____, 2025.

_____
Notary Public
My Commission Expires: _____